UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


UNITED STATES OF AMERICA         *        12-CR-001
                                 *
versus                           *        Section F
                                 *
TELLY HANKTON, WALTER PORTER,    *        June 7, 2016
ANDRE HANKTON, KEVIN JACKSON     *
                                 *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *


TESTIMONY OF WILLIAM DIPAOLA
IN THE JURY TRIAL BEFORE THE
HONORABLE MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE


Appearances:


For the United States:        U.S. Attorney's Office
                              BY:  ELIZABETH A. PRIVITERA, ESQ.
                                   WILLIAM J. QUINLAN JR., ESQ.
                                   DAVID E. HALLER, ESQ.
                                   BRITTANY L. REED, ESQ.
                              650 Poydras Street, Suite 1600
                              New Orleans, Louisiana 70130


For Telly Hankton:            Loyola Law School Clinic
                              BY:  D. MAJEEDA SNEAD, ESQ.
                              7214 St. Charles Avenue
                              New Orleans, Louisiana 70118


For Telly Hankton:            EMILY F. RATNER, ESQ.
                              316 South Dorgenois Street
                              New Orleans, Louisiana 70119

Appearances:

For Walter Porter:          Law Offices of Robert S. Toale
                            BY:  ROBERT S. TOALE, ESQ.
                            505 Weyer Street
                            Gretna, Louisiana 70053


For Walter Porter:          STEVEN LEMOINE, ESQ.
                            4240 Canal Street
                            New Orleans, Louisiana 70119


For Andre Hankton:          Spears & Spears
                            BY:  IKE SPEARS, ESQ.
                            1631 Elysian Fields Avenue
                            New Orleans, Louisiana 70117


For Kevin Jackson:          Smith & Fawer, LLC
                            BY:  MICHAEL S. FAWER, ESQ.
                            312 30th Street
                            New Orleans, Louisiana 70124


Official Court Reporter:    Toni Doyle Tusa, CCR, FCRR
                            500 Poydras Street, Room B-275
                            New Orleans, Louisiana 70130
                            (504) 589-7778




Proceedings recorded by mechanical stenography using
computer-aided transcription software.

<u>**INDEX**</u>

<u>Page</u>

William DiPaola

    Direct Examination By Mr. Quinlan       5

1    **<u>EXCERPT</u>**

2    **(June 7, 2016)**

3    **WILLIAM DIPAOLA,**

4    having been duly sworn, testified as follows:

5           **THE DEPUTY CLERK:**  State your full name and correct

6    spelling for the record, please.

7           **THE WITNESS:**  William DiPaola.

8           **MS. SNEAD:**  Your Honor, if we could approach just

9    briefly.

10          **THE COURT:**  All right.

11          (The following proceedings were held at the bench.)

12          **MS. SNEAD:**  I know you said you are going to end at

13   5:00 or 4:30.  I think this is going to be a very long witness,

14   both the state and defense.  So I would ask, rather than start

15   and stop in the middle, if we could maybe pause --

16          **THE COURT:**  No.  We are not going to delay anything.

17   I have told you all that several times.

18          **MS. SNEAD:**  I was just looking at the time.

19          **THE COURT:**  Well, I'm looking at the time too.  I'm

20   perfectly capable of knowing the time and managing your time as

21   well as mine.

22          **MS. SNEAD:**  Thank you, Judge.

23          (End of bench conference.)

24          **THE DEPUTY CLERK:**  Could you spell your name, sir,

25   for the record.

04:32

1          THE WITNESS:  W-I-L-L-I-A-M --

2          THE COURT:  Speak up a little bit more, please, sir.

3          THE WITNESS:  W-I-L-L-I-A-M --

4          MR. QUINLAN:  I think the microphone is off.

5          THE COURT:  Sorry.  That's me.

6          MR. QUINLAN:  One more time, Mr. DiPaola.

7          THE WITNESS:  W-I-L-L-I-A-M, D-I-P-A-O-L-A.

8                          DIRECT EXAMINATION

9    BY MR. QUINLAN:

10   Q.   Mr. DiPaola, how long have you lived in the New Orleans

11   area?

12   A.   Upwards of 13 years.

13   Q.   I'm going to take you back to May of 2008, specifically

14   the evening of May of 2008 [verbatim].  Do you recall what you

15   were doing at the time approaching 9:30 that evening?

16   A.   I was driving towards Jefferson Parish on Claiborne

17   Avenue.

18   Q.   Where had you come from?

19   A.   I had come from downtown.

20   Q.   What had you been doing downtown?  Where were you coming

21   from?  What had you been doing?

22   A.   I had been working.

23   Q.   What type of work did you do back then?

24   A.   I worked in restaurants back then.

25   Q.   When you were driving on Claiborne Avenue, were you alone

**WILLIAM DIPAOLA - DIRECT**

1    or with other people in the vehicle?

2    **A.**   I was alone.

3    **Q.**   What were you doing as you were proceeding down Claiborne

4    Avenue?

5    **A.**   On the phone, talking with my father.

6    **Q.**   Do you recall what you were talking about?

7    **A.**   No.

8    **Q.**   The type of vehicle you were driving that evening?

9    **A.**   I was driving an SUV.

10   **Q.**   As you were driving down Claiborne Avenue, do you recall

11   seeing something that caught your attention?

12   **A.**   Yes, sir.

13   **Q.**   What did you see?

14   **A.**   There were two cars that crossed directly in front of me.

15   One was a white Pontiac two-door, and the other was a gray

16   Mustang.

17   **Q.**   In order of procession, could you describe what caught

18   your attention, what vehicle was first, what you observed.

19   **A.**   The first was the white Mustang as it came from, I guess,

20   the river side, heading towards the lake, and then went in the

21   direction of Jefferson Parish.

22   **Q.**   Is that the direction that you were heading?

23   **A.**   That is the direction I was heading.

24   **Q.**   Rate of speed, what did you notice about the white

25   Pontiac?

WILLIAM DIPAOLA - DIRECT

04:34

1   A.   High rate of speed, made a very sharp turn.

2   Q.   In front of you or behind you?

3   A.   In front.

4   Q.   Was there any other vehicle that caught your attention in

5   relation to the white Pontiac?

6   A.   Directly behind it was the Mustang.

7   Q.   Did you make any observations between the two vehicles or

8   of either of those two vehicles besides what you have just

9   described?

10   A.   Other than that, I thought it was just kids driving fast

11   and not paying attention until I saw somebody leaning out the

12   window with a gun.

13   Q.   In which car did you see someone leaning out the window?

14   A.   The gray Mustang.

15   Q.   How far were you from the gray Mustang when you saw this

16   individual hanging out of the window?

17   A.   Not very far, maybe about half this courtroom.

18   Q.   You are on Claiborne Avenue when this occurs?

19   A.   Uh-huh.

20   Q.   You're heading towards Jefferson Parish?

21   A.   Yes.

22   Q.   So as you're driving on Claiborne Avenue, the neutral

23   ground is to your left or to your right as you're driving?

24   A.   The neutral ground is to my left.

25   Q.   To your left.

**WILLIAM DIPAOLA - DIRECT**

04:35

1  These cars pull in front of you.  What do you do as a
2  result of what you see, including the gentleman hanging out of
3  the window?
4  A.    I hung up and called 911.
5  Q.    So you're talking to your dad --
6  A.    I said, Dad, I have to go.
7  Q.    And you make a 911 call.  Okay.
8  Tell me what you tell 911.
9  A.    I told them that I had observed two cars that were --
10  well, I thought at the time shooting at each other.  But I saw
11  two cars at a very high rate of speed moving forward on
12  Claiborne Avenue.
13  Q.    Did you stop your car or did you continue down Claiborne
14  after they pulled in front of you?
15  A.    For a short period of time, I headed down Claiborne.
16  Q.    I'm sorry?
17  A.    For a short period of time, I headed down Claiborne and
18  then stopped at the traffic light at Claiborne and Louisiana.
19  Q.    The vehicles -- the Pontiac and the Mustang following
20  it -- they advanced in front of you, I assume?
21  A.    They did.
22  Q.    When you get to Louisiana and Claiborne -- well, as you
23  get to Louisiana and Claiborne through this process, had you
24  heard any gunshots up to that time?
25  A.    Yes.

**WILLIAM DIPAOLA - DIRECT**

04:36

1  **Q.**   Could you tell in which direction the shots were going?

2  **A.**   Towards the white Pontiac.

3  **Q.**   Towards the white Pontiac.

4         What do you next see as you approach and come to a

5  stop at Louisiana and Claiborne?

6  **A.**   I saw them heading up towards Jefferson, and then they

7  started cutting through the neutral ground.  And then the light

8  had turned green.  I tried advancing.  I didn't feel

9  comfortable advancing, so I pulled into the neutral ground.

10 **Q.**   As the light turns green so that you can advance and you

11 ultimately pull into the neutral ground, where are the Pontiac

12 and the Mustang at this stage?

13 **A.**   I think, if I'm not mistaken, they had gone forward, done

14 a loop around.  And then I moved up, and then they came back

15 around again.

16 **Q.**   Am I understanding you to say they made some effectively

17 U-turns on Claiborne Avenue?

18 **A.**   Yeah.

19 **Q.**   Are they using paved intersections for all of these

20 U-turns that they are making?

21 **A.**   No.

22 **Q.**   What do you see?

23 **A.**   They are going through the grass --

24 **Q.**   Through the grass on Claiborne Avenue.

25 **A.**   -- neutral ground.

**WILLIAM DIPAOLA - DIRECT**

04:38

1  **Q.**   After the last time they cut through the grass on the
2  neutral ground, where -- all this time, which car is in the
3  lead and which car is following?
4  **A.**   The entire time the white Pontiac is in the lead and the
5  Mustang is following.
6  **Q.**   What is your impression between the two cars as to what
7  the white car is doing and the Mustang is doing?
8  **A.**   The white car was fleeing from the Mustang.
9  **Q.**   Did you have a vantage point to see the passenger at any
10 other times in the Mustang during any of these successive
11 U-turns through the neutral ground?
12 **A.**   Yes, to an extent, but -- yes.
13 **Q.**   Where was that individual in relation to the passenger of
14 the Mustang?  How was he positioned?
15 **A.**   In relation to -- I'm sorry.
16 **Q.**   As he is in the Mustang, if he is in the Mustang, how is
17 he positioned in the Mustang?
18 **A.**   Arm out, shooting.
19 **Q.**   Are you able to see that individual and start to develop a
20 description of what he looks like --
21 **A.**   Yes.
22 **Q.**   -- or assess what he looks like?
23          Male or female?
24 **A.**   Male.
25 **Q.**   African-American?

**WILLIAM DIPAOLA - DIRECT**

04:39

1  A.   African-American, yes.

2  Q.   Beyond that, are you able to see much more at that stage?

3  A.   Not a tremendous amount.

4  Q.   All this time that you have described thus far, are you on

5  the phone with 911?

6  A.   Yes.

7  Q.   Ultimately, what happens to the two cars?  What happens to

8  the white car and what happens to the Mustang?

9  A.   When I'm in the neutral ground, the white Mustang

10  eventually -- I'm sorry, the white Pontiac eventually is

11  abandoned and it crashes into a dumpster.

12  Q.   What happened to the driver?

13  A.   The driver got out of the car while it was rolling.

14  Q.   What did the Mustang do following the gentleman driving

15  the white car abandoning the white car?  What did the Mustang

16  do?

17  A.   It pulled to the side -- like if it hit the dumpster, it

18  pulled to the side of that car, the passenger got out, and the

19  car went on upward.

20  Q.   Where are you at the stage that the white car is abandoned

21  and the gentleman driving the white car jumps out?

22  A.   I'm still in the neutral ground.

23  Q.   You're in the neutral ground.  Where in relation to -- on

24  Claiborne's neutral ground, I assume?

25  A.   Uh-huh.

**WILLIAM DIPAOLA - DIRECT**

1   Q.   Where in relation to Louisiana?

2   A.   Louisiana is now behind me.

3   Q.   Are you still in the first block, though?

4   A.   Yes.

5   Q.   The gentleman in the white car is now out of the car.

6   Where does he proceed from there?

7   A.   He walks -- well, ran with a limp in the direction of the

8   corner of Claiborne and Louisiana, the lake side -- not lake

9   side.  The river side, down side.

10  Q.   Of Claiborne?

11  A.   Uh-huh.

12  Q.   So he is crossing the neutral ground?

13  A.   Towards the daiquiri shop and things that are there.

14  Q.   Had any of the individuals of the Mustang exited the

15  Mustang in contemporaneous time to this --

16  A.   Yes, the passenger.

17  Q.   The passenger got out of the Mustang?

18  A.   Uh-huh.

19  Q.   What is his path after exiting the Mustang?

20  A.   Following him.

21  Q.   Following the gentleman from the white Pontiac?

22  A.   Uh-huh.

23  Q.   Where do these two individuals pass in relation to you

24  after they get out of the cars and are on foot?

25  A.   Past the front of my vehicle.

**WILLIAM DIPAOLA - DIRECT**

04:41

1  Q.   Approximately what distance is between you and each of the
2  individuals as they pass in front of you?
3  A.   Relatively about the same distance between me and you.
4  Q.   Would a fair estimation of the distance between you and I
5  right now be 15 to 20 feet?
6  A.   Yes, something like that.
7  Q.   It's 9:30 at night, give or take a few minutes?
8  A.   Yes.
9  Q.   Are there street lights on Claiborne Avenue's neutral
10  ground?
11  A.   Yes.
12  Q.   You are parked on that neutral ground at this stage?
13  A.   Yes.
14  Q.   Are you still on that call with 911?
15  A.   The whole time.
16  Q.   The whole time.
17       What is going through your mind?  Describe how you
18  were positioned in your vehicle during the witnessing of this
19  stage as the individuals were running by you.
20  A.   What is going through my mind is I was afraid I was going
21  to die.
22  Q.   Where do you fix your eyes as you are talking on 911?
23  A.   I fixed my eyes on what I was seeing happening in front of
24  me.
25  Q.   Did that include the two individuals running past you?

**WILLIAM DIPAOLA - DIRECT**

04:42

1   A.   (Nods head.)

2   Q.   I need a verbal response.  I'm sorry.

3   A.   Yes.

4   Q.   What is the distance between the two individuals as they

5   pass you?  Is there some manner of space between them as they

6   pass?

7   A.   It was relatively significant.

8   Q.   What happens as the individual running away -- so we can

9   distinguish between the two, color shirt of the person driving

10  the white vehicle?

11  A.   A white T-shirt.  And he was wearing, I believe, jeans.

12  Q.   Color of the shirt of the person following that got out of

13  the Mustang?

14  A.   It was gray.

15  Q.   So the gentleman in the white shirt, there was, I think

16  using your words, a significant distance between the two

17  individuals as they passed in front of you?

18  A.   Reasonably, yes.

19  Q.   The man in the white shirt you said had a limp?

20  A.   Uh-huh, yes.

21  Q.   What happens as he crosses the neutral ground?

22  A.   He is crossing the neutral ground, and then the Mustang

23  sped very, very fast.  It went and basically it hit him and

24  sent him pretty high in the air.

25  Q.   When the gentleman in the gray shirt exited the Mustang,

**WILLIAM DIPAOLA - DIRECT**

04:43

1   was the Mustang -- well, let me ask a question.  When the man

2   in the white shirt got hit by the Mustang, where is he in

3   relation to Claiborne Avenue at the time he gets hit?

4   A.   He is somewhere in the neutral-groundish area, eventually

5   towards the sidewalk.  He made it to the sidewalk, and then

6   from the sidewalk is where he ended up approaching.

7   Q.   So the gentleman in the white shirt made it almost across

8   the river-side lanes of Claiborne Avenue?

9   A.   Yes.

10   Q.   He gets struck near the sidewalk of the river-side lanes

11   of Claiborne Avenue --

12   A.   Yes.

13   Q.   -- is that correct?

14        When the passenger of the Mustang exited the Mustang,

15   where was the Mustang at that stage?  Was it on the river side

16   or the lake side of Claiborne Avenue?

17   A.   He exited at the river side.

18   Q.   Then the Mustang did what after the passenger exited?

19   A.   It pulled away, went down, I think, towards where that

20   Walgreens is, towards the corner of Claiborne and Napoleon

21   Avenue.  I don't know if he got that far or not.  I have no

22   idea.  But I know where he ended up coming.

23   Q.   Where did he end up coming?

24   A.   He came up the other side of Claiborne Avenue on the river

25   side and hit the person in the white T-shirt.

**WILLIAM DIPAOLA - DIRECT**

04:45

1    **Q.**   You saw the impact?

2    **A.**   Yes.

3    **Q.**   What happened to the victim in the white shirt when he got

4    hit by the white Mustang?  Describe what you saw.

5    **A.**   He went end over end and very high up in the air and then

6    collapsed on the ground.

7    **Q.**   All of this time you are on 911; is that correct?

8    **A.**   That's correct.

9    **Q.**   The individual who was chasing -- let me ask you this

10   question.  The distance between the gentleman in the white

11   shirt, who got hit by the Mustang, and the person chasing in

12   the gray shirt, but for the -- do you think -- did the victim

13   have a chance to get away if he hadn't gotten hit?

14   **A.**   I don't know.  I don't know.

15   **Q.**   You don't know the answer to that question.  Okay.  Fair

16   enough.

17            What did the gentleman in the gray shirt do after the

18   victim got hit by the Mustang?

19   **A.**   Stood over him and put what I believed was 10 bullets into

20   him and then ran down Louisiana Avenue.

21   **Q.**   Finally, where did the Mustang go after it hit the victim

22   in the white shirt?

23   **A.**   It stopped for a second, then went through the Claiborne

24   and Louisiana intersection -- not through the grass, but

25   through the actual asphalt -- turned left and went down

**WILLIAM DIPAOLA - DIRECT**

04:46

1    Claiborne Avenue and turned right and went up Delachaise.

2    **Q.**    Did you see --

3    **A.**    The wrong way on a one-way.

4    **Q.**    Wrong way on a one-way.

5              Did you see responding units starting to respond to

6    the 911 call shortly thereafter?

7    **A.**    I did.  And most of them passed by Delachaise and went up

8    the next street or further out, and only one unit went up

9    actual Delachaise.

10   **Q.**    During all of this -- let me ask you about your vision.

11   Do you wear contacts, glasses?

12   **A.**    No.

13   **Q.**    That evening had you had any alcohol or had you drank

14   anything?

15   **A.**    No.

16   **Q.**    If you could, describe your perspective as to how far you

17   were away from the victim when he got hit by the Mustang.

18   Where does that occur in relation to where you are positioned

19   on the neutral ground?

20   **A.**    My car is facing towards Jefferson Parish, and it happened

21   more towards the driver rear corner of my car, in that

22   direction, and I looked behind and through the windows.

23             **MR. QUINLAN:**  Your Honor, I would ask to publish

24   96-C, which has already been admitted into evidence.

25             **THE COURT:**  So ordered.

**WILLIAM DIPAOLA - DIRECT**

1   BY MR. QUINLAN:

2   Q.   Mr. DiPaola, there's going to be a picture that comes up

3   on your screen here.  I'm going to ask you a question about it.

4          Did you see images consistent with this after the

5   victim was hit that night?

6   A.   Yes, I did.

7   Q.   Does this give a perspective close to what your viewpoint

8   was that night after he was hit?

9   A.   It gives a perspective, but I'm further up.

10  Q.   You're a little bit further.  So he would be a little bit

11  back over your left shoulder?  Would that be a fair --

12  A.   Yes.

13  Q.   Did you also provide information to the 911 operator about

14  the white Pontiac and what happened to it after it was

15  abandoned?

16  A.   Yes.

17          MR. QUINLAN:  I'm going to ask to publish 99-A.

18  BY MR. QUINLAN:

19  Q.   Mr. DiPaola, if you could look at the screen, is this also

20  consistent with what you saw ultimately where the white Pontiac

21  came to a rest?

22  A.   Yes.

23  Q.   Did you actually provide the license plate number over the

24  911 call?

25  A.   I did.

**WILLIAM DIPAOLA - DIRECT**

04:49

1   **Q.**   Where did you go after speaking to the 911 operator?

2   **A.**   I went up the street.

3                **THE COURT:**  Do you want some water?  I think there's

4   some water behind you.

5                **THE WITNESS:**  Thank you.  I appreciate it.

6                     I went up the street, and I went to some

7   abandoned bank or something like that.  I think it's where CVS

8   is now.

9   **BY MR. QUINLAN:**

10  **Q.**   There's a CVS Pharmacy there now?

11  **A.**   Yes.

12  **Q.**   Did a police officer meet you at that establishment or

13  that location that night?

14  **A.**   Yes.

15  **Q.**   From there, where did you go after meeting with the police

16  officer?

17  **A.**   We went downtown to -- I can't remember what the name of

18  that building is -- whatever that building is on Tulane Avenue.

19  **Q.**   Did you meet with some additional New Orleans police

20  detectives?

21  **A.**   Yes.

22  **Q.**   So it was their offices?

23  **A.**   Yes.

24  **Q.**   Did you give a statement to the detective that night

25  describing what you had observed?

**WILLIAM DIPAOLA - DIRECT**

04:50

1   **A.**   Yes.

2   **Q.**   In your estimation, did you try and give them the same

3   information that you gave to the 911 operator that night as the

4   events were unfolding?

5   **A.**   Yes.

6   **Q.**   Did you describe the individual that you saw holding the

7   gun that was chasing the man in the white shirt?

8   **A.**   Yes, I did.

9   **Q.**   What was the description that you gave?

10   **A.**   That he had a thick beard and that -- well, I described

11   the shirt and pants that I saw, and boots.

12   **Q.**   What about height and build?

13   **A.**   Yes.  Stocky, I think I said at the time.

14   **Q.**   Did you have an estimate as to his height?

15   **A.**   Reasonably close to mine.

16   **Q.**   How tall are you?

17   **A.**   5'11".

18   **Q.**   After giving the statement to the detective, were you

19   ultimately that evening presented a lineup to view?

20   **A.**   Yes.

21   **Q.**   Through the statement did you indicate that you thought

22   you might be able to identify the individual with the weapon?

23   **A.**   Yes.

24   **Q.**   I'm going to show you what's been marked for

25   identification purposes as Government Exhibit 102 and ask if

**WILLIAM DIPAOLA - DIRECT**

04:51

1    you've seen that before?

2    **A.**    Yes.

3    **Q.**    Where have you seen that before?

4    **A.**    I saw it that night.

5    **Q.**    The detective showed it to you?

6    **A.**    Yes.

7    **Q.**    From that lineup, were you able to make a selection of the

8    person you identified as the person who stood over the victim

9    and shot him?

10   **A.**    Yes, I signed on the back where --

11   **Q.**    I would ask you to turn over 102 and see if you see your

12   signature and name.

13   **A.**    Yes.

14   **Q.**    If you turn it back over --

15           **MR. QUINLAN:**  Your Honor, it's previously been

16   admitted.  I would ask to publish Government Exhibit 102.

17           **THE COURT:**  All right.

18   BY MR. QUINLAN:

19   **Q.**    Which selection did you make?  There are six faces on this

20   lineup, Mr. DiPaola.  Which selection did you identify?

21   **A.**    Number 4.

22   **Q.**    Is that the individual that you saw run in front of you on

23   the neutral ground on Claiborne Avenue?

24   **A.**    Yes.

25   **Q.**    In making that selection, did the detective or anyone else

**WILLIAM DIPAOLA - DIRECT**

04:52

1   suggest to you, promise you anything, or force you to make any

2   identification?

3   **A.**   No.

4   **Q.**   Whose decision was it to select No. 4?

5   **A.**   Mine.

6   **Q.**   How would you classify your certainty of the selection

7   that you made?

8   **A.**   Absolute.

9           **MR. QUINLAN:**   Your Honor, I have no further

10  questions.

11          **THE COURT:**   All right.  Well, this is a good time to

12  break, then.

13              We will have to have you back.  I know you

14  understand that.  While we are on the overnight recess, you're

15  instructed not to discuss this case with anyone, not even any

16  of the lawyers in the case.  We are going to resume again at

17  9:00, so please be here on time.

18              Members of the jury, we will recess overnight.

19  We will resume at 9:00.  Please notice I didn't say 1:00.

20  Again, the same admonition:  Don't discuss the case among

21  yourselves.  Don't discuss it with any friends, family,

22  relatives, spouse.  No one.  If you see any media accounts or

23  any electronic accounts of any sort, turn to something else.

24  As you know, your verdict can only be based on the evidence in

25  this trial and the law as I give it to you.  I want to thank

04:54   1   you all again for your hard work.  Have a nice evening.  You
        2   are excused.
        3              JUROR:  Do we leave these here on the bench?
        4              THE COURT:  Oh, I' m sorry, yes.  Good question.
        5   Please leave the notes.
        6              (Jury exited.)
        7              THE COURT:  Be seated for just a couple minutes,
        8   please.
        9              I just want to let all of you all know that one
       10   of the TV stations called and asked if they could get a copy,
       11   an audio of the 911 call, because it's in evidence now, but I
       12   said no.  I just want everybody to know that.
       13              To the extent that I can do something about the
       14   sensationalism, I intend to do it.  So I just want to let
       15   everybody know.  We will recess until 9:00.
       16              (Proceedings adjourned.)
       17                            * * *
       18                         <u>**CERTIFICATE**</u>
       19         I, Toni Doyle Tusa, CCR, FCRR, Official Court
            Reporter for the United States District Court, Eastern District
       20   of Louisiana, certify that the foregoing is a true and correct
            transcript, to the best of my ability and understanding, from
       21   the record of proceedings in the above-entitled matter.
       22
       23
                                  <u>*s/ Toni Doyle Tusa*</u>
       24                         Toni Doyle Tusa, CCR, FCRR
                                  Official Court Reporter
       25

BY MR. QUINLAN: [5]  5/8 17/25 18/17
19/8 21/17
JUROR: [1]  23/2
MR. QUINLAN: [6]  5/3 5/5 17/22 18/16
21/14 22/8
MS. SNEAD: [4]  4/7 4/11 4/17 4/21
THE COURT: [11]  4/9 4/15 4/18 5/1
5/4 17/24 19/2 21/16 22/10 23/3 23/6
THE DEPUTY CLERK: [2]  4/4 4/23
THE WITNESS: [5]  4/6 4/25 5/2 5/6
19/4

## 0

001 [1]  1/4

## 1

10 [1]  16/19
102 [3]  20/25 21/11 21/16
12-CR-001 [1]  1/4
13 years [1]  5/12
15 [1]  13/5
1600 [1]  1/17
1631 [1]  2/9
1:00 [1]  22/19

## 2

20 feet [1]  13/5
2008 [2]  5/13 5/14
2016 [2]  1/6 4/2
275 [1]  2/14

## 3

30th [1]  2/12
312 [1]  2/12
316 [1]  1/22

## 4

4240 [1]  2/6
4:30 [1]  4/13

## 5

5'11 [1]  20/17
500 [1]  2/14
504 [1]  2/15
505 [1]  2/3
589-7778 [1]  2/15
5:00 [1]  4/13

## 6

650 [1]  1/17

## 7

70053 [1]  2/4
70117 [1]  2/9
70118 [1]  1/20
70119 [2]  1/23 2/6
70124 [1]  2/12
70130 [2]  1/17 2/15
7214 [1]  1/20
7778 [1]  2/15

## 9

911 [13]  8/4 8/7 8/8 11/5 13/14 13/22
16/7 17/6 18/13 18/24 19/1 20/3 23/11
96-C [1]  17/24
99-A [1]  18/17
9:00 [3]  22/17 22/19 23/15
9:30 [2]  5/15 13/7

## A

abandoned [4]  11/11 11/20 18/15 19/7
abandoning [1]  11/15
ability [1]  23/20
able [4]  10/19 11/2 20/22 21/7
about [9]  6/6 6/24 7/17 13/3 17/10 18/3
18/13 20/12 23/13
above [1]  23/21
above-entitled [1]  23/21
Absolute [1]  2/20
accounts [2]  22/22 22/23
across [1]  15/7
actual [2]  16/25 17/9
actually [1]  18/23
additional [1]  19/19
adjourned [1]  23/16
admitted [2]  17/24 21/16
admonition [1]  22/20
advance [1]  9/10
advanced [1]  8/20
advancing [2]  9/8 9/9
afraid [1]  13/20
African [2]  10/25 11/1
African-American [2]  10/25 11/1
after [13]  8/14 10/1 12/19 12/24 15/18
16/17 16/21 18/4 18/8 18/14 19/1
19/15 20/18
again [4]  9/15 22/16 22/20 23/1
aided [1]  2/20
air [2]  14/24 16/5
alcohol [1]  17/13
all [12]  4/10 4/17 9/19 10/2 11/4 16/7
17/10 21/17 22/11 23/1 23/9 23/9
almost [1]  15/7
alone [2]  5/25 6/2
already [1]  17/24
also [2]  18/13 18/19
Am [1]  9/16
AMERICA [1]  1/4
American [2]  10/25 11/1
among [1]  22/20
amount [1]  11/3
ANDRE [2]  1/7 2/8
answer [1]  16/15
any [13]  7/4 7/7 8/24 10/9 10/10 12/14
17/13 22/1 22/15 22/21 22/22 22/23
22/23
anyone [2]  21/25 22/15
anything [3]  4/16 17/14 22/1
Appearances [2]  1/13 2/1
appreciate [1]  19/5
approach [2]  4/8 9/4
approaching [2]  5/15 15/6
Approximately [1]  13/1
are [25]
area [2]  5/11 15/4
Arm [1]  10/18
around [2]  9/14 9/15
as [29]
ask [10]  4/14 15/1 16/9 17/10 17/23
18/3 18/17 20/25 21/11 21/16
asked [1]  23/10
asphalt [1]  16/25
assess [1]  10/22
assume [2]  8/20 11/24
at [25]
attention [2]  6/11 6/18 7/4 7/11
Attorney's [1]  1/14
audio [1]  23/11

## B

B-275 [1]  2/14
back [8]  5/13 5/23 5/24 9/14 18/11
21/10 21/14 22/13
bank [1]  19/7
based [1]  22/24
basically [1]  14/23
be [9]  4/13 13/5 18/2 18/10 18/11
20/22 22/17 22/24 23/7
beard [1]  20/10
because [1]  23/11
been [3]  4/4 5/20 5/21 5/22 17/24
20/24 21/15
before [3]  1/10 21/1 21/3
behind [5]  7/2 7/6 12/2 17/22 19/4
believe [1]  14/11
believed [1]  16/19
bench [3]  4/11 4/23 23/3
besides [1]  7/8
best [1]  23/20
between [10]  7/7 10/6 13/1 13/3 13/4
14/4 14/5 14/9 14/16 16/10
Beyond [1]  11/2
bit [3]  5/2 18/10 18/10
block [1]  12/3
boots [1]  20/11
both [1]  4/14
break [1]  22/12
briefly [1]  4/9
BRITTANY [1]  1/16
build [1]  20/12
building [2]  19/18 19/18
bullets [1]  16/19
but [7]  8/10 10/12 15/22 16/12 16/24
18/9 23/11

## C

call [5]  8/7 13/14 17/6 18/24 23/11
called [2]  8/4 23/10
came [4]  6/19 9/14 15/24 18/21
can [4]  9/10 14/8 22/24 23/13
can't [1]  19/17
Canal [1]  2/6
capable [1]  4/20
car [18]  7/13 8/13 10/2 10/3 10/7 10/8
11/8 11/13 11/15 11/15 11/18 11/19
11/20 11/21 12/5 12/5 17/20 17/21
cars [4]  6/14 8/1 8/9 8/11 10/6 11/7
12/24
case [2]  22/15 22/16 22/20
caught [3]  6/11 6/17 7/4
CCR [3]  2/14 23/19 23/24
certainty [1]  22/6
CERTIFICATE [1]  23/18
certify [1]  23/20
chance [1]  16/13
Charles [1]  1/20
chasing [3]  16/9 16/11 20/7
Claiborne [28]
Claiborne's [1]  11/24
classify [1]  22/6
Clinic [1]  1/19
close [2]  18/7 20/15

Avenue [21]  1/20 2/9 5/17 5/25 6/4
6/9 6/18 7/2 8/19 9/1 9/12 9/24
10/18 11/4 11/12 11/23 12/24 15/3
15/8 15/11 15/16 15/21 15/24 16/20
17/1 19/18 21/23
Avenue's [1]  13/9
away [4]  14/8 15/19 16/13 17/17

## C

collapsed [1] 16/6
color [2] 14/9 14/12
come [3] 5/18 5/19 9/4
comes [1] 18/2
comfortable [1] 9/9
coming [3] 5/20 15/22 15/23
computer [1] 2/20
computer-aided [1] 2/20
conference [1] 4/23
consistent [2] 18/4 18/20
contacts [1] 17/11
contemporaneous [1] 12/15
continue [1] 8/13
copy [1] 23/10
corner [3] 12/8 15/20 17/21
correct [5] 4/5 15/13 16/7 16/8 23/20
could [8] 4/8 4/15 4/24 6/17 9/1 17/16
 18/19 23/10
couple [1] 23/7
COURT [5] 1/1 2/14 23/19 23/19 23/24
courtroom [1] 7/17
CR [1] 1/4
crashes [1] 11/11
crossed [1] 6/14
crosses [1] 14/21
crossing [2] 12/12 14/22
cut [1] 10/1
cutting [1] 9/7
CVS [2] 19/7 19/10

## D

D-I-P-A-O-L-A [1] 5/7
dad [2] 8/5 8/6
daiquiri [1] 12/13
DAVID [1] 1/16
decision [1] 22/4
defense [1] 4/14
Delachaise [3] 17/1 17/7 17/9
delay [1] 4/16
describe [5] 6/17 13/17 16/4 17/16 20/6
described [3] 7/9 11/4 20/10
describing [1] 19/25
description [1] 10/20 20/9
detective [4] 19/24 20/18 21/5 21/25
detectives [1] 19/20
develop [1] 10/19
did [38]
didn't [2] 9/8 22/19
die [1] 13/21
DIPAOLA [8] 1/10 4/3 4/7 5/6 5/10 18/2
 18/19 21/20
DIRECT [1] 5/8
direction [6] 6/21 6/22 6/23 9/1 12/7
 17/22
directly [2] 6/14 7/6
discuss [3] 22/15 22/20 22/21
distance [6] 13/1 13/3 13/4 14/4 14/16
 16/10
distinguish [1] 14/9
DISTRICT [5] 1/1 1/2 1/11 23/19 23/19
do [19] 5/14 5/23 6/6 6/10 8/1 8/1 9/4
 9/22 11/14 11/16 12/23 13/22 16/12
 16/17 17/11 19/3 23/3 23/13 23/14
does [3] 12/6 17/18 18/7
doing [6] 5/15 5/20 5/21 6/3 10/7 10/7
don't [6] 15/21 16/14 16/14 16/15 22/20
 22/21
done [1] 9/13

## Dan

door [1] 6/15
Dangerous [2]... (illegible)
down [9] 6/3 6/10 8/13 8/15 8/17 12/9
 15/19 16/20 16/25
downtown [3] 5/19 5/20 19/17
Doyle [4] 2/14 23/19 23/23 23/24
drank [1] 17/13
driver [3] 11/12 11/13 17/21
driving [11] 5/16 5/25 6/8 6/9 6/10 7/10
 7/22 7/23 11/14 11/21 14/9
duly [1] 4/4
dumpster [2] 11/11 11/17
during [3] 10/10 13/18 17/10

## E

each [2] 8/10 13/1
EASTERN [2] 1/2 23/19
effectively [1] 9/16
either [1] 7/8
electronic [1] 22/23
ELIZABETH [1] 1/15
else [2] 21/25 22/23
Elysian [1] 2/9
EMILY [1] 1/22
end [5] 4/12 4/23 15/23 16/5 16/5
ended [2] 15/6 15/22
enough [1] 16/16
entire [1] 10/4
entitled [1] 23/21
ESQ [10] 1/15 1/15 1/16 1/16 1/19 1/22
 2/3 2/5 2/8 2/11
establishment [1] 19/12
estimate [1] 20/14
estimation [2] 13/4 20/2
even [1] 22/15
evening [6] 5/14 5/15 6/8 17/13 20/19
 23/1
events [1] 20/4
eventually [3] 11/10 11/10 15/4
everybody [2] 23/12 23/15
evidence [3] 17/24 22/24 23/11
EXAMINATION [1] 5/8
EXCERPT [1] 4/1
excused [1] 23/2
Exhibit [2] 20/25 21/16
Exhibit 102 [2] 20/25 21/16
exited [6] 12/14 14/25 15/14 15/17
 15/18 23/6
exiting [1] 12/19
extent [2] 10/12 23/13
eyes [2] 13/22 13/23

## F

faces [1] 21/19
facing [1] 17/20
fair [3] 13/4 16/15 18/11
family [1] 22/21
far [5] 7/15 7/17 11/4 15/21 17/16
fast [2] 7/10 14/23
father [1] 6/5
Fawer [2] 2/11 2/11
FCRR [3] 2/14 23/19 23/24
feel [1] 9/8
feet [1] 13/5
FELDMAN [1] 1/11
female [1] 10/23
few [1] 13/7
Fields [1] 2/9
Finally [1] 16/21
first [3] 6/18 6/19 12/3

## F (fix)

fix [1] 13/22
fleeing [1] 11/8
following [4] 4/11 8/19 10/3 10/5 11/14
 12/20 12/21 14/12
follows [1] 4/4
foot [1] 12/24
force [1] 22/1
foregoing [2] 23/20
forward [2] 8/11 9/13
friends [1] 22/21
front [11] 6/14 7/2 7/3 8/1 8/14 8/20
 12/25 13/2 13/23 14/17 21/22
full [1] 4/5
further [4] 17/8 18/9 18/10 22/9

## G

gave [2] 20/3 20/9
gentleman [10] 8/2 11/14 11/21 12/5
 12/21 14/15 14/25 15/7 16/10 16/17
get [5] 8/22 8/23 12/24 16/13 23/10
gets [2] 15/3 15/10
give [5] 13/7 18/7 19/24 20/2 22/25
gives [1] 18/9
giving [1] 20/18
glasses [1] 17/11
go [4] 8/6 16/21 19/1 19/15
going [14] 4/12 4/13 4/16 5/13 9/1 9/23
 13/17 13/20 13/20 18/2 18/3 18/17
 20/24 22/16
gone [1] 9/13
good [2] 22/11 23/4
got [10] 11/13 11/18 12/17 14/12 15/2
 15/21 16/3 16/11 16/18 17/17
gotten [1] 16/13
Government [2] 20/25 21/16
grass [4] 9/23 9/24 10/1 16/24
gray [7] 6/15 7/14 7/15 14/14 14/25
 16/12 16/17
green [2] 9/8 9/10
Gretna [1] 2/4
ground [20] 7/23 7/24 9/7 9/9 9/11 9/25
 10/2 10/11 11/9 11/22 11/23 11/24
 12/12 13/10 13/12 14/21 14/22 16/6
 17/19 21/23
groundish [1] 15/4
guess [1] 6/19
gun [2] 7/12 20/7
gunshots [1] 8/24

## H

had [16] 5/18 5/19 5/20 5/21 5/22 8/9
 8/23 9/8 9/13 12/14 14/19 17/13 17/13
 17/13 19/25 20/10
hadn't [1] 16/13
half [1] 7/17
HALLER [1] 1/16
hanging [2] 7/16 8/2
HANKTON [5] 1/6 1/7 1/19 1/22 2/8
happened [4] 11/12 16/3 17/20 18/14
happening [1] 13/23
happens [5] 11/7 11/7 11/8 14/8 14/21
hard [1] 23/1
has [1] 17/24
have [14] 4/17 5/10 7/8 8/6 10/9 11/4
 15/21 16/13 20/14 21/3 22/9 22/13
 22/13 23/1
having [1] 4/4
he [30]
head [1] 14/1

**H**

headed [2] 8/15 8/17
heading [5] 6/20 6/22 6/23 7/20 9/6
heard [1] 8/24
height [2] 20/12 20/14
held [1] 4/11
here [3] 18/3 22/17 23/3
high [4] 7/1 8/11 14/24 16/5
him [6] 12/20 14/23 14/24 16/19 16/20 21/9
his [2] 12/19 20/14
hit [13] 11/17 14/23 15/2 15/3 15/25 16/4 16/11 16/13 16/18 16/21 17/17 18/5 18/8
holding [1] 20/6
Honor [4] 4/8 17/23 21/15 22/9
HONORABLE [1] 1/11
how [8] 5/10 7/15 10/14 10/16 13/17 17/16 20/16 22/6
huh [6] 7/19 11/25 12/11 12/18 12/22 14/20
hung [1] 8/4

**I**

I' [1] 23/4
I'm [14] 4/19 4/19 5/13 8/16 9/13 10/15 11/9 11/10 11/22 14/2 18/3 18/9 18/17 20/24
idea [1] 15/22
identification [2] 20/25 22/2
identified [1] 21/8
identify [2] 20/22 21/20
IKE [1] 2/8
images [1] 18/4
impact [1] 16/1
impression [1] 10/6
in [63]
include [1] 13/25
including [1] 8/2
INDEX [1] 3/1
indicate [1] 20/21
individual [8] 7/16 10/13 10/19 14/8 16/9 20/6 20/22 21/22
individuals [7] 12/14 12/23 13/2 13/19 13/25 14/4 14/17
information [2] 18/13 20/3
instructed [1] 22/15
intend [1] 23/14
intersection [1] 16/24
intersections [1] 9/19
into [5] 9/9 9/11 11/11 16/19 17/24
is [43]
it [33]
it's [4] 13/7 19/7 21/15 23/11

**J**

JACKSON [2] 1/7 2/11
jeans [1] 14/11
Jefferson [5] 5/16 6/21 7/20 9/6 17/20
JR [1] 1/15
JUDGE [2] 1/11 4/22
jumps [1] 11/21
June [2] 1/6 4/2
jury [3] 1/10 22/18 23/6
just [8] 4/8 4/18 7/8 7/10 23/7 23/9 23/12 23/14

**K**

KEVIN [2] 1/7 2/11
kids [1] 7/10
know [11] 4/12 15/21 15/22 16/14 16/14 16/15 22/13 22/24 23/9 23/12 23/15
knowing [1] 4/20

**L**

L.C [1] 1/11
lake [4] 6/20 12/8 12/8 15/16
lanes [2] 15/8 15/10
last [1] 10/1
law [3] 1/19 2/2 22/25
lawyers [1] 22/16
lead [2] 10/3 10/4
leaning [2] 7/11 7/13
leave [2] 23/3 23/5
left [5] 7/23 7/24 7/25 16/25 18/11
LEMOINE [1] 2/5
let [5] 15/1 16/9 17/10 23/9 23/14
license [1] 18/23
light [3] 8/18 9/7 9/10
lights [1] 13/9
like [5] 10/20 10/22 11/17 13/6 19/7
limp [2] 12/7 14/19
lineup [2] 20/19 21/7 21/20
little [3] 5/2 18/10 18/10
lived [1] 5/10
LLC [1] 2/11
location [1] 19/13
long [2] 4/13 5/10
look [1] 18/19
looked [1] 17/22
looking [2] 4/18 4/19
looks [2] 10/20 10/22
loop [1] 9/14
LOUISIANA [19] 1/2 1/17 1/20 1/23 2/4 2/6 2/9 2/12 2/15 8/18 8/22 8/23 9/5 12/1 12/2 12/8 16/20 16/24 23/20
Loyola [1] 1/19

**M**

made [5] 7/1 9/16 15/5 15/7 22/7
MAJEEDA [1] 1/19
make [5] 7/7 8/7 21/7 21/19 22/1
making [2] 9/20 21/25
Male [2] 10/23 10/24
man [3] 14/19 15/1 20/7
managing [1] 4/20
manner [1] 14/5
marked [1] 20/24
MARTIN [1] 1/11
matter [1] 23/21
May [2] 5/13 5/14
maybe [2] 4/15 7/17
me [9] 5/5 6/14 8/8 12/2 13/3 13/24 15/1 16/9 17/10
mechanical [1] 2/19
media [1] 22/22
meet [2] 19/12 19/19
meeting [1] 19/15
Members [1] 22/18
MICHAEL [1] 2/11
microphone [1] 5/4
middle [1] 4/15
might [1] 20/22
mind [2] 13/17 13/20
mine [3] 4/21 20/15 22/5

minutes [2] 13/7 23/7
mistaken [1] 22/24
more [4] 5/2 5/6 11/2 17/21
most [1] 17/7
moved [1] 9/14
moving [1] 8/11
Mr. [5] 5/6 5/10 18/2 18/19 21/20
Mr. DiPaola [5] 5/6 5/10 18/2 18/19 21/20
much [1] 11/2
Mustang [37]
my [8] 6/5 7/24 12/25 13/20 13/23 17/20 17/21 23/20

**N**

name [4] 4/5 4/24 19/17 21/12
Napoleon [1] 15/20
near [1] 15/10
need [1] 14/2
neutral [20] 7/22 7/24 9/7 9/9 9/11 9/25 10/2 10/11 11/9 11/22 11/23 11/24 12/12 13/9 13/12 14/21 14/22 15/4 17/19 21/23
neutral-groundish [1] 15/4
New [9] 1/17 1/20 1/23 2/6 2/9 2/12 2/15 5/10 19/19
New Orleans [2] 5/10 19/19
next [2] 9/4 17/8
nice [1] 23/1
night [7] 13/7 18/5 18/8 19/13 19/24 20/3 21/4
no [10] 4/16 6/7 9/21 15/21 17/12 17/15 22/3 22/9 22/22 23/12
No. [1] 22/4
No. 4 [1] 22/4
Nods [1] 14/1
not [10] 4/16 7/11 7/17 9/13 11/3 12/8 15/21 16/24 22/15 22/15
notes [1] 23/5
notice [2] 6/24 22/19
now [6] 12/2 12/5 13/5 19/8 19/10 23/11
number [2] 18/23 21/21
Number 4 [1] 21/21

**O**

observations [1] 7/7
observed [3] 6/18 8/9 19/25
occur [1] 17/18
occurs [1] 7/18
off [1] 5/4
Office [1] 1/14
officer [2] 19/12 19/16
offices [2] 2/2 19/22
Official [3] 2/14 23/19 23/24
Oh [1] 23/4
Okay [2] 8/7 16/15
on [35]
one [7] 5/6 6/15 17/3 17/4 17/8 22/22 23/9
one-way [2] 17/3 17/4
only [2] 17/8 22/24
operator [3] 18/13 19/1 20/3
or [18] 4/13 6/1 7/2 7/7 7/23 8/13 10/22 10/23 13/7 15/16 15/21 17/8 17/13 19/7 19/12 21/25 22/1 22/22
order [1] 6/17
ordered [1] 17/25
Orleans [9] 1/17 1/20 1/23 2/6 2/9 2/12 2/15 5/10 19/19

## O

other [7]  6/1 6/15 7/4 7/10 8/10 10/10 15/24
out [13]  7/11 7/13 7/16 8/2 10/18 11/13 11/18 11/21 12/5 12/17 12/24 14/12 17/8
over [7]  16/5 16/19 18/11 18/23 21/8 21/11 21/14
overnight [2]  22/14 22/18

## P

Page [1]  3/2
pants [1]  20/11
Parish [4]  5/16 6/21 7/20 17/20
parked [1]  13/12
pass [4]  12/23 13/2 14/5 14/6
passed [2]  14/17 17/7
passenger [7]  10/9 10/13 11/18 12/16 12/17 15/14 15/18
past [2]  12/25 13/25
path [1]  12/19
pause [1]  4/15
paved [1]  9/19
paying [1]  7/11
people [1]  6/1
perfectly [1]  4/20
period [2]  8/15 8/17
person [6]  14/9 14/12 15/25 16/11 21/8 21/8
perspective [3]  17/16 18/7 18/9
Pharmacy [1]  19/10
phone [2]  6/5 11/5
picture [1]  18/2
plate [1]  18/23
please [6]  4/6 5/2 22/17 22/19 23/5 23/8
point [1]  10/9
police [3]  1/19 12/9 19/15 19/19
Pontiac [12]  6/15 6/25 7/5 8/19 9/2 9/3 9/11 10/4 11/10 12/21 18/14 18/20
PORTER [3]  1/6 2/2 2/5
positioned [4]  10/14 10/17 13/18 17/18
Poydras [2]  1/17 2/14
presented [1]  20/19
pretty [1]  14/24
previously [1]  21/15
PRIVITERA [1]  1/15
proceed [1]  12/6
proceeding [1]  6/3
proceedings [2]  2/19 4/11 23/16 23/21
process [1]  8/23
procession [1]  6/17
promise [1]  22/1
provide [2]  18/13 18/23
publish [3]  17/23 18/17 21/16
pull [2]  8/1 9/11
pulled [5]  8/14 9/9 11/7 11/18 15/19
purposes [1]  20/25
put [1]  16/19

## Q

question [5]  15/1 16/10 16/15 18/3 23/4
questions [1]  22/10
QUINLAN [1]  1/15

## R

ran [2]  12/7 16/20
rate [3]  6/24 7/1 8/11
rather [1]  4/14
RATNER [1]  1/22

rear [1]  17/21
reasonably [1]  20/5
recall [3]  5/14 6/6 6/10
recess [3]  22/14 22/18 23/15
record [3]  4/6 4/25 23/21
recorded [1]  2/19
REED [1]  1/16
relation [8]  7/5 10/13 10/15 11/23 12/1 12/23 15/3 17/18
relatively [1]  13/3 14/7
relatives [1]  22/22
remember [1]  19/17
Reporter [3]  2/14 23/19 23/24
respond [1]  17/5
responding [1]  17/5
response [1]  14/2
rest [1]  18/21
restaurants [1]  5/24
result [1]  8/2
resume [2]  22/16 22/19
right [6]  4/10 7/23 13/5 17/1 21/17 22/11
river [7]  6/20 12/9 15/8 15/10 15/15 15/17 15/24
river-side [2]  15/8 15/10
Robert [2]  2/2 2/3
rolling [1]  11/13
Room [2]  2/14
run [1]  21/22
running [3]  13/19 13/25 14/8

## S

said [5]  4/12 8/6 14/19 20/13 23/12
same [3]  13/3 20/2 22/20
saw [11]  7/11 7/15 8/10 9/6 16/1 16/4 18/20 20/6 20/11 21/4 21/22
say [2]  9/16 22/19
School [1]  1/19
screen [2]  18/3 18/19
seated [1]  23/7
second [1]  16/23
Section [1]  1/5
see [14]  6/13 7/13 8/2 9/4 9/22 10/9 10/19 11/2 17/2 17/5 18/4 21/11 21/11 22/22
seeing [2]  6/11 13/23
seen [2]  21/1 21/3
select [1]  22/4
selection [5]  21/7 21/19 21/20 21/25 22/6
sensationalism [1]  23/14
sent [1]  14/24
several [1]  4/17
sharp [1]  7/1
shirt [16]  14/9 14/11 14/12 14/15 14/19 14/25 15/2 15/7 15/25 16/3 16/11 16/12 16/17 16/22 20/7 20/11
shooting [2]  8/10 10/18
shop [1]  12/13
short [2]  8/15 8/17
shortly [1]  17/6
shot [1]  21/9
shots [1]  9/1
shoulder [1]  18/11
show [1]  20/24
showed [1]  21/5
side [14]  6/20 11/17 11/18 12/8 12/9 12/9 12/9 15/8 15/10 15/15 15/16 15/17 15/24 15/25
sidewalk [4]  15/5 15/5 15/6 15/10

signature [1]  21/12
significant [2]  14/7 14/16
sir [3]  4/24 5/2 6/12
six [1]  21/19
Smith [1]  2/11
SNEAD [1]  1/19
so [14]  4/14 7/22 8/5 9/9 9/10 12/12 14/8 14/15 15/7 17/25 18/10 19/22 22/17 23/14
software [1]  2/20
some [6]  9/16 14/5 19/3 19/4 19/6 19/19
somebody [1]  7/11
someone [1]  7/13
something [5]  6/11 13/6 19/7 22/23 23/13
somewhere [1]  15/4
sorry [5]  5/5 8/16 10/15 11/10 14/2 23/4
sort [1]  22/23
South [1]  1/22
space [1]  14/5
Speak [1]  5/2
speaking [1]  19/1
Spears [3]  2/8 2/8 2/8
specifically [1]  5/13
sped [1]  14/23
speed [3]  6/24 7/1 8/11
spell [1]  4/24
spelling [1]  4/6
spouse [1]  22/22
St [1]  1/20
stage [6]  9/12 11/2 11/20 13/12 13/19 15/15
start [2]  4/14 10/19
started [1]  9/7
starting [1]  17/5
state [2]  4/5 4/14
statement [3]  19/24 20/18 20/21
STATES [5]  1/1 1/4 1/11 1/14 23/19
stations [1]  23/10
stenography [1]  2/19
STEVEN [1]  2/5
still [3]  11/22 12/3 13/14
Stocky [1]  20/13
stood [2]  16/19 21/8
stop [3]  4/15 8/13 9/5
stopped [2]  8/18 16/23
street [10]  1/17 1/22 2/3 2/6 2/12 2/14 13/9 17/8 19/2 19/6
struck [1]  15/10
successive [1]  10/10
suggest [1]  22/1
Suite [1]  1/17
SUV [1]  6/9
sworn [1]  4/4

## T

T-shirt [2]  14/11 15/25
take [2]  5/13 13/7
talking [4]  6/5 6/6 8/5 13/22
tall [1]  20/16
tell [3]  8/8 8/8 9/1
TELLY [3]  1/6 1/19 1/22
testified [1]  4/4
TESTIMONY [1]  1/10
than [2]  4/14 7/10
thank [3]  4/22 19/5 22/25
that [71]

## T

That's [2]  5/5 16/8
their [1]  19/22
them [5]  8/9 9/6 14/5 17/7 20/2
then [15]  8/23 5/24 6/20 8/18 9/6 9/7
9/14 9/14 14/22 15/5 15/18 16/5 16/20
16/23 22/12
there [10]  6/14 7/4 12/6 12/13 13/9
14/5 14/15 19/10 19/15 21/19
there's [3]  18/2 19/3 19/10
thereafter [1]  17/6
these [5]  8/1 9/19 10/10 12/23 23/3
they [17]  8/14 8/20 8/21 9/6 9/13 9/14
9/16 9/19 9/20 9/23 10/1 12/24 13/2
14/4 14/5 14/17 23/10
thick [1]  20/10
things [1]  12/13
think [9]  4/13 5/4 9/13 14/15 15/19
16/12 19/3 19/7 20/13
this [21]  4/13 7/15 7/17 7/18 8/23 9/12
10/2 11/4 12/15 13/12 13/18 16/7 16/9
17/10 18/4 18/7 18/19 21/19 22/11
22/15 22/25
those [1]  7/8
though [1]  12/3
thought [3]  7/10 8/10 20/21
through [13]  8/23 9/7 9/23 9/24 10/1
10/11 13/17 13/20 16/23 16/24 16/25
17/22 20/21
thus [1]  11/4
time [22]  4/18 4/19 4/20 4/20 5/6 5/15
8/10 8/15 8/17 8/24 10/1 10/2 10/4
11/4 12/15 13/15 13/16 15/3 16/7
20/13 22/11 22/17
times [2]  4/17 10/10
Toale [2]  2/2 2/3
told [2]  4/17 8/9
Toni [4]  2/14 23/19 23/23 23/24
too [1]  4/19
towards [12]  5/16 6/20 7/20 9/2 9/3 9/6
12/13 15/5 15/19 15/20 17/20 17/21
traffic [1]  8/18
transcript [1]  23/20
transcription [1]  2/20
tremendous [1]  11/3
trial [2]  1/10 22/25
tried [1]  9/8
true [1]  23/20
try [1]  20/2
Tulane [1]  19/18
turn [4]  7/1 21/11 21/14 22/23
turned [3]  9/8 16/25 17/1
turns [4]  9/10 9/17 9/20 10/11
Tusa [4]  2/14 23/19 23/23 23/24
TV [1]  23/10
two [13]  6/14 6/15 7/7 7/8 8/9 8/11 10/6
11/7 12/23 13/25 14/4 14/9 14/16
two-door [1]  6/15
type [2]  5/23 6/8

## U

U-turns [3]  9/17 9/20 10/11
U.S [1]  1/14
Uh [6]  7/19 11/25 12/11 12/18 12/22
14/20
Uh-huh [6]  7/19 11/25 12/11 12/18
12/22 14/20
ultimately [4]  9/11 11/7 18/20 20/19
understand [1]  22/14

understanding [2]  9/16 23/20
unfolding [1]  20/21
unit [1]  17/8
UNITED [5]  1/1 1/4 1/11 1/14 23/19
units [1]  17/5
until [2]  7/11 23/15
up [17]  5/2 8/4 8/24 9/6 9/14 15/6
15/22 15/23 15/24 16/5 17/1 17/7 17/8
18/2 18/9 19/2 19/6
upward [1]  11/19
Upwards [1]  5/12
using [3]  2/19 9/19 14/16

## V

vantage [1]  10/9
vehicle [7]  6/1 6/8 6/18 7/4 12/25 13/18
14/10
vehicles [3]  7/7 7/8 8/19
verbal [1]  14/2
verbatim [1]  5/14
verdict [1]  22/24
versus [1]  1/5
very [7]  4/13 7/1 7/17 8/11 14/23 14/23
16/5
victim [7]  16/3 16/12 16/18 16/21 17/17
18/5 21/8
view [1]  20/19
viewpoint [1]  18/7
vision [1]  17/10

## W

W-I-L-L-I-A-M [3]  5/1 5/3 5/7
Walgreens [1]  15/20
walks [1]  12/7
WALTER [3]  1/6 2/2 2/5
want [5]  19/3 22/25 23/9 23/12 23/14
was [36]
water [2]  19/3 19/4
way [4]  17/3 17/3 17/4 17/4
we [12]  4/8 4/15 4/16 14/8 19/17 22/13
22/14 22/16 22/18 22/19 23/3 23/15
weapon [1]  20/22
wear [1]  17/11
wearing [1]  14/11
well [8]  4/19 4/21 8/10 8/22 12/7 15/1
20/10 22/11
went [14]  6/20 11/19 14/23 15/19 16/5
16/23 16/25 17/1 17/7 17/8 19/2 19/6
19/6 19/17
were [21]  4/11 5/15 5/20 5/25 5/25 6/3
6/3 6/6 6/8 6/10 6/14 6/22 7/15 8/9 9/1
13/18 13/19 17/17 20/4 20/18 21/7
Weyer [1]  2/3
what [47]
what's [1]  20/24
whatever [1]  19/18
when [10]  5/25 7/15 7/18 8/22 11/9
14/25 15/1 15/14 16/3 17/17
where [26]
which [7]  7/13 9/1 10/2 10/3 17/24
21/19 21/20
while [2]  11/13 22/14
white [32]
who [3]  16/9 16/11 21/8
whole [2]  13/15 13/16
Whose [1]  22/4
will [4]  22/13 22/18 22/19 23/15
WILLIAM [4]  1/10 1/15 4/3 4/7
window [4]  7/12 7/13 7/16 8/3
windows [1]  17/22

witness [1]  4/13
witnessing [1]  13/23
words [1]  14/16
work [2]  5/23 23/1
worked [1]  5/24
working [1]  5/22
would [8]  4/14 13/4 17/23 18/10 18/11
21/11 21/16 22/6
wrong [2]  17/3 17/4

## Y

Yeah [1]  9/18
years [1]  5/12
yes [40]
you [143]
you're [7]  7/20 7/22 7/23 8/5 11/23
18/10 22/14
you've [1]  21/1
your [30]
Your Honor [3]  4/8 21/15 22/9
yourselves [1]  22/21