UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


UNITED STATES OF AMERICA      *     12-CR-001
                               *
versus                         *     Section F
                               *
TELLY HANKTON, WALTER PORTER,   *     June 8, 2016
ANDRE HANKTON, KEVIN JACKSON    *
                               *

* * * * * * * * * * * * * * * * *


TESTIMONY OF ANTHONY COMADORE
IN THE JURY TRIAL BEFORE THE
HONORABLE MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE


Appearances:


For the United States:        U.S. Attorney's Office
                            BY:  ELIZABETH A. PRIVITERA, ESQ.
                               WILLIAM J. QUINLAN JR., ESQ.
                               DAVID E. HALLER, ESQ.
                               BRITTANY L. REED, ESQ.
                          650 Poydras Street, Suite 1600
                          New Orleans, Louisiana 70130


For Telly Hankton:           Loyola Law School Clinic
                            BY:  D. MAJEEDA SNEAD, ESQ.
                          7214 St. Charles Avenue
                          New Orleans, Louisiana 70118


For Telly Hankton:           EMILY F. RATNER, ESQ.
                          316 South Dorgenois Street
                          New Orleans, Louisiana 70119

<u>Appearances</u>:

For Walter Porter:          Law Offices of Robert S. Toale
                            BY:  ROBERT S. TOALE, ESQ.
                            505 Weyer Street
                            Gretna, Louisiana 70053


For Walter Porter:          STEVEN LEMOINE, ESQ.
                            4240 Canal Street
                            New Orleans, Louisiana 70119


For Andre Hankton:          Spears & Spears
                            BY:  IKE SPEARS, ESQ.
                            1631 Elysian Fields Avenue
                            New Orleans, Louisiana 70117


For Kevin Jackson:          Smith & Fawer, LLC
                            BY:  MICHAEL S. FAWER, ESQ.
                            312 30th Street
                            New Orleans, Louisiana 70124


Official Court Reporter:    Toni Doyle Tusa, CCR, FCRR
                            500 Poydras Street, Room B-275
                            New Orleans, Louisiana 70130
                            (504) 589-7778




Proceedings recorded by mechanical stenography using
computer-aided transcription software.

## INDEX

                                                    Page

Anthony Comadore

        Direct Examination By Ms. Privitera          4

        Cross-Examination By Ms. Snead              41

        Cross-Examination By Mr. Spears             60

        Cross-Examination By Mr. Fawer              74

        Redirect Examination By Ms. Privitera       77

**EXCERPT**

**(June 8, 2016)**

**ANTHONY COMADORE,**

having been duly sworn, testified as follows:

       **THE DEPUTY CLERK:**  State your full name and correct spelling for the record, please.

       **THE WITNESS:**  Anthony Comadore, A-N-T-H-O-N-Y, C-O-M-A-D-O-R-E.

**DIRECT EXAMINATION**

BY MS. PRIVITERA:

**Q.**   Good afternoon, Anthony.  Now, you have obviously said your name.  Can you tell the ladies and gentlemen where you are from originally.

**A.**   I'm from New Orleans, Louisiana.

**Q.**   Since you are in an orange jumpsuit and you are in handcuffs, let's talk about that.  You are currently serving the end of your sentence for possession with intent to distribute cocaine and a felon in possession of a firearm?

**A.**   Yes.

**Q.**   And you ultimately received a 72-month sentence on that federal conviction?

**A.**   Yes.

**Q.**   Then at the end of the day you cooperated in another case where I filed a Rule 35 motion for a reduction in your sentence, which was granted, down to 58 months; is that right?

**ANTHONY COMADORE - DIRECT**

03:08

1   **A.**   Yes.

2   **Q.**   And your time pretty much is done?

3   **A.**   Yes.

4   **Q.**   After that, though, you do have supervised release that

5   you will be facing?

6   **A.**   Yes.

7   **Q.**   All right.  You also have a 2000 conviction for possession

8   of crack, along with a 2001 possession with intent to crack

9   possession?

10  **A.**   Yes.

11  **Q.**   Do you have a 2005 conviction out of Georgia on a forgery,

12  or was that just an arrest?

13  **A.**   That's a conviction.

14  **Q.**   So with that, I would like to start discussing your prior

15  drug-trafficking activities because you have a couple

16  convictions for it, and so let's talk about it.

17              At some point in time, did you ever live in the

18  Uptown Central City area of New Orleans?

19  **A.**   Yes.

20  **Q.**   Whereabouts did you live?

21  **A.**   1813 South Rampart.

22  **Q.**   Where is that in location to Josephine Street?

23  **A.**   The next block over.

24  **Q.**   Who did you live at 1813 South Rampart Street with?

25  **A.**   With my mama.

ANTHONY COMADORE - DIRECT

03:09

1   **Q.**   Did you have any other than siblings in the house?

2   **A.**   My sister and my brother.

3   **Q.**   Were you familiar with people who lived on Josephine

4   Street?

5   **A.**   Yes.

6   **Q.**   Who did you know?

7   **A.**   I knew the whole neighborhood, everybody.

8   **Q.**   Let's start naming names.  Can you tell us who you knew

9   specifically?

10  **A.**   I know Telly, Dump, Terrell, Will, everybody.

11  **Q.**   Can you try to make sure you speak clearly and loudly in

12  that microphone so we can hear you.

13       You said you know Telly.  Do you know Telly's last

14  name?

15  **A.**   Hankton.

16  **Q.**   All right.  Who else did you know?

17  **A.**   Nakia, Troy, the family, everybody.

18  **Q.**   I'm going to show you a couple exhibits to kind of help us

19  do this.

20       **MS. PRIVITERA:**  Can you please show us Exhibit 51.

21  BY MS. PRIVITERA:

22  **Q.**   Who is that?

23  **A.**   That's Nakia.

24  **Q.**   Nakia?

25  **A.**   Yeah.

**ANTHONY COMADORE - DIRECT**

03:10

1              MS. PRIVITERA:  Can you show us 52.

2    BY MS. PRIVITERA:

3    Q.    Who is that woman?

4    A.    Shirley.

5    Q.    Who is Shirley?

6    A.    That's Telly's mama.

7              MS. PRIVITERA:  Can you show us 53.

8              THE WITNESS:  That's Telly.

9              MS. PRIVITERA:  Can you show us 54?

10             THE WITNESS:  Squirt.

11   BY MS. PRIVITERA:

12   Q.    Who is Squirt in relation to Telly?

13   A.    That's his cousin.

14             MS. PRIVITERA:  Can you show us 55.

15             THE WITNESS:  That's Troy.

16   BY MS. PRIVITERA:

17   Q.    What's his relationship to Telly?

18   A.    Their cousin.

19   Q.    Do you know how is he related to Nakia?

20   A.    That's his brother.

21             MS. PRIVITERA:  Can you show 58.

22             THE WITNESS:  That's Dump.

23   BY MS. PRIVITERA:

24   Q.    Dump?

25   A.    Terrell Smothers.

**ANTHONY COMADORE - DIRECT**

03:11

1   **Q.**   Is that Dump or Terrell?

2   **A.**   That's Terrell -- Derrick Smothers.

3   **Q.**   His nickname is Dump?

4   **A.**   Yep.

5   **Q.**   59, who is that?

6   **A.**   That's Terrell.

7   **Q.**   Is he related to Dump?

8   **A.**   That's his brother.

9   **Q.**   Now, are these all individuals you knew from the Josephine

10   Street area?

11   **A.**   Yes.

12   **Q.**   Who did you have a relationship with at that time, as far

13   as a girlfriend goes?

14   **A.**   Oh, Demetra, Demetra Lee.

15   **Q.**   Demetra Lee?

16   **A.**   Yes.

17   **Q.**   Anthony, please try to speak more clearly into the

18   microphone.

19            Who is Demetra Lee related to?

20   **A.**   Darnell Stewart and Latoya Stewart.

21   **Q.**   So were you familiar with the Stewart family?

22   **A.**   Yes.

23   **Q.**   Where did Demetra Lee live?

24   **A.**   2009 Josephine.

25   **Q.**   Is that adjacent to 2011 Josephine?

**ANTHONY COMADORE - DIRECT**

03:12

1   **A.**   Yeah, next door.

2   **Q.**   Is it the same house?

3   **A.**   Yes, same house.

4   **Q.**   A double shotgun?

5   **A.**   Yeah.

6   **Q.**   Would you stay with them often in that house?

7   **A.**   Yeah.

8   **Q.**   What years were you around in that area?

9   **A.**   '96, '97, '98.

10   **Q.**   So beginning in about 1996?

11   **A.**   Yeah.

12   **Q.**   How old would you have been then?

13   **A.**   What I was in '96, like 11, 12.

14   **Q.**   How old are you now?

15   **A.**   34.

16   **Q.**   So 20 years ago, about 14?

17   **A.**   Yeah.

18   **Q.**   Who were other people besides the Stewarts that were

19   around on Josephine Street?

20   **A.**   Other people?

21   **Q.**   Yeah, other people aside from the ones I just showed you

22   photographs of.  Who else were you hanging out with?

23   **A.**   My little partner Shawn there, Onion and them, the other

24   people in the neighborhood.

25   **Q.**   Did you ever know Rodney Robinson, Pluck?

**ANTHONY COMADORE - DIRECT**

03:13

1   **A.**   Brian Broussard.

2   **Q.**   I'm sorry, Doo-doo.

3   **A.**   Oh, Doo-doo yeah, I know Doo-doo.

4   **Q.**   Did you know Brian Broussard -- "Pluck"?

5   **A.**   Uh-huh.

6   **Q.**   Can you say yes?

7   **A.**   Yes.

8   **Q.**   Did you know Michael Anderson?

9   **A.**   Yes.

10   **Q.**   What were you doing back then to support yourself?

11   **A.**   I sold cocaine.

12   **Q.**   What age did you start selling cocaine?

13   **A.**   11, 12.

14   **Q.**   Were you living in the Josephine Street area at that time?

15   **A.**   Yeah.

16   **Q.**   Who did you start getting cocaine from when you were that

17   young?

18   **A.**   Well, I started with Thomas Hankton, and then I started

19   getting it from Telly Hankton.

20   **Q.**   Thomas is the nickname Squirt?

21   **A.**   Yeah.  Yes.

22   **Q.**   How often were you buying at that age from Thomas Hankton?

23   **A.**   Like two, three times a week.

24   **Q.**   What happened to Thomas Hankton?  Why did you stop buying

25   from him and start buying from Telly?

**ANTHONY COMADORE - DIRECT**

03:14

1  **A.**  He had got locked up.

2  **Q.**  He went to jail?

3  **A.**  Yeah, he went to jail.

4  **Q.**  How long a period of time did he go to jail for?

5  **A.**  It was around eight, nine years.

6  **Q.**  So he was off the scene?

7  **A.**  Uh-huh.

8  **Q.**  When he left, who did you start buying from?

9  **A.**  I started getting it from Telly.

10  **Q.**  What quantities did you start buying from Telly?

11  **A.**  Small amount first, and then I moved up.

12  **Q.**  Tell us exactly what amount constitutes a "small amount."

13  **A.**  Quarters, ounces, four and a half, quarter key.

14  **Q.**  What did you ultimately move up to selling?

15  **A.**  A kilo.

16  **Q.**  How long of a time period did it take you from going from

17  quarters all the way to a kilo?

18  **A.**  Less than a year.

19  **Q.**  When you were growing up and selling drugs on Josephine

20  Street, were you pretty close to Telly?

21  **A.**  Yes.

22  **Q.**  Who else were you closest to?

23  **A.**  Will, Dump, and Terrell.

24  **Q.**  Did you ever take trips with Telly out of state?

25  **A.**  Yeah.  I took a trip with him one time.

**ANTHONY COMADORE - DIRECT**

03:15

1   **Q.**   Where did y'all go?

2   **A.**   Houston.

3   **Q.**   What did you go to do in Houston?

4   **A.**   We was at a concert.

5   **Q.**   What concert?

6   **A.**   Master P and Puff Daddy.

7   **Q.**   Who went on that trip?

8   **A.**   Me, Telly, Dump, we rode together.  And some guys out of

9   St. Thomas.

10  **Q.**   Who were the guys out of St. Thomas?

11  **A.**   Bub, Ma-man, J-Rock.

12  **Q.**   Just for the court reporter, Ma-man, like M-A-M-A-N?

13  **A.**   Yes.

14  **Q.**   J-Rock?

15  **A.**   J-Rock.  Hollywood.  A dude named June.  Some other people

16  I didn't know.

17  **Q.**   How did y'all get there?

18  **A.**   Drove cars.

19  **Q.**   Who did you drive with?

20  **A.**   I rode in a car with Telly.

21  **Q.**   Who else was in the car with Telly?

22  **A.**   Derrick Smothers.

23  **Q.**   Just the three of you?

24  **A.**   Uh-huh.

25  **Q.**   When you were in Texas on that trip, were you aware if

**ANTHONY COMADORE - DIRECT**

03:16

1      Telly ever got any drugs?

2   **A.**   No, I wasn't aware of it.

3   **Q.**   Had you ever gone with Telly again to and from Texas?

4   **A.**   No.

5   **Q.**   That was the only trip you guys took?

6   **A.**   Uh-huh, yes.

7   **Q.**   How old were you back then?

8   **A.**   13, 12.  12 or 13.

9   **Q.**   So you were young?

10  **A.**   Yeah.

11  **Q.**   Now, how often were you selling drugs on Josephine Street?

12  **A.**   Every day.

13  **Q.**   In the hierarchy of selling drugs on Josephine Street,

14  where did you fall?

15  **A.**   I was up there.  I was pretty much doing better than

16  everybody else around there.

17  **Q.**   Would you also get your supply from Telly?

18  **A.**   Yes.

19  **Q.**   Who else was selling at the same level as you on Josephine

20  Street?

21  **A.**   Dump, Terrell, Will.

22  **Q.**   Then all the other people that we have kind of mentioned,

23  were they selling smaller quantities?

24  **A.**   Yes.

25  **Q.**   How was the traffic on Josephine Street as far as business

**ANTHONY COMADORE - DIRECT**

03:18

1   for drugs?

2   **A.**   Nonstop.

3   **Q.**   Nonstop?

4   **A.**   (Nods head.)

5   **Q.**   Would that include day and night?

6   **A.**   Yes.

7   **Q.**   What were you selling?

8   **A.**   Cocaine rocks, powder.

9   **Q.**   When you would get your supply from Telly, would you get

10  it in powder or rock form?

11  **A.**   Both.

12  **Q.**   When you would buy larger quantities, were you buying

13  larger quantities of rock or powder?

14  **A.**   Both.

15  **Q.**   How would that go about?  Would you specifically order

16  rocks or would you just take whatever it was that he had at the

17  time?

18  **A.**   Whatever it was.

19  **Q.**   When you got powder, would you sell it as powder or would

20  you cook it up into crack?

21  **A.**   Cook it up.

22  **Q.**   Would you personally cook it up?

23  **A.**   The majority of times.

24  **Q.**   So you knew how to cook powder into crack?

25  **A.**   Yes.

ANTHONY COMADORE - DIRECT

03:18

1   Q.   Where would you do that?

2   A.   Different spots.

3   Q.   Would you do that in the place where you stayed on Rampart

4   Street?

5   A.   No.

6   Q.   Would you do that at Demetra Lee's place on 2009?

7   A.   No.

8   Q.   So whose places would you do that at?

9   A.   People who smoke, smokers.

10  Q.   Other crack cocaine users?

11  A.   Yes.

12  Q.   How exactly would you get drugs from Telly?  How would

13  this happen in the Josephine Street area?

14  A.   Well, I just tell him what I want and I meet up with him.

15  Q.   Would you actually have this conversation face to face?

16  A.   Yes.

17  Q.   Where you would stay with Demetra Lee, how far away was

18  that from where Telly would stay?

19  A.   The old house was around the corner, the next block over.

20  Q.   On St. Andrew Street?

21  A.   Yes.

22  Q.   Was there a new house at some point?

23  A.   Yeah.  The house on Josephine.

24  Q.   How hard would it be for you to get in contact with Telly

25  to speak to him?

ANTHONY COMADORE - DIRECT

03:19

1   A.   Not hard.

2   Q.   Where would you actually obtain the drugs from?

3   A.   What you mean?

4   Q.   Would he bring them to you?  Would you pick them up?

5   A.   Oh, either I would go pick them up or he would bring them

6   to me.

7   Q.   If he brought them to you, where would he bring them?

8   A.   In the streets.  Meet him somewhere around there in the

9   neighborhood, just hand it to me.

10  Q.   All right.  If you are buying a half a kilo of cocaine,

11  would he just give it to you straight on the street?

12  A.   Yeah.  It sounds like a lot, but it ain't that big.

13  Q.   What size is it?

14  A.   It depends on how -- you know, what it is.  If it's hard,

15  it ain't that much.

16  Q.   Approximately how much would a half a kilo of cocaine

17  powder cost?

18  A.   11-, 12,000, 10,500.

19  Q.   What about half a kilo of crack?

20  A.   Same thing, same price.

21  Q.   So how often -- when you were buying those quantities, how

22  often were you buying those quantities?

23  A.   Every few days.

24  Q.   So you would go through that amount pretty quickly?

25  A.   Yeah.

**ANTHONY COMADORE - DIRECT**

03:21

1  **Q.**   Would you have other people sell for you or were you
2  selling your stuff directly?
3  **A.**   I sell it myself.
4  **Q.**   Was Durney selling crack too?
5  **A.**   Yes.
6  **Q.**   What about Pluck; was there a period of time when he sold
7  some?
8  **A.**   Yes.
9  **Q.**   And Doo-doo?
10  **A.**   Yes.
11  **Q.**   Was there a point in time when you all were friends and
12  selling together?
13  **A.**   Well, we hung in the neighborhood together, but we ain't
14  never sold -- they did their own thing.
15  **Q.**   You all would be out there selling, but not necessarily
16  together?
17  **A.**   Yes.  Yes.
18  **Q.**   Was there a point in time when Pluck started selling
19  something other than crack cocaine?
20  **A.**   Yeah.  He start selling heroin.  I was in jail when he
21  started, though.
22  **Q.**   How long were you in jail for at that time period?
23  **A.**   2 1/2 years.
24  **Q.**   When you came out, Pluck was selling heroin?
25  **A.**   Yes.

**ANTHONY COMADORE - DIRECT**

03:22

1   Q.    What happened when Pluck started selling heroin?  Did it
2   cause problems on Josephine Street?
3   A.    They was getting into it, Telly and Pluck, about him, I
4   guess, selling heroin around there.
5   Q.    Why would that be a problem?
6   A.    It was a problem because I was hearing that Telly ain't
7   really want him sitting by his folks' house selling his drugs
8   or whatever.  So it won't make no heat on him, he was just
9   coming at him telling him move down the street.
10  Q.    Did Pluck comply with him and move down the street?
11  A.    No.
12  Q.    When you said it was a problem because he was selling near
13  his people's house, who were you talking about?
14  A.    His auntie and them, Judy and Cheryl.
15  Q.    Whose auntie is that?
16  A.    That's Telly Hankton's.
17  Q.    What was Durney doing during this time period?
18  A.    He was in jail.
19  Q.    At some point did Durney get out?
20  A.    Yes.
21  Q.    Did you try to watch over Durney?
22  A.    Yes.
23  Q.    Why?
24  A.    Because I was real close, you know.  I got married to his
25  cousin.  So when he -- when I was doing 2 1/2 years, his

ANTHONY COMADORE - DIRECT

1  cousin -- his brother got killed and we was real close, so I
2  wanted to look out for him and stuff when I come home.
3  Q.  How would you try to look out for him?
4  A.  Just make sure he all right and stuff, he ain't out here
5  doing nothing crazy.
6  Q.  Well, can you explain a little bit what started happening
7  on Josephine Street when Pluck was selling heroin and Telly had
8  asked him to move?
9  A.  I don't really know, because, like I say, I wasn't selling
10  drugs at the time; I was working.  So when I was getting off of
11  work one day, Pluck come up to me --
12         MS. SNEAD:  Objection; hearsay.
13         THE COURT:  Sustained.
14  BY MS. PRIVITERA:
15  Q.  Let's talk about this a little bit, Anthony.  You went to
16  jail for a brief period of time -- or 2 1/2 years, and when you
17  got out, you started working?
18  A.  Yeah.
19  Q.  Did you continue to deal drugs while you were working
20  during that time period?
21  A.  Shortly after I started working, then I had Durney selling
22  drugs for me.
23  Q.  Okay.  Were you still -- shortly thereafter were you still
24  selling cocaine?
25  A.  It started off -- when I started back, it was with heroin.

ANTHONY COMADORE - DIRECT

03:24

1   **Q.**   Why did you start dealing with heroin?

2   **A.**   It was a little quicker money at the time; that was really

3   what was going on.  So I was trying to mess with the heroin

4   because that's what I was dealing with in my area at the time

5   where I was at.

6   **Q.**   You said -- I'm sorry, did you say something about Durney

7   was doing it with you?

8   **A.**   Yeah, he was selling it for me while I was at work.

9   **Q.**   So can you walk us through that a little more?  How did

10  that work?  Would you buy the heroin?

11  **A.**   Yeah, I would buy it.

12  **Q.**   Who did you have sell the heroin for you?

13  **A.**   Durney.

14  **Q.**   Why did you have Durney sell the heroin for you?

15  **A.**   Because I was at work; I was working.

16  **Q.**   Did you ever have a conversation with Telly about allowing

17  Durney to sell your heroin?

18  **A.**   At one time I had talked to Telly about that.  That's when

19  they had got into it.

20  **Q.**   Who got into it?

21  **A.**   It was Telly and Pluck -- Brian -- got into it.  So they

22  hanging around Durney.  And so --

23  **Q.**   You mean Pluck hanging around Durney?

24  **A.**   Yeah, Pluck was hanging around Durney, so it kind of

25  like -- I was trying to tell him like Durney is doing business

ANTHONY COMADORE - DIRECT

03:26

1   with me, so kind of exclude him from what he got going on with

2   them.  That was the conversation right there.

3   **Q.**   Were you trying to help Durney not get involved in any

4   issues Pluck was having with Telly?

5   **A.**   Right.

6   **Q.**   Who did you have that conversation with?

7   **A.**   Telly.

8   **Q.**   Why?

9   **A.**   Because I was trying to get him to not hurt -- you know,

10  get Durney in trouble with them, because I knew he was after

11  them, you know.

12  **Q.**   Where did that conversation take place?

13  **A.**   By his mama's house.

14  **Q.**   At Shirley's house?

15  **A.**   Yes.

16  **Q.**   Was her house on Josephine Street at that time?

17  **A.**   Yes.

18  **Q.**   Who was a part of that conversation?

19  **A.**   The first time it was Bo out there and George.

20  **Q.**   Those were friends with Telly?

21  **A.**   Yes.

22  **Q.**   Did you know them too?

23  **A.**   Yes.

24  **Q.**   Had you ever gotten drugs from Bo or -- you said it was Bo

25  and who?

**ANTHONY COMADORE - DIRECT**

03:27

1   A.   I got drugs from George one time.

2   Q.   How much did you get from George?

3   A.   Like two and a quarter, something like that, something

4   small.

5   Q.   When you had that conversation with Telly, what was

6   Telly's response to you?

7   A.   He was just like brushed me off, cut me off, like he

8   didn't want to hear it.

9   Q.   What do you mean?  What did he do?

10   A.   He just was like -- like as I'm talking to him, he shook

11   his head like no.

12   Q.   So how did that conversation end?

13   A.   Pretty much like that, you know, like I'm going to holler

14   at you.

15   Q.   Were you still on good terms with Telly?

16   A.   Not really.

17   Q.   Why not?

18   A.   I guess because I'm -- being around there, he didn't

19   know -- he knew I was working, but he didn't know that Durney

20   is selling drugs for me.  So when I used to be around there and

21   Pluck and dude pull up and they making -- their people going

22   back telling him like I'm being around them, so he didn't --

23   you know what I'm saying?  He didn't like trust me.  So that's

24   how the relationship was kind of shaky.

25   Q.   So are you familiar with the time when Pluck had gotten

ANTHONY COMADORE - DIRECT

03:28

1   shot?

2   A.   Yeah.

3   Q.   What you're talking about when you had this conversation

4   with Telly about Durney, was this before or after Pluck had

5   been shot?

6   A.   It was after he had been shot.

7   Q.   Were you out of jail during the time when Pluck was shot?

8   A.   Yes.

9   Q.   Did you actually see that shooting, when Pluck got shot

10  the first time?

11  A.   No.

12  Q.   Did you see Pluck immediately following that shooting?

13  A.   After, yes.

14  Q.   Where did you see him?

15  A.   I went saw him in the hospital.

16  Q.   Did you see him at all at 2011 Josephine Street when he

17  was actually shot?

18  A.   Yeah.  I saw him in the house.

19  Q.   Can you tell us about that?  What did you see?

20  A.   He was just laying there.

21  Q.   Where were you when the shooting happened?

22  A.   I was inside.

23  Q.   Inside where?

24  A.   2009.

25  Q.   So you were next door?

**ANTHONY COMADORE - DIRECT**

03:29

1   **A.**   Uh-huh.

2   **Q.**   So how did you hear about the shooting?

3   **A.**   Just heard the shots.

4   **Q.**   Did the shooting happen near 2009 Josephine Street?

5   **A.**   Yeah, on the corner.

6   **Q.**   When you heard the shots, what did you do?

7   **A.**   Just got up, went to the front door, looked out the

8   window, saw everybody coming outside, so everybody went

9   outside.

10   **Q.**   At some point did Pluck run inside to 2011?

11   **A.**   Yes.

12   **Q.**   Did you get to go into 2011 when Pluck was there?

13   **A.**   Yeah.  When he opened the door, I went inside.

14   **Q.**   Where was he shot?

15   **A.**   I think in the leg, in the stomach area.

16   **Q.**   What kind of condition was he in at that time?

17   **A.**   He was all right.

18   **Q.**   He was talking?

19   **A.**   Uh-huh.

20   **Q.**   Was the ambulance on the way?

21   **A.**   Yes.

22   **Q.**   Did you call the police?

23   **A.**   No.

24   **Q.**   Did you talk to Pluck at that time, while he was in the

25   house?

ANTHONY COMADORE - DIRECT

03:30

1  A.   I ain't really talked to him.

2  Q.   Was he bleeding?

3  A.   Yes.

4  Q.   Did you ask him who shot him?

5  A.   No.

6  Q.   Did he say anything about who shot him?

7  A.   No.

8        MS. SNEAD:  Objection; hearsay.

9        THE WITNESS:  No.

10       THE COURT:  Overruled.

11       THE WITNESS:  No, not at that time.

12  BY MS. PRIVITERA:

13  Q.   Then he went to the hospital that night?

14  A.   Yeah.

15  Q.   He was there for quite a while?

16  A.   Yes.

17  Q.   So it was after that incident happened that you went and

18  had a conversation with Telly about Durney?

19  A.   Yes.

20  Q.   Now, was Durney good friends with Pluck and Doo-doo?

21  A.   Yes.

22  Q.   Was Doo-doo also a victim in that shooting we just talked

23  about?

24  A.   Yes.

25  Q.   Did you speak to him that night?

**ANTHONY COMADORE - DIRECT**

03:31

1   **A.**   No.

2              **MS. PRIVITERA:**   One moment, Your Honor.

3   **BY MS. PRIVITERA:**

4   **Q.**   Were you aware of a second time when Doo-doo got shot?

5   **A.**   Yes.

6   **Q.**   Were you witness to that shooting?

7   **A.**   No.

8   **Q.**   You spoke to Doo-doo afterward?

9   **A.**   No.

10  **Q.**   You never talked to him about that?

11  **A.**   Uh-uh.

12  **Q.**   So what was Durney doing during this whole time frame when

13  his friends were getting shot up?

14  **A.**   Durney was in jail the first time.  The second time he was

15  out there.

16  **Q.**   When you had that meeting with Telly, did he tell you

17  anything about you should watch yourself?

18  **A.**   No.

19  **Q.**   Did he ever tell you that?

20  **A.**   No.

21  **Q.**   Did there come a time when you actually thought that Telly

22  was trying to kill you?

23  **A.**   Two times.

24  **Q.**   Let's talk about those times.  On the first time that

25  happened, explain the circumstances.

ANTHONY COMADORE - DIRECT

**A.**   One night I was out with a friend of mine, Michael
Fontaine, and we were riding up the street, and we pulled over
to get some weed.  And Bo's truck pulled up, and when it pulled
up, Mike got out of the passenger side and saw the truck and
took off running.  Telly jumped out, opened my passenger door,
put a gun on the seat, just was looking in the truck.  I spoke.
He spoke and he say, I'm trying to see what's up.  And he
closed the passenger door and was walking around the front hood
of the truck.

I jumped out the driver's side and met him at the
front of the truck, and he kind of cocked the gun and opened up
his jacket and showed me another gun.  And I'm like, What's up,
bro?  What's happening?

He was like, I'm trying to see what's up.  And right
then and there, a police car spun the corner, he walked off and
the truck pulled off, because the police was behind the truck
that he was in.  So the truck kept going; both trucks kept
going.  The police went about their business.  And I asked
Telly, I said, What's up?  Where are you going to be at?
Because I wanted to talk to him about what just happened.

He's like, I'm going to be in the hood.

And that was that.

**Q.**   What did you think was about to happen?

**A.**   That he was going to kill me.

**Q.**   When you were still in your car and he opened up the

ANTHONY COMADORE - DIRECT

03:34

1   passenger door, what did he say to you?

2   **A.**   He was like, What's up?

3   **Q.**   Was anybody else in your car?

4   **A.**   Uh-uh.

5   **Q.**   Who were you with?

6   **A.**   Michael Fontaine.

7   **Q.**   He took off running?

8   **A.**   Yes.

9   **Q.**   After that incident happened, what did you do?

10  **A.**   I pulled off and followed the truck.  We met up on the

11  interstate right there by Orleans Parish jail, where they have

12  the Tulane sign at, and we was on the shoulders talking.  I

13  jumped out, and I just asked him, like, What the hell's that

14  about, you know?

15  **Q.**   Why would you do that if you thought he was just about to

16  kill you?

17  **A.**   Well, you know, that's how much love I had for the people

18  that was around that was in that truck and him, so I went to

19  him.  Even though Telly wasn't in that truck, I still asked the

20  driver, I'm like, Man, what was that about?

21  **Q.**   Who was the driver?

22  **A.**   Bo.

23  **Q.**   What did he say to you?

24  **A.**   He said, I don't know, man, you go to talk to Wild, you

25  know.  He was saying -- talking about Telly -- I already talked

ANTHONY COMADORE - DIRECT

03:35

1   to him about that.

2          I said, All right, man.  I pulled off, I left.

3   Q.   So you just used a nickname.  Does Telly have a nickname?

4   A.   Yeah, that was one of his nicknames.

5   Q.   What is it?

6   A.   Wild.

7   Q.   Wild?

8   A.   Uh-huh.

9   Q.   What's another nickname?

10  A.   They called him Third.  Third Ward.

11  Q.   Because Josephine Street is in the 3rd Ward?

12  A.   Yeah.

13  Q.   Did you try to reach out to Telly after that incident

14  happened?

15  A.   Yeah, I did.

16  Q.   Who did you go through to do that?

17  A.   I went to his mama the first time.

18  Q.   Shirley Hankton?

19  A.   Yes.

20  Q.   How did you reach out to her?

21  A.   I went around to the house, knocked on the door.

22  Q.   What did you have to say to her?

23  A.   Just explained to her what happened, what I just said, and

24  she had contacted him.

25  Q.   Do you know how she contacted him?

ANTHONY COMADORE - DIRECT

03:36

1   A.   That's her son.  I guess she called him by phone.

2   Q.   Why didn't you call him by phone?

3   A.   I didn't have his number at the time.

4   Q.   Why did you go through Shirley versus somebody else, like

5   Bo or George?

6   A.   I know the relationship between him and his mama.  I

7   know -- I know his mama love for me, so I --

8   Q.   Say that again.  I'm sorry.

9   A.   I know his mama had love for me; she treated me like a

10  son.  So I figure I would go to her and get her to contact him

11  and talk to her about it, see what's up with this situation.

12  And that would lead us to me being by the house that night

13  speaking about Durney and that little situation when Bo and

14  George was out there.

15  Q.   Okay.

16  A.   So that would lead to that conversation right there.

17  Q.   So you went back to Shirley's house later that evening?

18  A.   Yeah.

19  Q.   And spoke to Telly?

20  A.   Yeah.

21  Q.   Did you address the fact that you thought he was going to

22  kill you?

23  A.   We talked about it.

24  Q.   What did he have to say?

25  A.   He was just like, Well, good thing the police did swing

ANTHONY COMADORE - DIRECT

1    the corner.  Something like that he said.  Something like that.

2    **Q.**    So how did that conversation end?

3    **A.**    He wasn't really saying much of nothing, didn't really

4    have much to say, so I left, you know.  I'm like, all right,

5    bro.

6    **Q.**    Did you feel things were okay between the two of you or

7    not so much?

8    **A.**    Not really, because of the way he was acting.  He wasn't

9    acting like I know he act, so . . .

10    **Q.**    Now, you said there were two times when this happened.

11    What happened the second time?

12    **A.**    The second time I was -- at this point I had stopped

13    dealing with Durney.  He messed my money up, so . . .

14    **Q.**    What do you mean by that?  Why did you stop dealing with

15    Durney?

16    **A.**    He went to jail, and he was like choosing to hang with his

17    friends Brian and Doo-doo instead of getting this money and

18    staying low-key or whatever.  So he basically told me, Telly,

19    your boy, and he is my partner, so at that point I washed my

20    hands of him.

21        I went holler at George Jackson and got some drugs;

22    the two and a quarter I was saying earlier, I went and got

23    that.  Now I was trying to come around Josephine to sell it

24    because normally cocaine move around there.  So as I come

25    around there with my stuff, like 2:00, 3:00 in the morning, I'm

ANTHONY COMADORE - DIRECT

03:38

1  coming down Simon Bolivar to Josephine, and I stopped by Nakia

2  Hankton to get some weed.  And as I'm doing that, Nakia was

3  like, I ain't got none.

4          So Telly coming outside, I spoke to him, he jumped in

5  the truck and pull off.  I pull off behind him.  He go all the

6  way down Josephine to Oretha Castle Haley, make a left.  I cut

7  off on Danneel.  That's a block before Oretha Castle Haley.  So

8  both us making a left turn, and as I make my left turn going

9  down St. Andrew, I parked on Saratoga.

10 Q.   Where were you going?

11 A.   By Kelvin, to score me some weed from him around the

12 corner.  So as I parked and get out, Telly come around the

13 corner, and then he parked on the same street, but it's on the

14 corner of Josephine and Saratoga.  So it's a whole block, but

15 I'm in the middle of the block.

16          And so when he get out the truck, he walking towards

17 me where I'm at.  So as I'm buying my weed, I get my weed and

18 he's going towards the parking lot, the empty lot on the side

19 of the house where I'm at, the empty lot.  And where my truck

20 is parked is -- the driver's door is by the empty lot, but as

21 he approached, he fixing his pants, like he unbuckle his pants

22 like he trying to use the bathroom in the lot, and so I'm just

23 waiting on him, you know what I'm saying, to finish doing

24 whatever he doing.

25 Q.   Why did this draw your attention?  What did you think was

ANTHONY COMADORE - DIRECT

03:40

1    weird about it?

2    **A.**    Because after that first incident, I was just like it

3    didn't feel right.  I mean, he tried to pull a gun out on me,

4    you lay up there and, you know, I talk to you by your mama's

5    house and you didn't make me feel comfortable, so . . .

6    **Q.**    I'm sorry.  When you stopped to try to buy weed from

7    Nakia, did you say that you spoke to Telly then?

8    **A.**    No.  I just spoke to him like what's up, because he was

9    coming out the house, getting into the truck, leaving from

10   around there.  So at this point when I'm around the corner,

11   he's leaving out of -- I'm in the house and I'm just looking

12   out the window -- I mean out the door, the screen.  So I'm

13   seeing him never coming from out the empty lot on the side of

14   my truck, so I'm waiting.

15        The dude I'm buying weed from, he was like, All

16   right, Slim, I want to go back to sleep.

17        So he was like -- I'm like, Man, hold on, man, Telly

18   right there.  You know what I'm saying?  So he go grab his gun,

19   but he didn't give it to me; he is just holding it.  So

20   eventually Telly come out the lot and started walking back to

21   the truck he just got out of.

22        So I just waited in the door and waited until he

23   actually get to the truck.  Like if he is going to get in the

24   car or something, then I'm going to leave from around there

25   because I ain't feel comfortable with what just happened now.

ANTHONY COMADORE - DIRECT

03:41

1   **Q.**   Were you waiting for Telly to leave before you left?

2   **A.**   Yeah, man, yeah.

3   **Q.**   So what happened?

4   **A.**   When he got to the truck, I waited until he really touched

5   the truck door, you know what I'm saying, to get in it, and

6   then I jumped off the porch and tried to get in my truck.  He

7   started running towards me with a gun in his hand, and I backed

8   the truck up, hit all kind of cars on that street, you know

9   what I'm saying, and I drove off.

10  **Q.**   You made it into your truck?

11  **A.**   Yeah.

12  **Q.**   You threw it -- you say you back it up.  Did you put your

13  truck in reverse?

14  **A.**   Yeah.

15  **Q.**   Was Telly chasing after you in a car or on foot?

16  **A.**   On foot.

17  **Q.**   Did he have a gun in his hand?

18  **A.**   Yeah.

19  **Q.**   All right.  So when you're reversing, is he running toward

20  your car as you're reversing?

21  **A.**   Yeah, as I'm reversing.

22  **Q.**   I'm sorry.  Did you say you hit cars while you were trying

23  to reverse?

24  **A.**   Yes.

25  **Q.**   Were you able to get away?

ANTHONY COMADORE - DIRECT

03:42

1   A.   Yes.

2   Q.   Do you know if he actually shot at you?

3   A.   I don't even know.

4   Q.   Where did you go after that?

5   A.   I went inside.

6   Q.   Inside?  Inside would be where?

7   A.   My house.

8   Q.   On Rampart Street?

9   A.   I didn't live on Rampart then.

10  Q.   Where did you live then?

11  A.   In Algiers.

12  Q.   On the west bank?

13  A.   Yes.

14  Q.   Did you speak to Telly after that time?

15  A.   Yes.

16  Q.   How did you get word that you wanted to speak to Telly?

17  A.   Through his mama.  I went to his mama, and this time it

18  was more serious, I'm more emotional, you know.

19  Q.   Was Telly a person you cared about?

20  A.   Yes.

21  Q.   Did you consider him a friend?

22  A.   Yes.

23  Q.   So when you went to his mom, what did you ask her to do?

24  A.   Let's get to the bottom of this because I ain't done

25  anything.  If I did something, I just want him to tell me what

ANTHONY COMADORE - DIRECT

03:43

1    I did.

2    **Q.**   Did you speak to Telly again?

3    **A.**   Yeah, I talked to him.

4    **Q.**   Where did that conversation take place?

5    **A.**   On Jackson.

6    **Q.**   Whose place is on Jackson?

7    **A.**   Huh?

8    **Q.**   Whose place is on Jackson?

9    **A.**   I mean, later I heard that George Jackson bought the

10   barroom, but he was across the street from there.

11   **Q.**   So were you speaking to him at some house on Jackson

12   Avenue?

13   **A.**   Yeah.

14   **Q.**   Who was present for that conversation?

15   **A.**   Jerome Perkins.  He is dead now.

16   **Q.**   What did you have to say to Telly at that point?

17   **A.**   I parked my truck.  He saw me coming up the street.  I

18   like gave him a sign, like, can I come talk to you.  He said

19   yeah.  I took a chance and went over there.  As I'm approaching

20   him, I turned around, raised my shirt, I was showing him I

21   ain't got no gun on me or nothing.  And I'm like, Man, what's

22   up?  What are you doing this here?  What I did?

23   **Q.**   And what did he say?

24   **A.**   He was like, I just been hearing shit.

25           I'm like, Hearing what, man?  I said, You raised me.

ANTHONY COMADORE - DIRECT

03:44

1    You can talk to me about anything if you have a problem.

2    **Q.**   Did he tell you what he had been hearing?

3    **A.**   No, you know.  But I just was doing the talking,

4    expressing to him -- and I pulled out some cocaine that I had

5    just bought the previous night from George.  I'm like, Man,

6    this is your shit right here.  This is what I'm doing.  I don't

7    want to fuck with dude no more.  But I say, If you have a

8    problem, you should have just said that, you know what I mean?

9    I said, I ain't on nothing.  I'm trying to get this money out

10   here, you know what I mean?  Their business is their business.

11   If they want to be hardheaded, that's all on them.  Don't

12   involve me in that.

13   **Q.**   You are talking about who?

14   **A.**   Talking about Durney, Pluck, all of them; don't involve

15   me.

16   **Q.**   You said you pulled out the cocaine you had bought the

17   night before from George, and you were telling him that this is

18   his.  What do you mean by that?

19   **A.**   Well, you know, he was giving the drugs to George at the

20   time.  He was just chilling, so that's what I was basically

21   saying.

22   **Q.**   You were still doing business for Telly?

23   **A.**   I was buying stuff.

24        **THE COURT:**  Is this a good breaking point?

25        **MS. PRIVITERA:**  Can we wait five more minutes?

ANTHONY COMADORE - DIRECT

03:45

1   Because I'm almost done, Your Honor, and then -- well, that's

2   fine, Judge.

3          THE COURT:  All right.  Five minutes.  I just don't

4   want the jury to be waiting too long.  Five minutes.

5          MS. PRIVITERA:  Thank you.

6   BY MS. PRIVITERA:

7   Q.   Then what was the end result of that conversation with

8   Telly?

9   A.   Well, I think he really started to see where I was coming

10  from.  Because there ain't nobody in these days of a person

11  trying to kill you, or no matter how cool y'all is, once you

12  show me that side, I'm coming for you now.  But that wasn't me.

13  I wasn't trying to go that way.  You know what I'm saying?

14  Good dude, I was trying to get some money with him.  But -- so

15  I guess he saw my side, what I'm trying to show him.  Once I

16  showed him I wasn't messing with dude no more, dude on his

17  own --

18  Q.   When you're saying "dude," who are talking about?

19  A.   Talking about Durney.  That's all on him.  What he got

20  going on, he want people hanging with them, I'm really

21  expressing everything to him now, because a lot of things he

22  didn't know.  A lot of things that he knew that I didn't know,

23  and Telly knew that I didn't know.  So at that point I was just

24  like, you know, that's what it is, bro.  Now, if you want to do

25  me something, bro, just go ahead on, man, because I don't

ANTHONY COMADORE - DIRECT

1  understand.

2          So he hugged me and we was just like it's all good.

3  He was like telling me about a lot of things happening since he

4  done that night with the truck and I messed my truck up and

5  shit backing up, so he was like saying that dude was looking

6  for me.

7  Q.   Can you use their names, please?

8  A.   Tony.  A dude named Tony was looking for me.  So by he was

9  saying that, they really was looking for me because they

10 thought that me and Telly fell out and wasn't friends no more,

11 so everybody trying to get some money, kill me or whatever.

12 Q.   On behalf of Telly?

13 A.   Yeah.  So he was telling me that the dude was looking for

14 me, so I need to go handle that, which I already heard about

15 it.  So he was like, you know, like, You good?  You don't need

16 no help or nothing?

17         I said, No, I got him.

18         So at that point George walked down there with me to

19 go holler at the dude so it wouldn't go no further than that,

20 talking about Tony.

21 Q.   Tony has a nickname?

22 A.   Yay-Yo.

23 Q.   So did you guys speak to Yay-Yo about not killing you?

24 A.   Yeah, we had talked about it.  He was just letting him

25 know that I'm with them, you know, leave me out of that shit,

ANTHONY COMADORE - DIRECT

03:48

1  you know.  The rest of them, it still is what it is, but just

2  leave me out of it.  Like that's how he was.

3  **Q.**   Did Yay-Yo seem to understand the rules?

4  **A.**   Yeah.

5  **Q.**   What was your relationship with Telly after that?

6  **A.**   It wasn't all that, but we would holler, he would speak.

7  He saw what I'm doing like I said I was going to do.  I'm doing

8  like I normally do, by myself.

9  **Q.**   Were you still buying drugs through Telly?

10  **A.**   No, I wasn't buying it from Telly, because Telly was

11  chilling.  I was getting it from George at that time.

12  **Q.**   Then at some point in time, did you move away from

13  Josephine Street?

14  **A.**   Yeah.

15  **Q.**   Were you around when Durney got killed?

16  **A.**   I was in Atlanta.

17       **MS. PRIVITERA:**  I think those are all the questions I

18  have for now, Your Honor.

19       **THE COURT:**  We will take 15 minutes and then have

20  cross-examination.  You're instructed you are not to discuss

21  this case with anyone, not even the lawyers, while we are on

22  the brief recess.

23       **THE WITNESS:**  Yes, sir.

24       (Jury exited.)

25       **THE COURT:**  We will resume in 15 minutes.

ANTHONY COMADORE - CROSS

03:49

1          (Recess.)

2          THE DEPUTY CLERK:  Court is now in session.

3          THE COURT:  Anything else before we go into

4    cross-examination?

5          MS. PRIVITERA:  No, Your Honor, not from the

6    government.

7          THE COURT:  Cross-examination, please.

8                    CROSS-EXAMINATION

9    BY MS. SNEAD:

10   Q.    Good afternoon, Mr. Comadore.

11   A.    Good afternoon.

12   Q.    How are you doing?

13   A.    I'm doing okay.

14   Q.    Now, Ms. Privitera went through several of your arrests.

15   Do you have any open charges?

16   A.    No.

17   Q.    No?  So when you testified before the grand jury you had

18   an open charge at Tulane and Broad, is that the possession of

19   cocaine and illegal firearm that you are on?

20   A.    Yes, ma'am.

21   Q.    Did they drop the hydrocodone pills?

22   A.    Yes.

23   Q.    Now, recently I believe you wrote several letters, either

24   to the judge or to an attorney with the government, talking

25   about you could help with one of the biggest cases in

**ANTHONY COMADORE - CROSS**

04:10

1    New Orleans against Telly Hankton, right?

2    **A.**    Yes.

3    **Q.**    So your goal really is to get another Rule 35?

4    **A.**    No.

5    **Q.**    That's not your goal?

6    **A.**    No.

7    **Q.**    What's your goal?

8    **A.**    I don't have one.

9    **Q.**    So when you wrote to Judge Morgan and saying, I'm

10   advising -- advising that he is cooperating in one of the

11   biggest cases in New Orleans against Telly Hankton and hope to

12   go home, what did that mean?

13   **A.**    That's what I said?

14   **Q.**    What did that mean?

15   **A.**    Did I say that?

16   **Q.**    Yes, you wrote it in a letter.

17   **A.**    Can you show it to me?

18          **MS. PRIVITERA:**  Can you show him the letter?

19          **MS. SNEAD:**  Okay.

20   BY MS. SNEAD:

21   **Q.**    While they pull that letter, I'll go on to something else.

22          Did you also get a Rule 35?  While we are looking

23   through the letter, because I want to highlight that particular

24   line, did you also get a reduction of a Rule 35 in another

25   place?

ANTHONY COMADORE - CROSS

04:11

1   **A.**   Yes.

2          **THE COURT:**   Counsel, let's let the jury understand.

3   They don't know what Rule 35 is.  So why don't you just ask

4   questions -- rephrase your questions in plain English.

5   **BY MS. SNEAD:**

6   **Q.**   When you were convicted, you were sentenced to 72 months;

7   is that correct?

8   **A.**   Yes.

9   **Q.**   When you cooperate with the government in a case, they can

10  inform the Court of that; is that correct?

11  **A.**   Yes.

12  **Q.**   When they inform the Court of that, that's sometimes --

13  that's called a Rule 35, where they ask for a reduction because

14  of your cooperation?

15  **A.**   Right.

16  **Q.**   In that case you got reduced from 72 months -- let me --

17  once the rule was filed, you got a 20 percent reduction down to

18  58 months, correct?

19  **A.**   Yes.

20          **THE COURT:**   He has already testified to that.

21          **MS. SNEAD:**   I was about to ask about the next --

22          **THE COURT:**   Well, then do it, please.

23  **BY MS. SNEAD:**

24  **Q.**   So now I'm going to show you this letter dated March 13,

25  2013.  Is that your handwriting?

ANTHONY COMADORE - CROSS

04:13

1   A.   Yes.

2   Q.   Did you write in that letter to Judge Morgan that you're

3   cooperating in one of the biggest cases in New Orleans against

4   Telly Hankton?

5   A.   Yes.

6   Q.   And do you say in there that you hope to go home?

7   A.   This letter -- I believe this letter I wrote was based on

8   informing the judge that I'm doing this also for the safety of

9   me and my family members.  That's what I think that letter was

10  about.  If you could show me what the statement you said, where

11  that's at.

12       I know my letters that I wrote to the judge was

13  informing the judge that I'm cooperating on this case and I

14  don't want to get messed over, and also I don't want to

15  jeopardize the life of me and my family members.  So that's

16  what that was really about, so the judge understands what I'm

17  dealing with.

18       THE COURT:  Just so the jury understands,

19  Judge Morgan is another colleague --

20       THE WITNESS:  That's where I got sentenced at.

21       THE COURT:  -- here in federal court.  She's another

22  federal judge.  In case you haven't discovered by now, I am not

23  Judge Morgan.

24  BY MS. SNEAD:

25  Q.   You asked me to show you, I want to read this paragraph

**ANTHONY COMADORE - CROSS**

04:14

1    right here.

2    **A.**   All right.   This is it right here?

3    **Q.**   (As read):   "I hope to get credit for it and can go home."

4    **A.**   That's what I said.   I said I just hope I get credit for

5    my cooperation and I can go home to be with my family real

6    soon.

7    **Q.**   Okay.   So that's the point I was making:   You wrote a

8    letter saying you wanted to cooperate against Mr. Hankton, you

9    hope you get the credit so you can go home?

10   **A.**   Yes.

11   **Q.**   Okay.   You talked about the drug trade on Josephine

12   Street, and you were talking about everybody who was doing

13   their own thing, correct?

14   **A.**   Uh-huh, yes.

15   **Q.**   What did you mean by that?

16   **A.**   Everybody, you know, selling for theirself, doing that,

17   selling drugs.

18   **Q.**   So everybody was selling for themselves?

19   **A.**   Yes.

20   **Q.**   Now, you also said that you -- at some point you had

21   Darnell Stewart, who you refer to as Durney, selling heroin for

22   you?

23   **A.**   Yes.

24   **Q.**   Who did you get the heroin from?

25   **A.**   No one involved in this courtroom.

ANTHONY COMADORE - CROSS

04:16

1  **Q.**   But who did you get the heroin from?

2  **A.**   A friend of mine.

3  **Q.**   What's his name?

4  **A.**   I'm not telling you his name.  He ain't got nothing to do

5  with this.

6          **THE COURT:**  The name of the other person is not

7  relevant to any of the issues in this case.

8          **MS. SNEAD:**  Well, Judge, until I know the name --

9          **THE COURT:**  He has said that no one involved in this

10  case.  Is that correct, no one involved in this case?

11          **THE WITNESS:**  Period.  No one involved in this

12  courtroom, period.

13          **THE COURT:**  Therefore, the identity of whoever he

14  bought from is not relevant or probative of anything in this

15  case.  Your question is improper.

16  **BY MS. SNEAD:**

17  **Q.**   What about -- do you know someone named Dub Dillon?

18          **MS. PRIVITERA:**  Bub.

19          **MS. SNEAD:**  Bub?

20          **MS. PRIVITERA:**  Bub.

21  **BY MS. SNEAD:**

22  **Q.**   Bub with a B?

23  **A.**   Uh-huh, yes.

24  **Q.**   He sold large quantities of cocaine?

25  **A.**   Yes.

**ANTHONY COMADORE - CROSS**

04:16

1   **Q.**   Did you ever get cocaine from him?

2   **A.**   No.

3   **Q.**   No? Did you ever get cocaine from Sheldon Magee?

4   **A.**   No.

5   **Q.**   When you talked about the issue, I guess, between Pluck

6   and Telly, you specifically talked about Pluck selling heroin

7   on Telly's aunt's porch?

8   **A.**   Yes.

9   **Q.**   Telly approached him, asking him not to do that on his

10   aunt's porch; is that correct?

11   **A.**   Yes.

12   **Q.**   That's basically what the rift was about, because Pluck

13   didn't want to listen?

14   **A.**   Yes.

15   **Q.**   At some point you got caught in the middle of that because

16   they didn't know if you were with the Pluck team or -- I don't

17   know if it's a team -- Durney was with Pluck or with you; is

18   that correct?

19           **THE COURT:** Do you understand the question?

20           **THE WITNESS:** Can you repeat that?

21   BY MS. SNEAD:

22   **Q.**   Did you say that at some point you were dealing with

23   Durney?

24   **A.**   Yes.

25   **Q.**   Durney was selling for you?

ANTHONY COMADORE - CROSS

04:18

1   **A.**   Yes.

2   **Q.**   Then at some point Durney was dealing with Pluck?

3   **A.**   Yes.

4   **Q.**   So you were kind of caught in the middle as to are you

5   with Pluck or are you with Durney?

6   **A.**   No.  That wasn't the misunderstanding.  The

7   misunderstanding was if I'm with Durney and the rest of his

8   partners and them, that's what the misunderstanding was.

9   **Q.**   The misunderstanding, it was with Durney and his partners?

10  **A.**   Uh-huh.

11  **Q.**   Was that Tutu?

12  **A.**   Tutu used to be with Durney every now and then.

13  **Q.**   Who else?

14  **A.**   Pluck and Doo-doo.

15  **Q.**   Was there a rift -- I'm still confused.  Was there a rift

16  between Pluck and Durney at some point?

17  **A.**   Uh-uh.  Not around my time.  It was cool.

18  **Q.**   All right.  And when you said that you -- you stopped

19  messing with Durney at some point?

20  **A.**   Uh-huh, yes.

21  **Q.**   Because he messed over your money?

22  **A.**   Yes.

23  **Q.**   How much money was that?

24  **A.**   About $2,000.

25  **Q.**   And you were actually caught with a firearm; is that

ANTHONY COMADORE - CROSS

04:19

1   correct?

2   **A.**   When?

3   **Q.**   At some point?

4   **A.**   Yes.

5   **Q.**   Did you ever go after Durney for your $2,000?

6   **A.**   No.  That's family; I just left him alone.

7   **Q.**   And you used that term "that's family."

8   **A.**   Uh-huh.

9   **Q.**   So really, the way you all dealt with each other, you

10   might have had a little rift; but at the end of the day, as you

11   said about Telly, you had love for Telly?

12   **A.**   Yes.

13   **Q.**   And Telly had love for you?

14   **A.**   Yes.

15   **Q.**   And so basically, y'all might have had a little words here

16   and there, but it's family at the end of the day?

17   **A.**   That's the way it was supposed to be.

18   **Q.**   So let's talk about when you went through this issue of --

19   you said when you were working after you got out of jail, you

20   were working?

21   **A.**   Yes.

22   **Q.**   Durney was selling heroin for you because it was quicker

23   in your area.  What does that mean?  What area are you

24   referring to?

25   **A.**   The house they just moved in on Washington, off of

ANTHONY COMADORE - CROSS

04:20

1    Washington and Dryades.

2    **Q.**   That's not the Josephine Street area?

3    **A.**   No.

4    **Q.**   So you were out of the Josephine Street area?

5    **A.**   Correct.

6    **Q.**   At some point you were selling out of 2011 Josephine

7    Street?

8    **A.**   Yes.

9    **Q.**   That was the Stewart house?

10   **A.**   Yes.

11   **Q.**   Were you ever caught up in any of the arrests that

12   occurred at the Stewart house?

13   **A.**   Yes.

14   **Q.**   Telly Hankton was never involved in any of those --

15   **A.**   No.

16   **Q.**   -- is that correct?

17            At some point you talked about you and Telly several

18   times apparently talking about whatever was going on because

19   you had information that people were trying to kill Telly; is

20   that correct?

21   **A.**   I heard that.

22   **Q.**   You heard that.  Was it Pluck that was trying to pay

23   Mike-Mike to kill Telly?

24   **A.**   That's what I heard.

25   **Q.**   There was another name I believe you said -- was Darnell

ANTHONY COMADORE - CROSS

04:21

1   also having a rift with Telly?

2   **A.**   Not in the beginning of this.

3   **Q.**   But at some point?

4   **A.**   Yes.

5   **Q.**   He was talking about he needed to kill Telly?

6   **A.**   Not from my knowledge.

7   **Q.**   You hooked up with Telly; you said y'all went to Texas.

8   So Telly took you to Texas to a concert?

9   **A.**   Yes.

10  **Q.**   It was you, Telly, and Dump, I believe you said?

11  **A.**   Yes, ma'am.

12  **Q.**   You did not see Telly do any drug business in Texas, did

13  you?

14  **A.**   No, I didn't.

15  **Q.**   When you were doing business on Josephine Street, you were

16  aware that Telly's mother lived on Josephine Street, and two

17  aunts, correct?

18  **A.**   Yes.

19  **Q.**   During the time that you were there, you never saw their

20  house kicked in for drugs, did you?

21  **A.**   No.

22  **Q.**   You said when you were getting drugs from Telly, that you

23  would pick them up sometimes?

24  **A.**   Yes.

25  **Q.**   Where did you pick them up?

ANTHONY COMADORE - CROSS

04:22

1   **A.**   By his uncle's house.

2   **Q.**   By his uncle's house?

3   **A.**   Yes.

4   **Q.**   On what street?

5   **A.**   St. Andrew.

6   **Q.**   St. Andrew.

7       Now, at some point you said you were still dealing

8   drugs that you were not getting from Telly.  You started

9   getting them from someone else you won't mention, but also

10   George?

11   **A.**   Yes.

12   **Q.**   Didn't you say that Telly was chilling; he wasn't doing it

13   at that point?

14   **A.**   I wasn't getting it from him.

15   **Q.**   Was this not your words:  "Telly was chilling"?  Did you

16   use that word earlier?

17   **A.**   He was chilling.  I wasn't getting it from him.  That's

18   what I said.

19   **Q.**   What does "chilling" mean when you say that?

20   **A.**   He was chilling; he wasn't doing the activity hand-to-hand

21   no more.  He was falling back; he was chilling.

22   **Q.**   All right.  You talked about twice that you thought that

23   Telly was threatening your life and you gave two separate

24   incidents.

25   **A.**   Yes.

ANTHONY COMADORE - CROSS

04:23

1   **Q.**   I want to talk about the second incident first.  The
2   second incident was when you went to purchase marijuana?
3   **A.**   Yes.
4   **Q.**   You were on the porch -- whose house?  I think you said
5   Calvin?
6   **A.**   Yes.
7   **Q.**   It was 3:00 in the morning?
8   **A.**   Yeah.
9   **Q.**   You say you saw Telly go into the alley, looked like he
10  had to go use the bathroom?
11  **A.**   Yes.
12  **Q.**   When he came with out of the alley, you saw him go
13  straight to his truck?
14  **A.**   Yes.
15  **Q.**   He saw you right on that porch?
16  **A.**   Yes.
17  **Q.**   But he didn't go towards you?
18  **A.**   No.
19  **Q.**   And once he went to his truck, you went to your truck?
20  **A.**   Yes.
21  **Q.**   Then you said today that you saw him with a gun?
22  **A.**   Yes, he started running towards me.
23  **Q.**   With a gun?
24  **A.**   Yes.
25  **Q.**   Now, do you recall that you testified in March of 2012

**ANTHONY COMADORE - CROSS**

04:24

1  about that same incident?

2  **A.**  Yes.

3  **Q.**  At that time you never mentioned a gun, did you?

4  **A.**  I believe I did.

5  **Q.**  You believe you did?

6      I'm just going to show you right here where you start

7  talking about that.

8      **THE COURT:**  Why don't you share it with the jury,

9  then ask him a question.

10      **MS. SNEAD:**  I am, Judge.  I just wanted him to

11  refresh his recollection since he said he didn't recall.

12      **THE COURT:**  You can do that by reading it to him so

13  the jury knows what you are talking about.

14      **MS. SNEAD:**  Okay.

15  BY MS. SNEAD:

16  **Q.**  So at this particular night, before I read this, were you

17  on any Ecstasy pills, or anything like that, in addition to the

18  marijuana?

19  **A.**  I take X sometimes and marijuana.

20  **Q.**  So were you -- that night were you on X?

21  **A.**  I don't remember.

22  **Q.**  You don't remember.  But you do remember -- and I'll just

23  tell you what -- you read the part that I am talking about,

24  right?

25  **A.**  No.

ANTHONY COMADORE - CROSS

04:25

1   **Q.**   You didn't get to read it?

2   **A.**   Uh-uh.

3   **Q.**   Okay.  I'll read it for you.  This is your testimony to

4   the grand jury in 2012.  And at that time you say --

5          **MS. PRIVITERA:**  Judge, if I may, what is the

6   question?  I'm not sure why she's reading the testimony.

7          **THE COURT:**  I don't even know what grand jury you are

8   talking about.

9          **MS. SNEAD:**  He testified to the grand jury May 17,

10  2012.

11         **THE COURT:**  What grand jury?

12         **MS. SNEAD:**  The federal grand jury.

13         **THE COURT:**  What is it that you say he said to the

14  grand jury?

15         **MS. SNEAD:**  I asked him did he not testify

16  differently before that grand jury than he did today.

17         **THE COURT:**  Are you looking -- just so that the jury

18  will know what's happening, are you showing him a transcript of

19  his testimony before that grand jury?

20         **MS. SNEAD:**  I did.

21         **THE COURT:**  Now tell him what you claim he said and

22  ask him a question.

23  **BY MS. SNEAD:**

24  **Q.**   The question was, Mr. Comadore, today you said that Telly

25  had a gun when you were running and screaming and hollering and

ANTHONY COMADORE - CROSS

04:26

1  backing away, correct?

2  **A.**   Yes.

3  **Q.**   That's what you testified today?

4  **A.**   Yes.

5  **Q.**   But you gave a statement to the grand jury -- and I let

6  you read it; and if you need to refresh your recollection, I

7  can let you read it again -- where you mentioned --

8           **THE COURT:**  Which says what?

9           **MS. SNEAD:**  Do you want me to read it, Judge?

10          **THE COURT:**  Duh.

11          **MS. SNEAD:**  I was about to read it earlier and I was

12  interrupted --

13          **THE COURT:**  You didn't read it earlier.  You showed

14  it to him, and the jury didn't know what you were talking

15  about.

16  **BY MS. SNEAD:**

17  **Q.**   On May 12, 2012, you testified before the federal grand

18  jury about this incident where you went to buy weed in

19  particular.  You talked about (as read):  "I don't know what he

20  was doing, so" --

21          **MS. PRIVITERA:**  What page are you on?

22          **MS. SNEAD:**  I'm sorry.  That's 48.

23          **THE COURT:**  Read it.

24          **MS. SNEAD:**  I'm going to read it.

25

ANTHONY COMADORE - CROSS

04:27

BY MS. SNEAD:

Q.   This must all be an answer because I don't even have the question.  So this is all his testimony.  Okay?

(As read):  "I don't know what he was doing.

"Hold on.  So he must have saw -- I knew he was going on, so he finally called, and I was walking back towards that corner by the truck.  He jumped out.  I waited until he got to the door, until he touched that handle of the car.  That's when I jumped off the porch and I was kind of like trying to stay to the door.  The door wasn't even much closed, but when I set in there, as soon as I sat by the car, man, George, he went to tooken out running, started running towards me down the street.  And like I said, I was scared.  I was hollering, you know.  I just put it in reverse and I didn't even much close the door.  I was backing up, hitting all people's cars, trying to get from around that dude."

Is that correct?

A.   Yes.

Q.   There's nowhere in there where you say, "I saw a gun"?

A.   I wasn't asked.

THE COURT:  It was what?

THE WITNESS:  I wasn't even asked did I see a gun.

BY MS. SNEAD:

Q.   Today, when you told that same story, you mentioned he had a gun, correct?

ANTHONY COMADORE - CROSS

04:29

1    A.    Yeah.

2    Q.    Now, you also gave a statement to the FBI --

3          MS. SNEAD:  And I'm going to show the government --

4    that is 302.

5          MS. PRIVITERA:  I object, Your Honor, because he has

6    not seen this 302; he didn't write this 302.  This is something

7    written by an agent.  This is not something like a grand jury

8    transcript out of the --

9          THE COURT:  Let me see it.  Pass it up here.  Just

10   give it to Charles.

11              The objection is sustained.

12         MS. PRIVITERA:  Thank you, Your Honor.

13   BY MS. SNEAD:

14   Q.    Do you recall talking to the FBI about this incident?

15   A.    Yes.

16   Q.    Do you recall that you did not tell them that there was a

17   gun involved?

18   A.    I told them everything I knew and I remembered.

19         MS. SNEAD:  If you give me a moment, Your Honor, I

20   think I'm done.

21   BY MS. SNEAD:

22   Q.    At any point did you call the police about any of the

23   incidents that you had with Telly?

24   A.    No, ma'am.

25              THE COURT:  Next question.

ANTHONY COMADORE - CROSS

04:31

1  BY MS. SNEAD:

2  Q.   At some point you were accused of stealing drugs from

3  Durney as well.  Did you hear that?  You never heard that?

4  A.   Never heard that.

5  Q.   Did you ever tell Durney your drugs were stole by P-Dub,

6  that his drugs were stole by P-Dub?

7  A.   No.

8  Q.   Do you know Officer Pratt, Detective Pratt?

9  A.   I don't remember him.

10  Q.   You don't remember that name?

11  A.   Uh-uh.  But I seen it on the TV.  I never met him, though.

12  Q.   You never met him?

13  A.   Uh-uh.

14         THE COURT:  Next question.  Let's keep it moving.

15         MS. SNEAD:  Okay, Judge.

16  BY MS. SNEAD:

17  Q.   We talked earlier about a letter that you wrote to

18  Judge Morgan.  You also wrote a letter to U.S. Attorney Maurice

19  Landrieu; is that correct?

20  A.   Yes.

21  Q.   At that point you said, I'm willing to testify against

22  anybody in the Hankton indictment for my freedom.

23         Is that your words?

24  A.   I don't know if that were my words, but I know I said I

25  was willing to do my part of my plea agreement.

ANTHONY COMADORE - CROSS

04:32

1  **Q.**   You also wrote in March -- I mean in April of 2014 you
2  wrote to AUSA Liz Privitera, saying you were ready for her to
3  get started on your paperwork, correct?
4  **A.**   Yep.
5  **Q.**   What did that mean?
6  **A.**   My paperwork, meaning my credit.
7  **Q.**   You wanted credit for your cooperation?
8  **A.**   For my testimony.
9  **Q.**   Yes?
10  **A.**   Yes.
11          **MS. SNEAD:**  Thank you.
12          **THE COURT:**  Mr. Spears -- well, no.  We have been
13  doing you second and then Mr. Fawer.  So you go ahead,
14  Mr. Spears.
15          **MR. SPEARS:**  Thank you, Judge.
16                      **CROSS-EXAMINATION**
17  BY MR. SPEARS:
18  **Q.**   Mr. Comadore, good afternoon.
19  **A.**   Good afternoon.
20  **Q.**   Just for purposes of clarity, you have already gotten one
21  reduction to your sentence, that's correct?
22  **A.**   Yes.
23  **Q.**   Part of what you are hoping is to get a second reduction
24  to your sentence, correct?
25  **A.**   No.

ANTHONY COMADORE - CROSS

04:33

1   **Q.**   So you don't want to get any more reductions to your

2   sentence?

3   **A.**   No.

4   **Q.**   You spoke earlier about your relationship with Darnell

5   Stewart, who you also refer to as Durney.  Did you consider him

6   to be sort of a protege of yours?

7   **A.**   No.

8   **Q.**   How would you describe the relationship between you and

9   he?  Little brother, big brother?

10  **A.**   Like a little brother, a little cousin.

11  **Q.**   Like a little brother, a little cousin.  You mentioned on

12  three or four occasions when certain things happened, Durney

13  was in jail.  What was Durney in jail for all of those times

14  for?

15  **A.**   I don't know.

16         **MS. PRIVITERA:**  Objection, Your Honor.

17         **THE COURT:**  How is that relevant to this?

18         **MR. SPEARS:**  This is cross-examination on direct --

19         **THE COURT:**  I know it's cross-examination, but it

20  still has to have something to do with the case.  How is that

21  relevant to anything?

22         **MR. SPEARS:**  He raised the issue, on direct

23  examination, during certain times Darnell Stewart was in jail,

24  and I'm asking him if he knows what was it he was in jail for.

25  I made certain representations to the jury --

ANTHONY COMADORE - CROSS

04:34

1          THE COURT:  The objection is overruled.

2          MR. SPEARS:  Thank you.

3          THE COURT:  You can answer the question.

4    BY MR. SPEARS:

5    Q.   What exactly was he in jail for on these occasions?

6          THE COURT:  If you know.

7          THE WITNESS:  I don't know, because I was in jail.

8    So when I come home, I come home before him, he was in jail.

9    So I ain't even never know what he was arrested for.

10   BY MR. SPEARS:

11   Q.   But you do know he was a drug dealer, correct?

12   A.   Durney sold drugs.

13   Q.   Some of that time he sold heroin for you, according to

14   your earlier testimony?

15   A.   Yes, sir.

16   Q.   Now, when you gave him quantities of heroin, would it be

17   small amounts or large amounts that he would move for you?

18   A.   Bags, small amounts.

19   Q.   Would it be a single bag, 10 bags, 20 bags?

20   A.   40, 50 bags at a time.

21   Q.   Okay.  So you would go to work at your regular day job,

22   correct?

23   A.   Yes, sir.

24   Q.   Where were you working at that time?

25   A.   P&O Ports.

ANTHONY COMADORE - CROSS

04:35

1   Q.   What were you doing for P&O Ports?

2   A.   I was a forklift operator and a laborer.

3   Q.   So you would go to your job at P&O Ports -- that's on the

4   riverfront?

5   A.   Yes, sir.

6   Q.   -- as a forklift operator, and you would leave 40 or

7   50 bags of heroin for your little brother, Durney, to sell for

8   you?

9   A.   Right.

10  Q.   You would leave 40 or 50 bags a day?

11  A.   Uh-uh.  Like I would do it probably that morning when I

12  get off on the lunch break, bring him some more, pick up, and

13  when I get off, bring him some more and then leave.

14  Q.   So each time you are bringing him another 40 or 50?

15  A.   Yeah.

16  Q.   So you go to P&O Ports in the morning; you leave Durney

17  with 40 or 50 bags of heroin; you go do your job; then you come

18  back for lunch, correct?

19  A.   Yes, sir.

20  Q.   Then he gives you money; you give him more dope?

21  A.   Yes.

22  Q.   You give him another 40 or 50; then you go back to

23  P&O Ports to work the forklift?

24  A.   Yes, sir.

25  Q.   Then you get off at the end of the day?

ANTHONY COMADORE - CROSS

04:36

1   A.   Yes, sir.

2   Q.   You come back.  Durney has sold those 40 or 50 bags of

3   heroin; you take the money, give him more heroin?

4   A.   Yes, sir.

5   Q.   Another 40 or 50 bags?

6   A.   Yes.

7   Q.   And he would go would sell that 40, then meet up later

8   again that night?

9   A.   Night, morning, it just went on like that.  That's what we

10  was doing.

11  Q.   So while he was doing that, selling the 40 or 50 bags at a

12  time for you, was he selling dope for anyone else that you're

13  aware of?

14  A.   No.

15           THE COURT:  No, you're not aware, or no, he was not

16  selling for anyone else?

17           THE WITNESS:  No, he wasn't selling for no one else.

18  BY MR. SPEARS:

19  Q.   But you are aware at different points in times that he

20  sold drugs other than heroin.  Are you aware of that?

21  A.   Yes.

22  Q.   What other drugs are you personally aware of Durney

23  selling?

24  A.   Weed and cocaine.

25  Q.   When he was selling weed, what kind of quantities was he

ANTHONY COMADORE - CROSS

04:37

1  moving?

2  A.   5-dollar bags.

3  Q.   5-dollar bags.  Was he selling that for you or for someone

4  else?

5  A.   For hisself.

6  Q.   Did the selling of the weed happen before you got involved

7  in selling heroin or after?

8  A.   Before.

9  Q.   About how many months or years was he selling weed?

10 A.   That was back in the day, so he was probably selling that

11 for about a year or so.

12 Q.   Was he doing pretty well selling weed?

13 A.   Yes.

14 Q.   The selling of the cocaine, did that happen before the

15 weed or after the weed?

16 A.   Around the same time.

17 Q.   As best you can remember, he was selling both weed and

18 cocaine at the same time?

19 A.   Yes.

20 Q.   Was he still selling for you at the time that he was

21 killed or had you all fallen out?

22 A.   We didn't really fell out; we just stopped doing business

23 together.

24 Q.   Well, you said you stopped doing business; you kind of

25 fell out because he was hanging with some people you didn't

ANTHONY COMADORE - CROSS

04:38

1    approve of?

2    **A.**    We stopped doing business; we didn't really fell out.

3    **Q.**    Did I hear you correctly that you did not approve of

4    certain people that Durney was hanging with?

5    **A.**    Yes.

6    **Q.**    You chose not to hang with him because of the company he

7    was keeping?

8    **A.**    No.  I chose not to hang with him because he didn't back

9    off the company, instead of getting his money, and he wanted to

10   bullshit around with them.  So he basically told me, you know,

11   These are my partners, you know what I'm saying?  So I let him

12   have that.

13   **Q.**    Right.  So you got your partners, I got my partners is

14   essentially what he told you?

15   **A.**    Exactly.

16   **Q.**    But he didn't stop dealing dope; he was just getting his

17   dope from somebody else?

18   **A.**    Yes.

19   **Q.**    And you're aware of the fact he was still hustling and

20   dealing dope?

21   **A.**    Right.

22   **Q.**    Were you also aware of the fact that he stayed strapped

23   with a gun?

24   **A.**    I ain't never saw him with no gun.

25   **Q.**    You never saw him with a gun?

ANTHONY COMADORE - CROSS

04:39

1   **A.**   Uh-uh.

2   **Q.**   You saw him on a regular basis?

3   **A.**   Uh-huh.

4   **Q.**   Well, were you aware of the fact that he was involved in

5   the killing of Cup?

6   **A.**   No.

7   **Q.**   He never bragged to you about killing Cup?

8   **A.**   No.

9   **Q.**   When I say Cup, you know who I'm talking about, correct?

10  **A.**   Yes.

11  **Q.**   Who was it your understanding killed Cup?

12  **A.**   I don't know.

13  **Q.**   You never heard from Darnell that he was present when Cup

14  was killed?

15  **A.**   No.

16  **Q.**   What was that total time period we're talking about -- you

17  said he sold weed for about a year.  What was the time period

18  he was selling heroin for you?

19  **A.**   It was 2004.

20  **Q.**   In 2004.  And he sold it from 2004 till when?  Until

21  Katrina?

22  **A.**   Probably right before Katrina, a little before Katrina.

23  **Q.**   Okay.  Is that when you and Durney kind of went your

24  separate ways?

25  **A.**   We stayed close.  Like I said, I'm married to his cousin,

ANTHONY COMADORE - CROSS

04:40

1   so we just didn't do business on the drug level no more; we

2   still talked.

3   **Q.**   You were still working at P&O Ports as a forklift

4   operator?

5   **A.**   Yes.

6   **Q.**   So somebody had to sell those 40 or 50 bags of heroin for

7   you in the morning and the 40 or 50 bags in the afternoon.  So

8   after you cut Durney off, who started selling your dope for

9   you?

10  **A.**   After that, like I said earlier, the heroin was gone, I

11  went and got me some cocaine, and I said I sold it myself back

12  on Josephine.  Remember I said that?

13  **Q.**   Okay.  So you moved off the heroin --

14  **A.**   Yeah.

15  **Q.**   -- that you would get it from the supplier who you will

16  not disclose and started selling cocaine again?

17  **A.**   Yes, sir.

18          **THE COURT:**  I said he didn't have to disclose.

19          **MR. SPEARS:**  I thought that's what I said.

20          **THE WITNESS:**  You said that he would not disclose.  I

21  said he doesn't have to.  What's your next question?

22          **MR. SPEARS:**  I'm sorry, Judge.

23  BY MR. SPEARS:

24  **Q.**   So you moved back into cocaine.  How long were you selling

25  the cocaine for?

ANTHONY COMADORE - CROSS

04:41

1    **A.**   Not too long.  Probably about a few weeks.

2    **Q.**   Then you got arrested?

3    **A.**   I didn't get arrested, just -- some other shit just went

4    down and I just moved out the area.

5    **Q.**   You decided to go straight?

6    **A.**   No, I didn't say I decided to go straight.  I just got

7    from around there.

8    **Q.**   Something happened.  What specifically made you stop

9    selling?

10   **A.**   Just got into it with some guys in the neighborhood;

11   that's what happened.

12   **Q.**   So is it that you quit selling dope completely or you just

13   moved your territory?

14   **A.**   Just moved my territory; I just went somewhere else.

15   **Q.**   You didn't stop selling?

16   **A.**   No.

17   **Q.**   You stopped selling right up until you got arrested?

18   **A.**   Yeah.

19   **Q.**   And as best you knew, although he wasn't getting it from

20   you, Durney kept selling too?

21   **A.**   I don't know what he was doing.  I wasn't around him like

22   that.

23   **Q.**   You said that you got into it with Tony.  What's Tony's

24   nickname?

25   **A.**   Yay-Yo.

ANTHONY COMADORE - CROSS

04:42

1  **Q.**   Yay-Yo.

2  **A.**   I ain't got into it with Tony.

3  **Q.**   Who got into it with Tony, then?

4  **A.**   I don't know.

5  **Q.**   You all were never beefy?

6  **A.**   I heard that he was looking for me.  I ain't never had no

7  beef with him or got into it with him.

8  **Q.**   So when you say he's looking for you, it was your

9  understanding that Tony -- Tony is part of the Josephine Dog

10  Pound, right?

11  **A.**   Yes, sir.

12  **Q.**   You know what I mean when I say the Josephine Dog Pound?

13  **A.**   Yes, sir.

14  **Q.**   That's a gang?

15  **A.**   Yes.

16  **Q.**   That rules Uptown and Central City?

17  **A.**   If you say so.

18  **Q.**   Well, is it a Central City gang?

19  **A.**   I ain't thought of them as no gang.  I just thought people

20  called theirself a little name off the neighborhood.  If you

21  want to call it a gang, then go ahead.

22  **Q.**   So when Tony from the Josephine Dog Pound puts a word out

23  he is going to kill Anthony Comadore, did you take that threat

24  seriously?

25  **A.**   Yeah, I did.

ANTHONY COMADORE - CROSS

04:43

1  **Q.**   Why?  If he's not a gang member, why did you take it

2  seriously?

3  **A.**   Ain't got to be no gang member.  He could have been a

4  lady, an old lady.  If she say she is going to kill me, that's

5  a threat.

6  **Q.**   Okay.  So --

7  **A.**   Ain't gotta be no gang.

8  **Q.**   So what did you do to settle your beef or to settle your

9  score with Tony?

10  **A.**   Like I said earlier, me and George Jackson wind up

11  catching him by the store, and I went and talked to him, and

12  that kind of pretty much kind of ceased that.

13  **Q.**   Did he ever disclose to you what was the reason he was out

14  to kill you?

15  **A.**   I know the reason.

16  **Q.**   What was the reason?

17  **A.**   The reason was for that happened with me and Telly with

18  the truck incident, him chasing me.  So the way it works is

19  like, you know, everybody be trying to get an easy dollar, you

20  know, like old Telly beefing with him.  So if I kill him, I get

21  paid for it or some shit like that.  So that's what it pretty

22  much was.  He was trying to just jump on board.

23  **Q.**   Now, I thought all of this with Tony trying to kill you

24  was after you had made up with Telly?

25  **A.**   No, this was before, because this is why he was looking

ANTHONY COMADORE - CROSS

04:45

1  for me, because of what he heard had happened that night.

2  **Q.**   So what you're saying -- and you spoke about two incidents

3  where you were fearful of Telly.  The second incident is the

4  one you talked about where you backed up and tore up all the

5  cars?

6  **A.**   Yes, sir.

7  **Q.**   So it's your belief that Tony heard about that incident

8  and was trying to score some points or earn some favor with

9  Telly by killing you.  That's what you believed?

10 **A.**   Yeah.

11 **Q.**   And after you went and met with him -- I think you said

12 you and George met with him at the barroom; is that correct?

13 **A.**   At the store.

14 **Q.**   At the store.  I'm sorry.  You all discussed the issue,

15 you and Tony?

16 **A.**   Uh-huh.

17 **Q.**   At that point did you feel like the issue was over with,

18 it was pretty much dead, he wasn't trying to kill you anymore?

19 **A.**   I felt that he was going to respect what George said.

20         **THE COURT:**  Counsel, move on.

21         Ms. Ratner, let Mr. Spears finish.  If you think

22 he should ask additional questions, then you can keep a record

23 of them and let them know, but stop interfering with his line

24 of questioning.

25

ANTHONY COMADORE - CROSS

04:46

1  BY MR. SPEARS:

2  Q.   But the relationship between you and Tony never went back

3  to normal.  Is that a fair statement?

4  A.   We ain't never had no relationship.

5  Q.   You were never satisfied he had gotten it off of his mind,

6  the notion that he might still want to kill you.  Is that a

7  fair statement?

8  A.   No, that's not fair, because after that, after we talked

9  at the store, I seen him a few times, you know, pass by me; and

10  then in blindside areas, he didn't do me nothing.

11  Q.   You never said that you were still cautious about being

12  around him?

13  A.   I never was to be around him.

14           MR. SPEARS:   One second, Your Honor.

15  BY MR. SPEARS:

16  Q.   What is the time difference between the time that you had

17  the second or the third meeting with Telly -- you all hugged it

18  out, you said you were satisfied at that point, that he shared

19  some heartfelt things with you that he had been hearing about

20  you, you shared some heartfelt things with him, and you felt

21  like whatever bad vibes or bad blood between you and Telly were

22  over -- the time difference between that moment and your

23  subsequent encounter with Tony?  Did that happen the same day,

24  the next week, the time between you and Telly making up that

25  final time and you go and have words with Telly?

ANTHONY COMADORE - CROSS

04:47

1   **A.**   I really don't understand your question.

2   **Q.**   Do you understand the part about you and Telly hugging it

3   out?

4   **A.**   All right.

5   **Q.**   Okay.  That happened on a certain day?

6   **A.**   Right.

7   **Q.**   Then there's another encounter with you, George, and Tony?

8   **A.**   That same day, when me and Telly talked, that's when me

9   and George walked down there and talked to Tony at the store.

10  **Q.**   So it was actually later that same day?

11  **A.**   Yeah, right after that.

12  **Q.**   Okay.  Got it.  With regard to the date that Darnell

13  Stewart was killed, were you on the street or in jail?

14  **A.**   I was on the streets.

15  **Q.**   You were on the street.  Were you in any way present or

16  involved in that situation?

17  **A.**   I was in Atlanta, Georgia.

18  **Q.**   You were in Atlanta?

19  **A.**   Yes.

20           **MR. SPEARS:**  Judge, I have nothing further.

21           **THE COURT:**  Thank you.  Mr. Fawer.

22           **MR. FAWER:**  Very briefly.

23                       **CROSS-EXAMINATION**

24  BY MR. FAWER:

25  **Q.**   Mr. Comadore, I'm Mike Fawer.  You and I have never

ANTHONY COMADORE - CROSS

04:48

1  spoken; am I correct?

2  **A.**  No, sir.

3  **Q.**  You're saying we have not spoken, right?

4  **A.**  Never spoken.

5  **Q.**  I just want to get some understanding.  From what I

6  understand, you expect to be released fairly soon.  But how

7  long have you been continuously incarcerated this time?

8  **A.**  47 months.

9  **Q.**  So --

10  **A.**  47 months.

11  **Q.**  When were you incarcerated?

12  **A.**  September 17 --

13  **Q.**  Could you keep your voice up just a little bit?  I'm

14  sorry.

15  **A.**  I've been incarcerated since July 17, 2012.

16  **Q.**  Okay.  From what I gather, at some point prior to that,

17  you and Telly were quite close.  Is that a fair statement?

18  **A.**  Yes.

19  **Q.**  Then there came a point when that became something less of

20  a friendship, fair statement, when there were some problems

21  between the two of you?

22  **A.**  Yes.

23  **Q.**  What was the time period when you were close with Telly,

24  him dealing in the drug trafficking -- him dealing with it and

25  your being close to him?

ANTHONY COMADORE - CROSS

1  A.   So you're saying like when we was cool and everything --

2       THE COURT:  Yes.

3       MR. FAWER:  Yes.

4       THE WITNESS:  -- doing drugs together, selling drugs

5  together?

6  BY MR. FAWER:

7  Q.   Yes.

8  A.   All the way to . . .

9  Q.   When did it begin, roughly?  In the '90s or after?

10 A.   '97 -- '96, '97, '98.

11 Q.   For how long after that?  Would it go right up to Katrina?

12 A.   No.  I got locked up in 2001, got out in 2003.  I really

13 wasn't doing drugs -- I mean selling drugs; I was working.

14 Like I said, when I got out in 2003, I started dealing with the

15 heroin.  But when I did start dealing back with cocaine, I

16 didn't get it from Telly; I was getting it from George.

17 Q.   All right.  But did you still see Telly, even though you

18 weren't getting the drugs from him?

19 A.   Yeah, we used to hang out.

20 Q.   You were friendly.  You knew that he was dealing drugs.

21 But you were not necessarily getting them from him until that

22 latter period, right?

23 A.   At that time I wasn't.

24 Q.   All right.  My client is Kevin Jackson.  Is it fair to say

25 you have never seen Kevin Jackson and Telly dealing drugs at

**ANTHONY COMADORE - REDIRECT**

04:51

1    any time?

2    **A.**    I don't know Kevin Jackson.

3    **Q.**    You don't even know Kevin?

4    **A.**    Don't even know him.

5              **MR. FAWER:**  Thank you so much.

6              **THE COURT:**  Anyone else?  Any redirect?

7              **MS. PRIVITERA:**  Just real briefly.

8                        **REDIRECT EXAMINATION**

9    BY MS. PRIVITERA:

10   **Q.**    You were asked by Telly Hankton's attorney about the

11   Rule 35 motion for reduction in your sentence.  Mr. Comadore,

12   you testified in another unrelated case against an individual

13   by the name of Nemessis Bates, correct?

14   **A.**    Yes.

15   **Q.**    That was approximately one year ago?

16   **A.**    Yes.

17   **Q.**    So when you were writing that letter about me submitting

18   paperwork on your behalf, were you writing it because you

19   wanted to receive the benefit for your testimony in that case?

20   **A.**    Yes, absolutely.

21   **Q.**    Okay.  And, in fact, your sentence was reduced to

22   58 months?

23   **A.**    Yes.

24   **Q.**    Are you actually supposed to be out today in a halfway

25   house?

ANTHONY COMADORE - REDIRECT

04:52

1   **A.**   Yes.

2   **Q.**   But because you are here testifying and I have you under

3   subpoena, you are still incarcerated?

4   **A.**   Yes.

5            **MS. PRIVITERA:**  I believe those are all the questions

6   I have, Your Honor.

7            **THE COURT:**  All right.  Is this witness excused?

8            **MS. PRIVITERA:**  Yes, sir, he is excused.

9            **THE COURT:**  You just stay until we take a recess,

10  then you can go.

11            We are going to take a recess now until 9:00 in

12  the morning.  We made some good progress.  Instead of starting

13  now, I doubt they have a witness that they can finish by 5:00,

14  so remember --

15            **MS. PRIVITERA:**  Judge, we might have one witness that

16  we could do in eight minutes.  They say no.  Okay.

17            **THE COURT:**  What makes you think there's a democracy

18  in this courtroom?  I never ran for election.  I don't have to

19  please anybody.

20            Remember, don't discuss the case with anyone.

21  Don't turn to any media or any electronic -- excuse me -- or

22  any electronic communication.  Don't talk about the case with

23  any friends or relatives, strangers, or even a family member.

24  Again, it's important that you decide this case strictly on the

25  evidence in this trial and the law as I give it to you, and so

04:53    1    that's why we ask you and order you not to have any other

2    contact with any other form of information, including

3    conversations among yourselves.

4              Have a great night.  You have been terrific.  We

5    will see you at 9:00 in the morning.  Again, if you come a

6    little before that, we will have some refreshments for you.

7              (Jury exited.)

8         **THE COURT:**  Be seated, please.

9              Is there anything before we take a recess until

10   the morning?

11             All right.  I want to thank you all again for

12   your hard work.  Court is in recess until 9:00 a.m.

13             (Proceedings adjourned.)

14                           * * *

15                    <u>**CERTIFICATE**</u>

16        I, Toni Doyle Tusa, CCR, FCRR, Official Court

17   Reporter for the United States District Court, Eastern District

18   of Louisiana, certify that the foregoing is a true and correct

19   transcript, to the best of my ability and understanding, from

20   the record of proceedings in the above-entitled matter.

21

22

23                      <u>*s/ Toni Doyle Tusa*</u>
                        Toni Doyle Tusa, CCR, FCRR
24                      Official Court Reporter

25

BY MR. FAWER: [2]  74/23 76/5
BY MR. SPEARS: [7]  60/16 62/3 62/9
64/17 68/22 72/24 73/14
BY MS. PRIVITERA: [11]  4/9 6/20 7/1
7/10 7/15 7/22 19/13 25/11 26/2 38/5
77/8
BY MS. SNEAD: [17]  41/8 42/19 43/4
43/22 44/23 46/15 46/20 47/20 54/14
55/22 56/15 56/24 57/22 58/12 58/20
58/25 59/15
MR. FAWER: [3]  74/21 76/2 77/4
MR. SPEARS: [8]  60/14 61/17 61/21
62/1 68/18 68/21 73/13 74/19
MS. PRIVITERA: [23]  6/19 6/25 7/6
7/8 7/13 7/20 26/1 37/24 38/4 40/16
41/4 42/17 46/17 46/19 55/4 56/20
58/4 58/11 61/15 77/6 78/4 78/7 78/14
MS. SNEAD: [20]  19/11 25/7 42/18
43/20 46/7 46/18 54/9 54/13 55/8
55/11 55/14 55/19 56/8 56/10 56/21
56/23 58/2 58/18 59/14 60/12
THE COURT: [48]  19/12 25/9 37/23
38/2 40/18 40/24 41/2 41/6 43/1 43/19
43/21 44/17 44/20 46/5 46/8 46/12
47/18 54/7 54/11 55/6 55/10 55/12
55/16 55/20 56/7 56/9 56/12 56/22
57/20 58/8 58/24 59/13 60/11 61/16
61/18 61/25 62/2 62/5 64/14 68/17
72/19 74/20 76/1 77/5 78/6 78/8 78/16
79/7
THE DEPUTY CLERK: [2]  4/4 41/1
THE WITNESS: [16]  4/6 7/7 7/9 7/14
7/21 25/8 25/10 40/22 44/19 46/10
47/21 57/21 62/6 64/16 68/19 76/3

**$**

$2,000 [1]  48/24 49/5

**'**

'90s [1]  76/9
'96 [3]  9/9 9/13 76/10
'97 [3]  9/9 76/10 76/10
'98 [2]  9/9 76/10

**0**

001 [1]  1/4

**1**

10 bags [1]  62/19
10,500 [1]  16/18
11 [3]  9/13 10/13 16/18
12 [5]  9/13 10/13 13/8 13/8 56/17
12,000 [1]  16/18
12-CR-001 [1]  1/4
13 [3]  13/8 13/8 43/24
14 [1]  9/16
15 minutes [2]  40/19 40/25
1600 [1]  1/17
1631 [1]  2/9
17 [3]  55/9 75/12 75/15
1813 [1]  5/23
1813 South Rampart [1]  5/24
1996 [1]  9/10

**2**

2 1/2 [3]  17/23 18/25 19/16
20 bags [1]  62/19
20 percent [1]  43/17
20 years [1]  9/16

2000 [1]  5/7
2001 [2]  9/8 9/8
2003 [2]  76/12 76/14
2004 [3]  67/19 67/20 67/20
2005 [1]  5/11
2009 [3]  8/24 15/6 23/24
2009 Josephine [1]  24/4
2011 [2]  24/10 24/12
2011 Josephine [3]  8/25 23/16 50/6
2012 [5]  53/25 55/4 55/10 56/17 75/15
2013 [1]  43/25
2014 [1]  60/1
2016 [2]  1/6 4/2
275 [1]  2/14
2:00 [1]  31/25

**3**

302 [3]  58/4 58/6 58/6
30th [1]  2/12
312 [1]  2/12
316 [1]  2/12
34 [1]  9/15
35 [7]  4/24 42/3 42/22 42/24 43/3
43/13 77/11
3:00 in [2]  31/25 53/7
3rd Ward [1]  29/11

**4**

40 [12]  62/20 63/6 63/10 63/14 63/17
63/22 64/2 64/5 64/7 64/11 68/6 68/7
4240 [1]  2/6
47 [2]  75/8 75/10
48 [1]  56/22

**5**

5-dollar [2]  65/2 65/3
50 [2]  63/14 63/22
50 bags [9]  62/20 63/7 63/10 63/17
64/2 64/5 64/11 68/6 68/7
500 [1]  2/14
504 [1]  2/15
505 [1]  2/3
51 [1]  6/20
52 [1]  7/1
53 [1]  7/7
54 [1]  7/9
55 [1]  7/14
58 [1]  7/21
58 months [3]  4/25 43/18 77/22
589-7778 [1]  2/15
59 [1]  8/5
5:00 [1]  78/13

**6**

650 [1]  1/17

**7**

70053 [1]  2/4
70117 [1]  2/9
70118 [1]  1/20
70119 [2]  1/23 2/6
70124 [1]  2/12
70130 [2]  1/17 2/15
72 months [2]  43/6 43/16
72-month [1]  4/20
7214 [1]  1/20
7778 [1]  2/15

**9**

9:00 a.m [1]  79/12

9:00 in [2]  78/11 79/5

**A**

A-N-T-H-O-N-Y [1]  4/7
a.m [1]  79/12
ability [1]  79/19
able [1]  34/25
about [94]
about 14 [1]  9/16
above [1]  79/20
above-entitled [1]  79/20
absolutely [1]  77/20
according [1]  62/13
accused [1]  59/2
across [1]  36/10
act [1]  31/9
acting [2]  31/8 31/9
activities [1]  5/15
activity [1]  52/20
actually [10]  15/15 16/2 23/9 23/17
26/21 33/23 35/2 48/25 74/10 77/24
addition [1]  54/17
additional [1]  72/22
address [1]  30/21
adjacent [1]  8/25
adjourned [1]  79/13
advising [2]  42/10 42/10
after [27]  5/4 19/21 21/10 23/4 23/6
23/13 25/17 28/9 29/13 33/2 34/15
35/4 35/14 40/5 49/5 49/19 65/7 65/15
68/8 68/10 71/24 72/11 73/8 73/8
74/11 76/9 76/11
afternoon [6]  4/11 41/10 41/11 60/18
60/19 68/7
afterward [1]  26/8
again [9]  13/3 30/8 36/2 56/7 64/7
68/16 78/24 79/5 79/11
against [6]  42/1 42/11 44/3 45/8 59/21
77/12
age [2]  10/12 10/22
agent [1]  58/7
ago [2]  9/16 77/15
agreement [1]  59/25
ahead [3]  38/25 60/13 70/21
aided [1]  2/20
ain't [21]  16/12 16/15 17/13 18/6 19/4
25/1 32/3 33/25 35/24 36/21 37/9
38/10 46/4 62/9 66/24 70/2 70/6 70/10
71/3 71/7 73/4
Algiers [1]  35/11
all [46]  5/7 6/16 8/9 11/7 13/22 16/10
17/11 17/15 19/4 23/16 24/17 29/2
31/4 32/5 33/15 34/8 34/19 37/11
37/14 38/3 38/19 39/2 40/6 40/17 45/2
48/18 49/9 52/22 57/2 57/3 57/15
61/13 65/21 70/5 71/23 72/4 72/14
73/17 74/4 76/8 76/17 76/24 78/5 78/7
79/11 79/11
alley [2]  53/9 53/12
allowing [1]  20/16
almost [1]  38/1
alone [1]  49/6
along [1]  5/8
already [4]  28/25 39/14 43/20 60/20
also [15]  5/7 13/17 25/22 42/22 42/24
44/8 44/14 45/20 51/1 52/9 58/2 59/18
60/1 61/5 66/22
although [1]  69/19
am [4]  44/22 54/10 54/23 75/1
ambulance [1]  24/20

**A**

AMERICA [1] 1/4
among [1] 79/3
amount [4] 11/11 11/12 11/12 16/24
amounts [3] 62/17 62/17 62/18
Anderson [1] 10/8
ANDRE [2] 1/7 2/8
Andrew [4] 15/20 32/9 52/5 52/6
another [13] 4/23 27/12 29/9 42/3
42/24 44/19 44/21 50/25 63/14 63/22
64/5 74/7 77/12
answer [2] 57/2 62/3
ANTHONY [7] 1/10 4/3 4/7 4/11 8/17
19/15 70/23
any [21] 6/1 13/1 21/3 41/15 46/7 50/11
50/14 51/12 54/17 58/22 58/22 61/1
74/15 77/1 77/6 78/21 78/21 78/22
78/23 79/1 79/2
anybody [3] 28/3 59/22 78/19
anymore [1] 72/18
anyone [5] 40/21 64/12 64/16 77/6
78/20
anything [9] 25/6 26/17 35/25 37/1 41/3
46/14 54/17 61/21 79/9
apparently [1] 50/18
Appearances [2] 1/13 2/1
approached [2] 32/21 47/9
approaching [1] 36/19
approve [2] 66/1 66/3
approximately [2] 16/16 77/15
April [1] 60/1
are [37] 4/12 4/15 4/15 4/16 8/9 9/14
16/10 22/25 27/19 36/22 37/13 38/18
40/17 40/20 40/21 41/12 41/19 42/22
48/4 48/5 49/23 54/13 55/7 55/17
55/18 56/21 60/23 63/14 64/19 64/20
64/22 66/11 77/24 78/2 78/3 78/5
78/11
area [12] 5/18 8/10 9/8 10/14 15/13
20/4 24/15 49/23 49/23 50/2 50/4 69/4
areas [1] 73/10
around [34] 9/8 9/19 11/5 13/16 15/19
16/8 18/4 20/22 20/23 20/24 22/18
22/20 22/22 27/8 28/18 29/21 31/23
31/24 31/25 32/11 32/12 33/10 33/10
33/24 36/20 40/15 48/17 57/16 65/16
66/10 69/7 69/21 73/12 73/13
arrest [1] 5/12
arrested [4] 62/9 69/2 69/3 69/17
arrests [2] 41/14 50/11
as [33] 4/4 8/12 8/13 13/19 13/25
13/25 14/19 22/10 31/24 32/2 32/8
32/12 32/17 32/20 34/20 34/21 36/19
45/3 45/21 48/4 49/10 56/19 57/4
57/11 57/11 59/3 61/5 63/6 65/17 68/3
69/19 70/19 78/25
aside [1] 9/21
ask [9] 25/4 35/23 43/3 43/13 43/21
54/9 55/22 72/22 79/1
asked [9] 19/8 27/18 28/13 28/19 44/25
55/15 57/20 57/22 77/10
asking [2] 47/9 61/24
at [95]
Atlanta [3] 40/16 74/17 74/18
attention [1] 32/25
attorney [3] 41/24 59/18 77/10
Attorney's [1] 1/14
aunt's [2] 47/7 47/10
auntie [2] 18/14 18/15

aunts [1] 51/17
**USA [1] 1/9**
Avenue [3] 1/20 2/9 36/12
aware [12] 12/25 13/2 26/4 51/16
64/13 64/15 64/19 64/20 64/22 66/19
66/22 67/4
away [4] 15/17 34/25 40/12 56/1

**B**

B-275 [1] 2/14
back [19] 10/10 13/7 19/25 22/22 30/17
33/16 33/20 34/12 52/21 57/6 63/18
63/22 64/2 65/10 66/8 68/11 68/24
73/2 76/15
backed [2] 34/7 72/4
backing [3] 9/5 56/1 57/15
bad [2] 73/21 73/21
bag [1] 62/19
bags [14] 62/18 62/19 62/19 62/20 63/7
63/10 63/17 64/2 64/5 64/11 65/2 65/3
68/6 68/7
bank [1] 35/12
barroom [2] 36/10 72/12
based [1] 44/7
basically [5] 31/18 37/20 47/12 49/15
66/10
basis [1] 67/2
Bates [1] 77/13
bathroom [2] 32/22 53/10
be [24] 5/5 15/24 17/15 18/5 22/20
27/19 27/21 35/6 37/11 38/4 44/5
48/12 49/17 57/2 61/6 62/16 62/19
71/3 71/7 71/19 73/13 75/6 77/24 79/8
became [1] 75/19
because [43] 5/15 18/6 18/12 18/24
19/9 20/4 20/15 21/9 21/10 22/18
27/16 27/20 29/11 31/8 31/24 33/2
33/8 33/25 35/24 38/1 38/10 38/21
38/25 39/9 40/10 42/23 43/13 47/12
47/15 48/21 49/22 50/18 57/2 58/5
62/7 65/25 66/6 66/8 71/25 72/1 73/8
77/18 78/2
beef [2] 70/7 71/8
beefing [1] 71/20
beefy [1] 70/5
been [12] 4/4 9/12 23/5 23/6 36/24
37/2 60/12 71/3 73/19 75/7 75/16 79/4
before [20] 1/10 23/4 32/7 34/1 37/17
41/3 41/17 54/16 55/16 55/19 56/17
62/8 65/6 65/8 65/14 67/22 67/22
71/25 79/6 79/9
begin [1] 76/9
beginning [2] 9/10 51/2
behalf [2] 39/12 77/18
behind [2] 37/16 32/5
being [5] 22/18 22/22 30/12 73/11
75/25
belief [1] 72/7
believe [7] 41/23 44/7 50/25 51/10 54/4
54/5 78/5
believed [1] 72/9
benefit [1] 77/11
besides [1] 9/18
best [5] 12/18 34/8 34/22 57/15 72/5
better [1] 13/15
between [11] 30/6 31/6 47/5 48/16 61/8
73/2 73/16 73/21 73/22 73/24 75/21
big [2] 16/12 61/9
biggest [3] 41/25 42/11 44/3
bit [3] 19/6 19/15 75/13

bleeding [1] 25/2
**blockade [1] 1/17**
block [5] 5/23 15/19 32/7 32/14 32/15
blood [1] 73/21
Bo [6] 21/19 21/24 21/24 28/22 30/5
30/13
Bo's [1] 27/3
board [1] 71/22
Bolivar [1] 32/1
both [5] 14/11 14/14 27/17 32/8 65/17
bottom [1] 35/24
bought [4] 36/9 37/5 37/16 46/14
boy [1] 31/19
bragged [1] 67/7
break [1] 63/12
breaking [1] 37/24
Brian [4] 10/1 10/4 20/21 31/17
brief [2] 19/16 40/22
briefly [2] 74/22 77/7
bring [5] 16/4 16/5 16/7 63/12 63/13
bringing [1] 63/14
BRITTANY [1] 1/16
bro [4] 27/13 31/5 38/24 38/25
Broad [1] 41/18
brother [9] 6/2 7/20 8/8 19/1 61/9 61/9
61/10 61/11 63/7
brought [1] 16/7
Broussard [2] 10/1 10/4
brushed [1] 22/7
Bub [5] 12/11 46/18 46/19 46/20 46/22
bullshit [1] 66/10
business [12] 13/25 20/25 27/18 37/10
37/10 37/22 51/12 51/15 65/22 65/24
66/2 68/1
but [37] 16/12 17/13 17/15 22/19 32/13
32/14 32/20 33/19 36/10 37/3 37/7
38/12 38/14 40/1 40/6 46/1 49/10
49/16 51/3 52/9 53/17 54/22 56/5
57/10 59/11 59/24 61/19 62/11 64/19
66/16 72/23 73/2 75/6 76/15 76/17
76/21 78/2
buy [5] 14/12 20/10 20/11 33/6 56/18
buying [14] 10/22 10/24 10/25 11/8
11/10 14/12 16/10 16/21 16/22 32/17
33/15 37/23 40/9 40/10

**C**

C-O-M-A-D-O-R-E [1] 4/8
call [4] 24/22 30/2 58/22 70/21
called [5] 29/10 30/1 43/13 57/6 70/20
Calvin [1] 53/5
came [3] 17/24 53/12 75/19
can [32] 4/12 6/8 6/11 6/12 6/20 7/1
7/7 7/9 7/14 7/21 10/6 19/6 20/9 23/19
36/18 37/1 37/25 39/7 42/17 42/18
43/9 45/3 45/5 45/9 47/20 54/12 56/7
62/3 65/17 72/22 78/10 78/13
Canal [1] 2/6
car [10] 12/20 12/21 27/15 27/25 28/3
33/24 34/15 34/20 57/8 57/11
cared [1] 35/19
cars [5] 12/18 34/8 34/22 57/15 72/5
case [16] 4/23 40/21 43/9 43/16 44/13
44/22 46/7 46/10 46/10 46/15 61/20
77/12 77/19 78/20 78/22 78/24
cases [3] 41/25 42/11 44/3
Castle [2] 32/6 32/7
catching [1] 71/11
caught [4] 47/15 48/4 48/25 50/11
cause [1] 18/2

**C**

cautious [1] 73/11
CCR [3] 2/14 79/16 79/23
ceased [1] 71/12
Central [3] 5/18 70/16 70/18
Central City [3] 5/18 70/16 70/18
certain [5] 61/12 61/23 61/25 66/4 74/5
CERTIFICATE [1] 79/15
certify [1] 79/16
chance [1] 36/19
charge [1] 41/18
charges [1] 41/15
Charles [2] 1/20 58/10
chasing [2] 34/15 71/18
Cheryl [1] 18/14
chilling [8] 37/20 40/11 52/12 52/15 52/17 52/19 52/20 52/21
choosing [1] 31/16
chose [2] 66/6 66/8
circumstances [1] 26/25
City [3] 5/18 70/16 70/18
claim [1] 55/21
clarity [1] 60/20
clearly [2] 6/11 8/17
client [1] 76/24
Clinic [1] 1/19
close [8] 11/20 18/24 19/1 57/14 67/25 75/17 75/23 75/25
closed [2] 27/8 57/10
closest [1] 11/22
cocaine [25] 4/18 10/11 10/12 10/16 14/8 15/10 16/10 16/16 17/19 19/24 31/24 37/4 37/16 41/19 46/24 47/1 47/3 64/24 65/14 65/18 68/11 68/16 68/24 68/25 76/15
cocked [1] 27/11
colleague [1] 44/19
COMADORE [9] 1/10 4/3 4/7 41/10 55/24 60/18 70/23 74/25 77/11
come [13] 19/2 19/11 26/21 31/23 31/24 32/12 33/20 36/18 62/8 62/8 63/17 64/2 79/5
comfortable [2] 33/5 33/25
coming [9] 18/9 24/8 32/1 32/4 33/9 33/13 36/17 38/9 38/12
communication [1] 78/22
company [2] 66/6 66/9
completely [1] 69/12
comply [1] 18/10
computer [1] 2/20
computer-aided [1] 2/20
concert [3] 12/4 12/5 51/8
condition [1] 24/16
confused [1] 48/15
consider [2] 35/21 61/5
constitutes [1] 11/12
contact [3] 15/24 30/10 79/2
contacted [2] 29/24 29/25
continue [1] 19/19
continuously [1] 75/7
conversation [15] 15/15 20/16 21/2 21/6 21/12 21/18 22/5 22/12 22/23 25/18 30/16 31/2 36/4 36/14 38/7
conversations [1] 79/3
convicted [1] 43/6
conviction [4] 4/21 5/7 5/11 5/13
convictions [1] 5/16
cook [4] 14/20 14/21 14/22 14/24
cool [3] 38/11 48/17 76/1

cooperate [2] 43/9 45/8
cooperated [1] 44/23
cooperating [3] 42/10 44/3 44/13
cooperation [3] 43/14 45/5 60/7
corner [9] 15/19 24/5 27/15 31/1 32/12 32/13 32/14 33/10 57/7
correct [28] 4/5 43/7 43/10 43/18 45/13 46/10 47/10 47/18 49/1 50/5 50/16 50/20 51/17 56/1 57/17 57/25 59/19 60/3 60/21 60/24 62/11 62/22 63/18 67/9 72/12 75/1 77/13 79/18
correctly [1] 66/3
cost [1] 16/17
could [5] 41/25 44/10 71/3 75/13 78/16
Counsel [2] 43/2 72/20
couple [2] 5/15 6/18
court [11] 1/1 2/14 12/12 41/2 43/10 43/12 44/21 79/12 79/16 79/17 79/24
courtroom [3] 45/25 46/12 78/18
cousin [7] 7/13 7/18 18/25 19/1 61/10 61/11 67/25
CR [1] 1/4
crack [8] 5/8 5/8 14/20 14/24 15/10 16/19 17/4 17/19
crazy [1] 19/5
credit [5] 45/3 45/4 45/9 60/6 60/7
cross [8] 40/20 41/4 41/7 41/8 60/16 61/18 61/19 74/23
cross-examination [8] 40/20 41/4 41/7 41/8 60/16 61/18 61/19 74/23
Cup [5] 67/5 67/7 67/9 67/11 67/13
currently [1] 4/16
cut [3] 22/7 32/6 68/8

**D**

Daddy [1] 12/6
Danneel [1] 32/7
Darnell [7] 8/20 45/21 50/25 61/4 61/23 67/13 74/12
date [1] 74/12
dated [1] 43/24
DAVID [1] 1/16
day [14] 4/23 13/12 14/5 19/11 49/10 49/16 62/21 63/10 63/25 65/10 73/23 74/5 74/8 74/10
days [2] 16/23 38/10
dead [2] 36/15 72/18
deal [1] 19/19
dealer [1] 62/11
dealing [16] 20/1 20/4 31/13 31/14 44/17 47/22 48/2 52/7 66/16 66/20 75/24 75/24 76/14 76/15 76/20 76/25
dealt [1] 49/9
decide [1] 78/24
decided [2] 69/5 69/6
Demetra [7] 8/14 8/14 8/15 8/19 8/23 15/6 15/17
democracy [1] 78/17
depends [1] 16/14
Derrick [2] 8/2 12/22
describe [1] 61/8
Detective [1] 59/8
did [146]
didn't [39] 12/16 22/8 22/18 22/19 22/22 22/23 30/2 30/3 31/3 33/3 33/5 33/19 35/9 38/22 38/22 38/23 47/13 47/16 51/14 52/12 53/17 54/11 55/1 56/13 56/14 57/14 58/6 65/22 65/25 66/2 66/8 66/16 68/1 68/18 69/3 69/6 69/15 73/10 76/16

difference [2] 73/16 73/22
differently [1] 55/16
Dillon [1] 46/17
direct [3] 4/9 61/18 61/22
directly [1] 17/2
disclose [6] 68/16 68/18 68/20 71/13
discovered [1] 44/22
discuss [2] 40/20 78/20
discussed [1] 72/14
discussing [1] 5/14
distribute [1] 4/18
DISTRICT [5] 1/1 1/2 1/11 79/17 79/17
do [49] 5/4 5/11 6/13 6/19 7/19 12/3 15/1 15/3 15/6 15/8 22/9 22/9 24/6 28/9 28/15 29/16 29/25 31/14 35/2 35/23 37/18 38/24 40/7 40/8 41/15 43/22 44/6 46/4 46/17 47/9 47/19 51/12 53/25 54/12 54/22 58/14 58/16 59/8 59/25 61/20 62/11 63/11 63/17 68/1 71/8 73/10 74/2 78/16
does [3] 29/3 49/23 52/19
doesn't [1] 68/21
Dog [3] 70/9 70/12 70/22
doing [38] 10/10 13/15 18/17 18/25 19/5 20/7 20/25 26/12 32/2 32/23 32/24 36/22 37/3 37/6 37/22 40/7 40/7 41/12 41/13 44/8 45/12 45/16 51/15 52/12 52/20 56/20 57/4 60/13 63/1 64/10 64/11 65/12 65/22 65/24 66/2 69/21 76/4 76/13
dollar [3] 65/2 65/3 71/19
don't [39] 19/9 28/24 35/3 37/6 37/11 37/14 38/3 38/25 39/15 42/8 43/3 43/3 44/14 44/14 47/16 54/8 54/21 54/22 55/7 56/19 57/2 57/4 59/9 59/10 59/24 61/1 61/15 62/7 67/12 69/21 70/4 74/1 77/2 77/3 77/4 78/18 78/20 78/21 78/22
done [6] 5/2 35/24 38/1 39/4 58/20
doo [20] 10/2 10/2 10/3 10/3 10/3 17/9 17/9 25/20 25/20 25/22 25/22 26/4 26/4 26/8 26/8 31/17 31/17 48/14 48/14
Doo-doo [10] 10/2 10/3 10/3 17/9 25/20 25/22 26/4 26/8 31/17 48/14
door [16] 9/1 23/25 24/7 24/13 27/5 27/8 28/1 29/21 32/20 33/12 33/22 34/5 57/8 57/10 57/10 57/14
dope [7] 63/20 64/12 66/16 66/17 66/20 68/8 69/12
Dorgenois [1] 1/22
double [1] 9/4
doubt [1] 78/13
down [11] 4/25 18/9 18/10 32/1 32/6 32/9 39/18 43/17 57/12 69/4 74/9
Doyle [4] 2/14 79/16 79/23 79/23
draw [1] 32/25
drive [1] 12/19
driver [2] 28/20 28/21
driver's [2] 27/10 32/20
drop [1] 41/21
drove [2] 12/18 34/9
drug [6] 5/15 45/11 51/12 62/11 68/1 75/24
drug-trafficking [1] 5/15
drugs [34] 11/19 13/11 13/13 14/1 15/12 16/2 18/7 19/10 19/19 19/22 21/24 22/1 22/20 31/21 37/19 40/9 45/17 51/20 51/22 52/8 59/2 59/5 59/6

## D

drugs... [10]  62/12 64/20 64/22 76/4
76/4 76/13 76/13 76/18 76/20 76/25
Dryades [1]  50/1
Dub [3]  46/17 59/5 59/6
dude [13]  12/15 22/21 33/15 37/7
38/14 38/16 38/16 38/18 39/5 39/8
39/13 39/19 57/16
Duh [1]  56/10
duly [1]  4/4
Dump [10]  6/10 7/22 7/24 8/1 8/3 8/7
11/23 12/8 13/21 51/10
during [6]  18/17 19/20 23/7 26/12
51/19 61/23
Durney [54]  17/4 18/17 18/19 18/21
19/21 20/6 20/13 20/14 20/17 20/22
20/23 20/24 20/25 21/3 21/10 22/19
23/4 25/18 25/20 26/12 26/14 30/3
31/13 31/15 37/14 38/19 40/15 45/21
47/17 47/23 47/25 48/2 48/5 48/7 48/9
48/12 48/16 48/19 49/5 49/22 59/3
59/5 61/5 61/12 61/13 62/12 63/7
63/16 64/2 64/22 66/4 67/23 68/8
69/20

## E

each [2]  49/9 63/14
earlier [9]  31/22 52/16 56/11 56/13
59/17 61/4 62/14 68/10 71/10
earn [1]  72/8
EASTERN [2]  1/2 79/17
easy [1]  71/19
Ecstasy [1]  54/17
eight [2]  11/5 78/16
either [2]  16/5 41/23
election [1]  78/18
electronic [2]  78/21 78/22
ELIZABETH [1]  1/15
else [19]  6/16 9/22 11/22 12/21 13/16
13/19 28/3 30/4 41/3 42/21 48/13 52/9
64/12 64/16 64/17 65/4 66/17 69/14
77/6
Elysian [1]  2/9
EMILY [1]  1/22
emotional [1]  35/18
empty [4]  32/18 32/19 32/20 33/13
encounter [2]  73/23 74/7
end [8]  4/17 4/23 22/12 31/2 38/7
49/10 49/16 63/25
English [1]  43/4
entitled [1]  79/20
ESQ [10]  1/15 1/15 1/16 1/16 1/19 1/22
2/3 2/5 2/8 2/11
essentially [1]  66/14
even [13]  28/19 35/3 40/21 55/7 57/2
57/10 57/14 57/22 62/9 76/17 77/3
77/4 78/23
evening [1]  30/17
eventually [1]  33/20
ever [14]  5/17 9/25 11/24 13/1 13/3
20/16 21/24 26/19 47/1 47/3 49/5
50/11 59/5 71/13
every [3]  13/12 16/23 48/12
everybody [11]  6/7 6/10 6/17 13/16
24/8 24/8 39/11 45/12 45/16 45/18
71/19
everything [3]  38/21 58/18 76/1
evidence [1]  78/25
exactly [4]  11/12 15/12 62/5 66/15

examination [11]  4/9 40/20 41/4 41/7
41/6 41/11 41/16 41/17 41/23 77/23
77/8
EXCERPT [1]  4/1
exclude [1]  21/1
excuse [1]  78/21
excused [2]  78/7 78/8
Exhibit [1]  6/20
Exhibit 51 [1]  6/20
exhibits [1]  6/18
exited [2]  40/24 79/7
expect [1]  75/6
explain [2]  19/6 26/25
explained [1]  29/2
expressing [1]  37/4 38/21

## F

face [2]  15/15 15/15
facing [1]  5/5
fact [5]  30/21 66/19 66/22 67/4 77/21
fair [6]  73/3 73/7 73/8 75/17 75/20
76/24
fairly [1]  75/6
fall [1]  13/14
fallen [1]  65/21
falling [1]  52/21
familiar [3]  6/3 8/21 22/25
family [9]  6/17 8/21 44/9 44/15 45/5
49/6 49/7 49/16 78/23
far [3]  8/12 13/25 15/17
favor [1]  72/8
Fawer [5]  2/11 2/11 60/13 74/21 74/25
FBI [2]  58/2 58/14
FCRR [3]  2/14 79/16 79/23
fearful [1]  72/3
federal [5]  4/21 44/21 44/22 55/12
56/17
feel [5]  31/6 33/3 33/5 33/25 72/17
FELDMAN [1]  1/11
fell [4]  39/10 65/22 65/25 66/2
felon [1]  4/18
felt [2]  72/19 73/20
few [3]  16/23 69/1 73/9
Fields [1]  2/9
figure [1]  30/10
filed [2]  4/24 43/17
final [1]  73/25
finally [1]  57/6
fine [1]  38/2
finish [3]  32/23 72/21 78/13
firearm [3]  4/18 41/19 48/25
first [8]  11/11 21/19 23/10 26/14 26/24
29/17 33/2 53/1
five [3]  37/25 38/3 38/4
fixing [1]  32/21
folks' [1]  18/7
followed [1]  28/10
following [1]  23/12
follows [1]  4/4
Fontaine [2]  27/2 28/6
foot [2]  34/15 34/16
foregoing [1]  79/18
forgery [1]  5/11
forklift [5]  63/2 63/6 63/23 68/3
form [2]  14/10 79/2
four [2]  11/13 61/12
frame [1]  26/12
freedom [1]  59/22
friend [3]  27/1 35/21 46/2
friendly [1]  76/20

friends [7]  17/11 21/20 25/20 26/13
27/17 71/16 71/20
friendship [1]  75/20
front [3]  24/7 27/8 27/11
fuck [1]  37/7
full [1]  4/5
further [2]  39/19 74/20

## G

gang [7]  70/14 70/18 70/19 70/21 71/1
71/3 71/7
gather [1]  75/16
gave [5]  36/18 52/23 56/5 58/2 62/16
gentlemen [1]  4/12
George [20]  21/19 22/1 22/2 30/5
30/14 31/21 36/9 37/5 37/17 37/19
39/18 40/11 52/10 57/11 71/10 72/12
72/19 74/7 74/9 76/16
Georgia [2]  5/11 74/17
get [53]  12/17 13/17 14/9 14/9 15/12
15/24 18/19 21/3 21/9 21/10 22/2
24/12 27/3 30/10 32/2 32/12 32/16
32/17 33/23 33/23 34/5 34/6 34/25
35/16 35/24 37/9 38/14 39/11 42/3
42/22 42/24 44/14 45/3 45/4 45/9
45/24 46/1 47/1 47/3 55/1 57/15 60/3
60/23 61/1 63/12 63/13 63/25 68/15
69/3 71/19 71/20 75/5 76/16
getting [20]  10/16 10/19 11/9 18/3
19/10 26/13 31/17 33/9 40/11 51/22
52/8 52/9 52/14 52/17 66/9 66/16
69/19 76/16 76/18 76/21
girlfriend [1]  8/13
give [8]  16/11 33/19 58/10 58/19 63/20
63/22 64/3 78/25
gives [1]  63/20
giving [1]  37/19
go [45]  11/4 12/1 12/3 14/15 16/5
16/24 24/12 28/24 29/16 30/4 30/10
32/5 33/16 33/18 35/4 38/13 38/25
39/14 39/19 39/19 41/3 42/12 42/21
44/6 45/3 45/5 45/9 49/5 53/9 53/10
53/12 53/17 60/13 62/21 63/3 63/16
63/17 63/22 64/7 69/5 69/6 70/21
73/25 76/11 78/10
goal [2]  42/3 42/5 42/7
goes [1]  8/13
going [29]  6/18 11/16 20/3 21/1 22/13
22/21 27/17 27/18 27/19 27/21 27/24
30/21 32/8 32/10 32/18 33/23 33/24
38/20 40/7 43/24 50/18 54/6 56/24
57/5 58/3 70/23 71/4 72/19 78/11
gone [2]  13/3 68/10
good [13]  4/11 22/15 25/20 30/25
37/24 38/14 39/2 39/15 41/10 41/11
60/18 60/19 78/12
got [48]  11/1 13/1 14/19 18/24 19/1
19/17 20/19 20/20 20/21 21/1 22/1
23/9 24/7 26/4 27/4 31/21 31/22 32/3
33/21 34/4 36/21 38/19 39/17 40/15
43/16 43/17 44/20 46/4 47/15 49/19
57/7 65/6 66/13 66/13 68/11 69/2 69/6
69/10 69/17 69/23 70/2 70/3 70/7 71/3
74/12 76/12 76/12 76/14
gotta [1]  71/7
gotten [4]  21/24 22/25 60/20 73/5
government [4]  41/6 41/24 43/9 58/3
grab [1]  33/18
grand [12]  41/17 55/4 55/7 55/9 55/11
55/12 55/14 55/16 55/19 56/5 56/17

**G**

grand... [1] 58/7
granted [1] 4/25
great [1] 79/4
Gretna [1] 2/4
growing [1] 11/19
guess [5] 18/4 22/18 30/1 38/15 47/5
gun [29] 27/6 27/11 27/12 33/3 33/18
34/7 34/17 36/21 53/21 53/23 54/3
55/25 57/19 57/22 57/25 58/17 66/23
66/24 66/25
guys [5] 12/8 12/10 13/5 39/23 69/10

**H**

had [43] 11/1 13/3 14/16 19/7 19/21
20/18 20/19 21/24 22/5 22/25 23/3
23/4 23/6 25/18 26/16 28/17 29/24
30/9 31/12 37/2 37/4 37/16 39/24
41/17 45/20 49/10 49/11 49/13 49/15
50/19 53/10 55/25 57/24 58/23 65/21
68/6 70/6 71/24 72/1 73/4 73/5 73/16
73/19
Haley [2] 32/6 32/7
half [4] 11/13 16/10 16/16 16/19
halfway [1] 77/24
HALLER [1] 1/16
hand [5] 16/9 34/7 34/17 52/20 52/20
hand-to-hand [1] 52/20
handcuffs [1] 4/16
handle [2] 39/14 57/8
hands [1] 31/20
handwriting [1] 43/25
hang [4] 31/16 66/6 66/8 76/19
hanging [7] 9/22 20/22 20/23 20/24
38/20 65/25 66/4
HANKTON [18] 1/6 1/7 1/19 1/22 2/8
6/15 10/18 10/19 10/22 10/24 29/18
32/2 42/1 42/11 44/4 45/8 50/14 59/22
Hankton's [2] 18/16 77/10
happen [6] 15/13 24/4 27/23 65/6
65/14 73/23
happened [19] 10/24 18/1 23/21 25/17
26/25 27/20 28/9 29/14 29/23 31/10
31/11 33/25 34/3 61/12 69/8 69/11
71/17 72/1 74/5
happening [4] 19/6 27/13 39/3 55/18
hard [4] 15/24 16/1 16/14 79/12
hardheaded [1] 37/11
has [6] 39/21 43/20 46/9 58/5 61/20
64/2
have [56] 4/11 5/4 5/7 5/11 5/15 6/1
8/12 9/12 13/22 15/15 17/1 20/12
20/14 20/16 21/6 28/11 29/3 29/22
30/3 30/24 31/4 34/17 36/16 37/1 37/7
37/8 40/18 40/19 41/15 42/8 49/10
49/15 57/2 57/5 60/12 60/20 61/20
66/12 68/18 68/21 71/3 73/25 74/20
74/25 75/3 75/7 76/25 78/2 78/6 78/13
78/15 78/18 79/1 79/4 79/4 79/6
haven't [1] 44/22
having [3] 4/4 21/4 51/1
he [239]
he's [5] 27/21 32/18 33/11 70/8 71/1
head [2] 14/4 22/11
hear [5] 6/12 22/8 24/2 59/3 66/3
heard [13] 24/3 24/6 36/9 39/14 50/21
50/22 50/24 59/3 59/4 67/13 70/6 72/1
72/7
hearing [5] 18/6 36/24 36/25 37/2

73/19
heartfelt [2] 73/19 73/20
heat [1] 18/8
hell's [1] 28/13
help [4] 6/18 21/3 39/16 41/25
her [10] 21/16 29/20 29/22 29/23 30/1
30/10 30/10 30/11 35/23 60/2
here [11] 19/4 36/22 37/6 37/10 44/21
45/1 45/2 49/15 54/6 58/9 78/2
heroin [30] 17/20 17/24 18/1 18/4 19/7
19/25 20/1 20/3 20/10 20/14 20/14
20/17 45/21 45/24 46/1 47/6 49/22
62/13 62/16 63/7 63/17 64/3 64/3
64/20 65/7 67/18 68/6 68/10 68/13
76/15
hierarchy [1] 13/13
highlight [1] 42/23
him [122]
his [51] 7/13 7/17 7/20 8/3 8/8 18/7
18/7 18/13 18/14 18/24 18/25 19/1
21/13 22/11 26/13 27/12 29/4 29/17
30/3 30/6 30/7 30/9 31/16 32/21 32/21
33/18 34/7 34/17 35/17 35/17 35/23
37/18 38/16 46/3 46/4 47/9 48/7 48/9
52/1 52/2 53/13 53/19 54/11 55/19
57/3 59/6 66/9 66/16 67/25 72/23 73/5
hisself [1] 65/5
hit [2] 34/8 34/22
hitting [1] 57/15
hold [2] 33/17 57/5
holding [1] 33/19
holler [4] 22/13 31/21 39/19 40/6
hollering [2] 55/25 57/13
Hollywood [1] 12/15
home [8] 19/2 42/12 44/6 45/3 45/5
45/9 62/8 62/8
Honor [10] 26/2 38/1 40/18 41/5 58/5
58/12 58/19 61/16 73/14 78/6
HONORABLE [1] 1/11
hood [2] 27/8 27/21
hooked [1] 51/7
hope [5] 42/11 44/6 45/3 45/4 45/9
hoping [1] 60/23
hospital [2] 23/15 25/13
house [31] 6/1 9/2 9/3 9/6 15/19 15/22
15/23 18/7 18/13 21/13 21/14 21/16
23/18 24/25 29/21 30/12 30/17 32/19
33/5 33/9 33/11 35/7 36/11 49/25 50/9
50/12 51/20 52/1 52/2 53/4 77/25
Houston [2] 12/2 12/3
how [43] 7/19 9/12 9/14 10/22 11/4
11/16 12/17 13/7 13/11 13/25 14/15
14/24 15/12 15/12 15/17 15/24 16/14
16/16 16/21 16/21 17/22 19/3 20/9
22/2 22/12 22/24 24/22 28/17 29/20
29/25 31/2 35/16 38/11 40/22 41/12
48/23 61/8 61/17 61/20 65/9 68/24
75/6 76/11
hugged [2] 39/2 73/17
hugging [1] 74/2
huh [15] 10/5 11/7 12/24 13/6 24/1
24/19 29/8 36/7 45/14 46/23 48/10
48/20 49/8 67/3 72/16
hung [1] 17/13
hurt [1] 21/9
hustling [1] 66/19
hydrocodone [1] 41/21

I'll [3] 42/21 54/22 55/3
I'm [77] 4/14 6/18 10/2 20/6 22/10
22/13 22/18 22/22 22/23 27/7 27/12
27/14 27/21 28/20 30/8 31/4 31/25
32/2 32/15 32/17 32/17 32/19 32/22
32/23 33/6 33/10 33/11 33/11 33/12
33/14 33/15 33/17 33/18 33/24 34/5
34/9 34/21 34/22 35/18 36/19 36/21
36/25 37/5 37/6 37/9 38/1 38/12 38/13
38/15 38/20 39/25 40/7 40/7 41/13
42/9 43/24 44/8 44/13 44/16 46/4 48/7
48/15 54/6 55/6 56/22 56/24 58/3
58/20 59/21 61/24 66/11 67/9 67/25
68/22 72/14 74/25 75/13
I've [1] 75/15
identity [1] 46/13
if [29] 12/25 16/7 16/10 16/14 28/15
33/23 35/2 35/25 37/1 37/7 37/11
38/24 44/10 47/16 47/17 48/7 55/5
56/6 58/19 59/24 61/24 62/6 70/17
70/20 71/1 71/4 71/20 72/21 79/5
IKE [1] 2/8
illegal [1] 41/19
immediately [1] 23/12
important [1] 78/24
improper [1] 46/15
in [153]
incarcerated [4] 75/7 75/11 75/15 78/3
incident [12] 25/17 28/9 29/13 33/2
53/1 53/2 54/1 56/18 58/14 71/18 72/3
72/7
incidents [3] 52/24 58/23 72/2
include [1] 14/5
including [1] 79/2
INDEX [1] 3/1
indictment [1] 59/22
individual [1] 77/12
individuals [1] 8/9
inform [2] 43/10 43/12
information [2] 50/19 79/2
informing [2] 44/8 44/13
inside [17] 23/22 23/23 24/10 24/13 35/5
35/6 35/6
instead [3] 31/17 66/9 78/12
instructed [1] 40/20
intent [2] 4/17 5/8
interfering [1] 72/23
interrupted [1] 56/12
interstate [1] 28/11
into [18] 8/17 14/20 14/24 18/3 20/19
20/20 20/21 24/12 33/9 34/10 41/3
53/9 68/24 69/10 69/23 70/2 70/3 70/7
involve [2] 37/12 37/14
involved [10] 21/3 45/25 46/9 46/10
46/11 50/14 58/17 65/6 67/4 74/16
is [99]
issue [5] 47/5 49/18 61/22 72/14 72/17
issues [2] 21/4 46/7
it [144]
it's [9] 16/14 32/13 32/14 39/2 47/17
49/16 61/19 72/7 78/24

**J**

J-Rock [3] 12/11 12/14 12/15
jacket [1] 27/12
JACKSON [12] 1/7 2/11 31/21 36/5
36/6 36/8 36/9 36/11 71/10 76/24
76/25 77/2

## J

jail [20]  11/2 11/3 11/4 17/20 17/22
18/18 19/16 23/7 26/14 28/11 31/16
49/19 61/13 61/18 61/23 61/24 62/5
62/7 62/8 74/13
jeopardize [1]  44/15
Jerome [1]  36/15
job [3]  62/21 63/3 63/17
Josephine [35]  5/22 6/3 8/9 8/24 8/25
9/19 10/14 11/19 13/11 13/13 13/19
13/25 15/13 15/23 18/2 19/7 21/16
23/16 24/4 29/11 31/23 32/1 32/6
32/14 40/13 45/11 50/2 50/4 50/6
51/15 51/16 68/12 70/9 70/12 70/22
JR [1]  1/15
judge [22]  1/11 38/2 41/24 42/9 44/2
44/8 44/12 44/13 44/16 44/19 44/22
44/23 46/8 54/10 55/5 56/9 59/15
59/18 60/15 68/22 74/20 78/15
Judge Morgan [5]  42/9 44/2 44/19
44/23 59/18
Judy [1]  18/14
July [1]  75/15
July 17 [1]  75/15
jump [1]  71/22
jumped [7]  27/5 27/10 28/13 32/4 34/6
57/7 57/9
jumpsuit [1]  4/15
June [3]  1/6 4/2 12/15
jury [23]  1/10 38/4 40/24 41/17 43/2
44/18 54/8 54/13 55/4 55/7 55/9 55/11
55/12 55/14 55/16 55/17 55/19 56/5
56/14 56/18 58/7 61/25 79/7
just [74]  5/12 9/21 12/12 12/23 14/16
15/14 16/9 16/11 18/8 19/4 22/7 22/10
23/20 24/3 24/7 25/22 27/6 27/20
28/13 28/15 29/3 29/23 29/23 30/25
32/22 33/2 33/8 33/11 33/19 33/21
33/22 33/25 35/25 36/24 37/3 37/5
37/8 37/20 38/3 38/23 38/25 39/2
39/24 40/1 43/3 44/18 45/4 49/6 49/25
54/6 54/10 54/22 55/17 57/14 58/9
60/20 64/9 65/22 66/16 68/1 69/3 69/3
69/4 69/6 69/10 69/12 69/14 69/14
70/19 71/22 75/5 75/13 77/7 78/9

## K

Katrina [4]  67/21 67/22 67/22 76/11
keep [3]  59/14 72/22 75/13
keeping [1]  66/7
Kelvin [1]  32/11
kept [3]  27/17 27/17 69/20
KEVIN [6]  1/7 2/11 76/24 76/25 77/2
77/3
key [2]  11/13 31/18
kicked [1]  51/20
kill [16]  26/22 27/24 28/16 30/22 38/11
39/11 50/19 50/23 51/5 70/23 71/4
71/14 71/20 71/23 72/18 73/6
killed [6]  19/1 40/15 65/21 67/11 67/14
74/13
killing [4]  39/23 67/5 67/7 72/9
kilo [5]  11/15 11/17 16/10 16/16 16/19
kind [15]  6/18 13/22 20/24 21/1 22/24
24/16 27/11 34/8 48/4 57/9 64/25
65/24 67/23 71/12 71/12
knew [12]  6/7 6/8 8/9 14/24 21/10
22/19 38/22 38/23 57/5 58/18 69/19
76/20

knocked [1]  29/21
know [90]
knowledge [1]  51/6
knows [2]  54/13 61/24

## L

L.C [1]  1/11
laborer [1]  63/2
ladies [1]  4/12
lady [2]  71/4 71/4
Landrieu [1]  59/19
large [2]  46/24 62/17
larger [2]  14/12 14/13
last [1]  6/13
later [4]  30/17 36/9 64/7 74/10
Latoya [1]  8/20
latter [1]  76/22
law [3]  1/19 2/2 78/25
lawyers [1]  40/21
lay [1]  33/4
laying [1]  23/20
lead [2]  30/12 30/16
leave [8]  33/24 34/1 39/25 40/2 63/6
63/10 63/13 63/16
leaving [1]  33/9 33/11
Lee [5]  6/11 18/8 8/15 8/19 8/23 15/17
Lee's [1]  15/6
left [8]  11/8 29/2 31/4 32/6 32/8 32/8
34/1 49/6
leg [1]  24/15
LEMOINE [1]  2/5
less [2]  11/18 75/19
let [8]  43/2 43/16 56/5 56/7 58/9 66/11
72/21 72/23
let's [9]  4/16 5/16 6/8 19/15 26/24
35/24 43/2 49/18 59/14
letter [13]  42/16 42/18 42/21 42/23
43/24 44/2 44/7 44/7 44/9 45/8 59/17
59/18 77/17
letters [2]  41/23 44/12
letting [1]  39/24
level [2]  13/19 68/1
life [2]  44/15 52/23
like [78]  5/14 9/13 10/23 12/12 16/12
19/9 20/25 20/25 22/3 22/3 22/7 22/7
22/10 22/10 22/11 22/13 22/13 22/22
22/23 27/12 27/14 27/21 28/2 28/13
28/20 30/4 30/9 30/25 31/1 31/1 31/4
31/9 31/16 31/25 32/3 32/21 32/22
33/2 33/8 33/15 33/17 33/17 33/23
36/18 36/18 36/21 36/24 36/25 37/5
38/24 39/2 39/3 39/5 39/15 39/15 40/2
40/7 40/8 53/9 54/17 57/9 57/13 58/7
61/10 61/11 63/11 64/9 67/25 68/10
69/21 71/10 71/19 71/20 71/21 72/17
73/21 76/1 76/14
line [2]  42/24 72/23
listen [1]  47/13
little [18]  9/23 19/6 19/15 20/2 20/9
30/13 49/10 49/15 61/9 61/10 61/10
61/11 61/11 63/7 67/22 70/20 75/13
live [6]  5/17 5/20 5/24 8/23 35/9 35/10
lived [2]  6/3 51/16
living [1]  10/14
Liz [1]  60/2
LLC [1]  2/11
location [1]  5/22
locked [2]  11/1 76/12
long [8]  11/4 11/16 17/22 38/4 68/24

69/1 75/7 76/11
looked [2]  24/7 53/9
looking [11]  27/6 33/11 39/5 39/8 39/9
39/13 42/22 55/17 70/6 70/8 71/25
lot [11]  16/12 32/18 32/18 32/19 32/20
32/22 33/13 33/20 38/21 38/22 39/3
loudly [1]  6/11
LOUISIANA [11]  1/2 1/17 1/20 1/23 2/4
2/6 2/9 2/12 2/15 4/14 79/18
love [5]  28/17 30/7 30/9 49/11 49/13
low [1]  31/18
low-key [1]  31/18
Loyola [1]  1/19
lunch [2]  63/12 63/18

## M

M-A-M-A-N [1]  12/12
Ma [2]  12/11 12/12
ma'am [3]  41/20 51/11 58/24
Ma-man [2]  12/11 12/12
made [5]  34/10 61/25 69/8 71/24 78/12
Magee [1]  47/3
MAJEEDA [1]  1/19
majority [1]  14/23
make [6]  6/11 18/18 19/4 32/6 32/8 33/5
makes [1]  78/17
making [4]  22/21 32/8 45/7 73/24
mama [8]  5/25 7/6 29/17 30/6 30/7
30/9 35/17 35/17
mama's [2]  21/13 33/4
man [13]  12/11 12/12 28/20 28/24 29/2
33/17 33/17 34/2 36/21 36/25 37/5
38/25 57/11
many [1]  65/9
March [3]  43/24 53/25 60/1
March 13 [1]  43/24
marijuana [3]  53/2 54/18 54/19
married [2]  18/24 67/25
MARTIN [1]  1/11
Master [1]  12/6
Master P [1]  12/6
matter [2]  38/11 79/20
Maurice [1]  59/18
may [3]  55/5 55/9 56/17
May 12 [1]  56/17
May 17 [1]  55/9
me [71]  12/8 16/6 16/9 19/11 19/22
20/8 21/1 22/7 22/7 22/20 22/23 27/12
27/24 30/7 30/9 30/9 30/12 31/18
32/11 32/17 33/3 33/5 33/19 34/7
35/25 36/17 36/24 36/25 37/1 37/12
37/15 38/12 38/12 38/25 39/2 39/3
39/6 39/8 39/9 39/10 39/11 39/13
39/14 39/18 39/25 40/2 42/17 43/16
44/9 44/10 44/15 44/25 53/22 56/9
57/12 58/9 58/19 66/10 68/11 70/6
71/4 71/10 71/17 71/18 72/1 73/9
73/10 74/8 74/8 77/17 78/21
mean [19]  16/3 20/23 22/9 31/14 33/3
33/12 36/9 37/8 37/10 37/18 42/12
42/14 45/15 49/23 52/19 60/1 60/5
70/12 76/13
meaning [1]  60/6
mechanical [1]  2/19
media [1]  78/21
meet [3]  15/14 16/8 64/7
meeting [1]  26/16 73/17
member [3]  71/1 71/3 78/23
members [1]  44/9 44/15

## M

mention [1] 52/9
mentioned [5] 13/22 54/3 56/7 57/24 61/11
mess [1] 20/3
messed [4] 31/13 39/4 44/14 48/21
messing [2] 38/16 48/19
met [6] 27/10 28/10 59/11 59/12 72/11 72/12
MICHAEL [4] 2/11 10/8 27/1 28/6
microphone [2] 6/12 8/18
middle [3] 32/15 47/15 48/4
might [4] 49/10 49/15 73/6 78/15
Mike [4] 27/4 50/23 50/23 74/25
Mike-Mike [1] 50/23
mind [1] 73/5
mine [2] 27/1 46/2
minutes [6] 37/25 38/3 38/4 40/19 40/25 78/16
misunderstanding [4] 48/6 48/7 48/8 48/9
mom [1] 35/23
moment [3] 26/2 58/19 73/22
money [11] 20/2 31/13 31/17 37/9 38/14 39/11 48/21 48/23 63/20 64/3 66/9
month [1] 4/20
months [8] 4/25 43/6 43/16 43/18 65/9 75/8 75/10 77/22
more [15] 8/17 20/9 35/18 35/18 37/7 37/25 38/16 39/10 52/21 61/1 63/12 63/13 63/20 64/3 68/1
Morgan [5] 42/9 44/2 44/19 44/23 59/18
morning [9] 31/25 53/7 63/11 63/16 64/9 68/7 78/12 79/5 79/10
mother [1] 51/16
motion [2] 4/24 77/11
move [8] 11/14 18/9 18/10 19/8 31/24 40/12 62/17 72/20
moved [7] 11/11 49/25 68/13 68/24 69/4 69/13 69/14
moving [2] 59/14 65/1
Mr. [11] 41/10 45/8 55/24 60/12 60/13 60/14 60/18 72/21 74/21 74/25 77/11
Mr. Comadore [5] 41/10 55/24 60/18 74/25 77/11
Mr. Fawer [2] 60/13 74/21
Mr. Hankton [1] 45/8
Mr. Spears [3] 60/12 60/14 72/21
Ms. [2] 41/14 72/21
Ms. Privitera [1] 41/14
Ms. Ratner [1] 72/21
much [17] 5/2 13/15 16/15 16/16 22/2 22/13 28/17 31/3 31/4 31/7 48/23 57/10 57/14 71/12 71/22 72/18 77/5
must [2] 57/2 57/5
my [40] 5/25 6/2 6/2 9/23 20/4 27/5 31/13 31/19 31/19 31/25 32/8 32/17 32/17 32/19 33/14 34/6 35/7 36/17 36/20 38/15 39/4 44/9 44/12 44/15 45/5 45/5 48/17 51/6 59/22 59/24 59/25 59/25 60/6 60/6 60/8 66/11 66/13 69/14 76/24 79/19
myself [3] 17/3 40/8 68/11

## N

Nakia [7] 6/17 6/23 6/24 7/19 32/1 32/2 33/7

name [11] 4/5 4/12 6/14 46/3 46/4 46/6
named [3] 12/15 39/8 46/17
names [2] 6/8 39/7
naming [1] 6/8
near [2] 18/12 24/4
necessarily [2] 17/15 76/21
need [3] 39/14 39/15 56/6
needed [1] 51/5
neighborhood [6] 6/7 9/24 16/9 17/13 69/10 70/20
Nemessis [1] 77/13
never [26] 17/14 26/10 33/13 50/14 51/19 54/3 59/3 59/4 59/11 59/9 66/24 66/25 67/7 67/13 70/5 70/6 73/2 73/4 73/5 73/11 73/13 74/25 75/4 76/25 78/18
new [13] 1/17 1/20 1/23 2/6 2/9 2/12 2/15 4/14 5/18 15/22 42/1 42/11 44/16
New Orleans [5] 4/14 5/18 42/1 42/11 44/3
next [6] 5/23 9/1 15/19 23/25 43/21 58/25 59/14 68/21 73/24
nickname [7] 8/13 10/20 29/3 29/3 29/9 39/21 69/24
nicknames [1] 29/4
night [14] 14/5 25/13 25/25 27/1 30/12 37/5 37/17 39/4 54/16 54/20 64/8 64/9 72/1 79/4
nine [1] 11/5
no [79] 13/2 13/4 15/5 15/7 18/8 18/11 22/11 23/11 24/23 25/5 25/7 25/9 25/11 26/1 26/7 26/9 26/18 26/20 33/8 36/21 37/3 37/7 38/11 38/16 39/10 39/16 39/17 39/19 40/10 41/5 41/16 41/17 42/4 42/6 45/25 46/9 46/10 46/11 47/2 47/3 47/4 48/6 49/6 50/3 50/15 51/14 51/21 52/21 53/18 54/25 58/24 59/7 60/12 60/25 61/3 61/7 64/14 64/15 64/15 64/17 64/17 66/8 66/24 67/6 67/8 67/15 68/1 69/6 69/16 70/6 70/19 71/3 71/7 71/25 73/4 73/8 75/2 76/12 78/16
nobody [1] 38/10
Nods [1] 14/4
none [1] 32/3
Nonstop [2] 14/2 14/3
normal [1] 73/3
normally [2] 31/24 40/8
not [44] 16/1 17/15 21/3 21/9 22/16 22/17 25/11 31/7 31/8 39/23 40/20 40/21 41/5 42/5 44/22 46/4 46/6 46/14 47/9 48/17 50/2 51/2 51/6 51/12 52/8 52/15 55/6 55/15 58/6 58/7 58/16 65/8 65/15 66/3 66/6 66/8 68/16 68/20 69/1 71/1 73/8 75/3 76/21 79/1
nothing [8] 19/5 31/3 36/21 37/9 39/16 46/4 73/10 74/20
notion [1] 73/6
now [28] 4/11 8/9 9/14 13/11 25/20 31/10 31/23 33/25 36/15 38/12 38/21 38/24 40/18 41/2 41/14 41/23 43/24 44/22 45/20 48/12 52/7 53/25 55/21 58/2 62/16 71/23 78/11 78/13
nowhere [1] 57/19
number [1] 30/3

## O

O Ports [6] 62/25 63/1 63/3 63/16 63/23 68/3

object [1] 58/5
obligation [2] 59/8 61/16 62/1
obtain [1] 16/2
obviously [1] 4/11
occasions [2] 61/12 62/5
occurred [1] 50/12
off [26] 11/6 19/10 19/25 22/7 22/7 27/5 27/15 27/16 28/7 28/10 29/2 32/5 32/5 32/7 34/6 34/9 49/25 57/9 63/12 63/13 63/25 66/9 68/8 68/13 70/20 73/5
Office [1] 1/14
Officer [1] 59/8
Offices [1] 2/2
Official [2] 2/14 79/16 79/24
often [5] 9/6 10/22 13/11 16/21 16/22
Oh [3] 8/14 10/3 16/5
okay [20] 19/23 30/15 31/6 41/13 42/19 45/7 45/11 54/14 55/3 57/3 59/15 62/21 67/23 68/13 71/6 74/5 74/12 75/16 77/21 78/16
old [6] 9/12 9/14 13/7 15/19 71/4 71/20
on [99]
on board [1] 71/22
once [4] 38/11 38/15 43/17 53/19
one [21] 11/25 19/11 20/18 22/1 26/2 27/1 29/4 41/25 42/8 42/10 44/3 45/25 46/9 46/10 46/11 60/20 64/17 72/4 73/14 77/15 78/15
ones [1] 9/21
Onion [1] 9/23
only [1] 13/5
open [2] 41/15 41/18
opened [4] 24/13 27/5 27/11 27/25
operator [3] 63/2 63/6 68/4
or [61] 5/12 8/1 13/8 14/10 14/13 14/16 14/19 16/5 17/1 18/8 19/16 21/24 23/4 30/5 31/6 31/18 33/24 34/15 36/21 38/11 39/11 39/16 41/24 46/14 47/16 47/17 48/5 54/17 61/12 62/17 63/6 63/10 63/14 63/17 63/22 64/2 64/5 64/11 64/15 65/3 65/9 65/11 65/15 65/21 68/6 68/7 69/12 70/7 71/8 71/21 72/8 73/17 73/21 74/13 74/15 76/9 78/21 78/21 78/23 78/23
or 50 [1] 63/14
orange [1] 4/15
order [2] 14/15 79/1
Oretha [2] 32/6 32/7
originally [1] 4/13
Orleans [13] 1/17 1/20 1/23 2/6 2/9 2/12 2/15 4/14 5/18 28/11 42/1 42/11 44/3
Orleans Parish [1] 28/11
other [17] 6/1 9/18 9/20 9/21 9/23 12/15 13/22 15/10 17/1 17/19 46/6 49/9 64/20 64/22 69/3 79/1 79/2
ounces [1] 11/13
out [60] 5/11 9/22 11/24 12/8 12/10 17/15 17/24 18/19 19/2 19/3 19/4 19/17 21/19 23/7 24/7 26/15 27/1 27/4 27/5 27/10 28/13 29/13 29/20 30/14 32/12 32/16 33/3 33/9 33/11 33/12 33/12 33/13 33/20 33/21 37/4 37/9 37/16 39/10 39/25 40/2 49/19 50/4 50/6 53/12 57/7 57/12 58/6 65/1 65/22 65/25 66/2 69/4 70/22 71/13 73/18 74/3 76/12 76/14 76/19 77/24
outside [3] 24/8 24/9 32/4

## O

over [9]  5/23 15/19 18/21 27/2 36/19 44/14 48/21 72/17 73/22
overruled [2]  25/10 62/1
own [3]  17/14 38/17 45/13

## P

P-Dub [2]  59/5 59/6
page [2]  3/2 56/21
paid [1]  71/21
pants [2]  32/21 32/21
paperwork [3]  60/3 60/6 77/18
paragraph [1]  44/25
Parish [1]  28/11
parked [5]  32/9 32/12 32/13 32/20 36/17
parking [1]  32/18
part [6]  21/18 54/23 59/25 60/23 70/9 74/2
particular [3]  42/23 54/16 56/19
partner [2]  9/23 31/19
partners [5]  48/8 48/9 66/11 66/13 66/13
pass [2]  58/9 73/9
passenger [4]  27/4 27/5 27/8 28/1
pay [1]  50/22
people [16]  6/3 9/18 9/20 9/21 9/24 12/15 13/22 15/9 17/1 22/21 28/17 38/20 50/19 65/25 66/4 70/19
people's [2]  18/13 57/15
percent [1]  43/17
period [13]  11/4 11/16 17/6 17/22 18/17 19/16 19/20 46/11 46/12 67/16 67/17 75/23 76/22
Perkins [1]  36/15
person [3]  35/19 38/10 46/6
personally [2]  14/22 64/22
phone [2]  30/1 30/2
photographs [1]  9/22
pick [5]  16/4 16/5 51/23 51/25 63/12
pills [2]  41/21 54/17
place [7]  15/3 15/6 21/12 36/4 36/6 36/8 42/25
places [1]  15/8
plain [1]  43/4
plea [1]  59/25
please [8]  4/6 6/20 8/17 39/7 41/7 43/22 78/19 79/8
Pluck [35]  9/25 10/4 17/6 17/18 17/24 18/1 18/3 18/10 19/7 19/11 20/21 20/23 20/24 21/4 22/21 22/25 23/4 23/7 23/9 23/12 24/10 24/12 24/24 25/20 37/14 47/5 47/6 47/12 47/16 47/17 48/2 48/5 48/14 48/16 50/22
point [34]  5/17 15/22 17/11 17/18 18/19 24/10 31/12 31/19 33/10 36/16 37/24 38/23 39/18 40/12 45/7 45/20 47/15 47/22 48/2 48/16 48/19 49/3 50/6 50/17 51/3 52/7 52/13 58/22 59/2 59/21 72/17 73/18 75/16 75/19
points [2]  64/19 72/8
police [6]  24/22 27/15 27/16 27/18 30/25 58/22
porch [6]  34/6 47/7 47/10 53/4 53/15 57/9
PORTER [3]  1/6 2/2 2/5
Ports [5]  62/25 63/1 63/3 63/16 63/23 68/3
possession [6]  4/17 4/18 5/7 5/8 5/9

41/18
powder [7]  14/8 14/10 14/13 14/19 14/19 14/24 16/17
Poydras [2]  1/17 2/14
Pratt [2]  59/8 59/8
present [3]  36/14 67/13 74/15
pretty [9]  5/2 11/20 13/15 16/24 22/13 65/12 71/12 71/21 72/18
previous [1]  37/5
price [1]  16/20
prior [2]  5/14 75/16
PRIVITERA [3]  1/15 41/14 60/2
probably [4]  63/11 65/10 67/22 69/1
probative [1]  46/14
problem [5]  18/5 18/6 18/12 37/1 37/8
problems [2]  18/2 75/20
proceedings [3]  2/19 79/13 79/20
progress [1]  78/12
protege [1]  61/6
Puff [1]  12/6
Puff Daddy [1]  12/6
pull [5]  22/21 32/5 32/5 33/3 42/21
pulled [8]  27/2 27/3 27/3 27/16 28/10 29/2 37/4 37/16
purchase [1]  53/2
purposes [1]  60/20
put [3]  27/6 34/12 57/14
puts [1]  70/22

## Q

quantities [9]  11/10 13/23 14/12 14/13 16/21 16/22 46/24 62/16 64/25
quarter [3]  11/13 22/3 31/22
quarters [2]  11/13 11/17
question [12]  46/15 47/19 54/9 55/6 55/22 55/24 57/3 58/25 59/14 62/3 68/21 74/1
questioning [1]  72/24
questions [5]  40/17 43/4 43/4 72/22 78/5
quicker [2]  20/2 49/22
quickly [1]  16/24
QUINLAN [1]  1/15
quit [1]  69/12
quite [2]  25/15 75/17

## R

raised [3]  36/20 36/25 61/22
Rampart [5]  5/21 5/24 15/3 35/8 35/9
ran [1]  78/18
RATNER [2]  1/22 72/21
reach [2]  29/13 29/20
read [18]  44/25 45/3 54/16 54/23 55/1 55/3 56/6 56/7 56/9 56/11 56/13 56/19 56/23 56/24 57/4
reading [2]  54/12 55/6
ready [1]  60/2
real [4]  18/24 19/1 45/5 77/7
really [19]  18/7 19/9 20/2 22/16 25/1 31/3 31/3 31/8 34/4 38/9 38/20 39/9 42/3 44/16 49/9 65/22 66/2 74/1 76/12
reason [4]  71/13 71/15 71/16 71/17
recall [4]  53/25 54/11 58/14 58/16
receive [1]  77/19
received [1]  4/20
recently [1]  41/23
recess [6]  40/22 41/1 78/9 78/11 79/9 79/12
recollection [2]  54/11 56/6

record [3]  4/6 72/22 79/20
recorded [2]  60/22
redirect [2]  77/6 77/8
reduced [2]  43/16 77/21
reduction [7]  4/24 42/24 43/13 43/17 60/21 60/23 77/11
reductions [1]  61/1
REED [1]  1/16
refer [2]  45/21 61/5
referring [1]  49/24
refresh [2]  54/11 56/6
refreshments [1]  79/6
regard [1]  74/12
regular [2]  62/21 67/2
related [3]  7/19 8/7 8/19
relation [1]  7/12
relationship [9]  7/17 8/12 22/24 30/6 40/5 61/4 61/8 73/2 73/4
relatives [1]  78/23
release [1]  5/4
released [1]  75/6
relevant [4]  46/7 46/14 61/17 61/21
remember [9]  54/21 54/22 54/22 59/9 59/10 65/17 68/12 78/14 78/20
remembered [1]  58/18
repeat [1]  47/20
rephrase [1]  43/4
reporter [4]  2/14 12/12 79/17 79/24
representations [1]  61/25
respect [1]  72/19
response [1]  22/6
rest [2]  40/1 48/7
result [1]  38/7
resume [1]  40/25
reverse [3]  34/13 34/23 57/14
reversing [3]  34/19 34/20 34/21
riding [1]  27/2
rift [5]  47/12 48/15 48/15 49/10 51/1
right [45]  4/25 5/7 6/16 16/10 19/4 21/2 21/5 24/17 27/14 28/11 29/2 30/16 31/4 33/3 33/16 33/18 34/19 37/6 38/3 42/1 43/15 45/1 45/2 45/2 48/18 52/22 53/15 54/6 54/24 63/9 66/13 66/21 67/22 69/17 70/10 74/4 74/6 74/11 75/3 76/11 76/17 76/22 76/24 78/7 79/11
riverfront [1]  63/4
Robert [2]  2/2 2/3
Robinson [1]  9/25
rock [5]  12/11 12/14 12/15 14/10 14/13
rocks [2]  14/8 14/16
rode [2]  12/8 12/20
Rodney [1]  9/25
roughly [1]  76/9
rule [8]  4/24 42/3 42/22 42/24 43/3 43/13 43/17 77/11
Rule 35 [7]  4/24 42/3 42/22 42/24 43/3 43/13 77/11
rules [2]  40/3 70/16
run [1]  24/10
running [8]  27/5 28/7 34/7 34/19 53/22 55/25 57/12 57/12

## S

safety [1]  44/8
said [59]  4/11 6/13 18/12 20/6 21/24 27/19 28/24 29/2 29/23 31/1 31/10 36/18 36/25 37/8 37/9 37/16 39/17 40/7 42/13 44/10 45/4 45/4 45/20 46/9

S

said... [35] 48/14 49/11 49/19 50/25
51/7 51/10 51/22 52/7 52/18 53/4
53/21 54/11 55/13 55/21 55/24 57/13
59/21 59/24 65/24 67/17 67/25 68/10
68/11 68/12 68/18 68/19 68/20 68/21
69/23 71/10 72/11 72/19 73/11 73/18
76/14

same [13] 9/2 9/3 13/19 16/20 16/20
32/13 54/1 57/24 65/16 65/18 73/23
74/8 74/10

Saratoga [2] 32/9 32/14

sat [1] 57/11

satisfied [2] 73/5 73/18

saw [17] 23/15 23/18 24/8 27/4 36/17
38/15 40/7 51/19 53/9 53/12 53/15
53/21 57/5 57/19 66/24 66/25 67/2

say [34] 10/6 19/9 20/6 25/6 27/7 28/1
28/23 29/22 30/8 30/24 31/4 33/7
34/12 34/22 36/16 36/23 37/7 42/15
44/6 47/22 52/12 52/19 53/9 55/4
55/13 57/19 67/9 69/6 70/8 70/12
70/17 71/4 76/24 78/16

saying [20] 22/23 28/25 31/3 31/22
32/23 33/18 34/5 34/9 37/21 38/13
38/18 39/5 39/9 42/9 45/8 60/2 66/11
72/2 75/3 76/1

says [1] 56/8

scared [1] 57/13

scene [1] 11/6

School [1] 1/19

score [3] 32/11 71/9 72/8

screaming [1] 55/25

screen [1] 33/12

seat [1] 27/6

seated [1] 79/8

second [11] 26/4 26/14 31/11 31/12
53/1 53/2 60/13 60/23 72/3 73/14
73/17

Section [1] 1/5

see [14] 23/9 23/12 23/14 23/16 23/19
27/7 27/14 30/11 38/9 51/12 57/22
58/9 76/17 79/5

seeing [1] 33/13

seem [1] 40/3

seen [4] 58/6 59/11 73/9 76/25

sell [10] 14/19 17/1 17/3 20/12 20/14
20/17 31/23 63/7 64/7 68/6

selling [59] 10/12 11/14 11/19 13/11
13/13 13/19 13/23 14/7 17/2 17/4
17/12 17/15 17/18 17/20 17/24 18/1
18/4 18/7 18/12 19/7 19/9 19/21 19/24
20/8 22/20 45/16 45/17 45/18 45/21
47/6 47/25 49/22 50/6 64/11 64/12
64/16 64/17 64/23 64/25 65/3 65/6
65/7 65/9 65/10 65/12 65/14 65/17
65/20 67/18 68/8 68/16 68/24 69/9
69/12 69/15 69/17 69/20 76/4 76/13

sentence [8] 4/17 4/20 4/25 60/21
60/24 61/2 77/11 77/21

sentenced [2] 43/6 44/20

separate [2] 52/23 67/24

September [1] 75/12

September 17 [1] 75/12

serious [1] 35/18

seriously [2] 70/24 71/2

serving [1] 4/16

session [1] 41/2

set [1] 57/10

settle [2] 71/8 71/8

shaky [1] 22/24

share [1] 54/8

shared [2] 73/18 73/20

Shawn [1] 9/23

she [6] 29/24 29/25 30/1 30/9 71/4
71/4

she's [2] 44/21 55/6

Sheldon [1] 47/3

Shirley [4] 7/4 7/5 29/18 30/4

Shirley's [2] 21/14 30/17

shirt [1] 36/20

shit [6] 36/24 37/6 39/5 39/25 69/3
71/21

shook [1] 22/10

shooting [7] 23/9 23/12 23/21 24/2 24/4
25/22 26/6

shortly [2] 19/21 19/23

shot [12] 23/1 23/5 23/6 23/7 23/9
23/17 24/14 25/4 25/6 26/4 26/13 35/2

shotgun [1] 9/4

shots [2] 24/3 24/6

should [3] 26/17 37/8 72/22

shoulders [1] 28/12

show [6] 6/18 6/20 7/1 7/7 7/9 7/14
7/21 38/12 38/15 42/17 42/18 43/24
44/10 44/25 54/6 58/3

show 58 [1] 7/21

showed [4] 9/21 27/12 38/16 56/13

showing [2] 36/20 55/18

siblings [1] 6/1

side [6] 27/4 27/10 32/18 33/13 38/12
38/15

sign [2] 28/12 36/18

Simon [1] 32/1

Simon Bolivar [1] 32/1

since [4] 4/15 39/3 54/11 75/15

single [1] 62/19

sir [14] 40/23 62/15 62/23 63/5 63/19
63/24 64/1 64/4 68/17 70/11 70/13
72/6 75/2 78/8

sister [1] 6/2

sitting [1] 18/7

situation [3] 30/11 30/13 74/16

size [1] 16/13

sleep [1] 33/16

Slim [1] 33/16

small [5] 11/11 11/12 22/4 62/17 62/18

smaller [1] 13/23

Smith [1] 2/11

smoke [1] 15/9

smokers [1] 15/9

Smothers [3] 7/25 8/2 12/22

SNEAD [1] 1/19

so [141]

software [1] 2/20

sold [11] 10/11 17/6 17/14 46/24 62/12
62/13 64/2 64/20 67/17 67/20 68/11

some [45] 5/17 12/8 12/15 15/22 17/7
18/19 24/10 27/3 31/21 32/2 32/11
36/11 37/4 38/14 39/11 40/12 45/20
47/15 47/22 48/2 48/16 48/19 49/3
50/6 50/17 51/3 52/7 59/2 62/13 63/12
63/13 65/25 68/11 69/3 69/10 71/21
72/8 72/8 73/19 73/20 75/5 75/16
75/20 78/12 79/6

somebody [3] 30/4 66/17 68/6

someone [3] 46/17 52/9 65/3

something [15] 17/19 20/6 22/3 22/3

31/1 31/1 33/24 35/25 38/25 42/17

sometimes [3] 43/12 51/23 54/19

somewhere [2] 16/8 69/14

son [2] 30/1 30/10

soon [3] 45/6 57/11 75/6

sorry [9] 10/2 20/6 30/8 33/6 34/22
56/22 68/22 72/14 75/14

sort [1] 61/6

sounds [1] 16/12

South [3] 1/22 5/21 5/24

South Rampart [1] 5/21

speak [9] 6/11 8/17 15/25 25/25 35/14
35/16 36/2 39/23 40/6

speaking [2] 30/13 36/11

Spears [6] 2/8 2/8 2/8 60/12 60/14
72/21

specifically [4] 6/9 14/15 47/6 69/8

spelling [1] 4/6

spoke [9] 26/8 27/6 27/7 30/19 32/4
33/7 33/8 61/4 72/2

spoken [2] 75/1 75/3 75/4

spots [1] 15/2

spun [1] 27/15

Squirt [3] 7/10 7/12 10/20

St [1] 1/20

St. [6] 12/9 12/10 15/20 32/9 52/5 52/6

St. Andrew [4] 15/20 32/9 52/5 52/6

St. Thomas [2] 12/9 12/10

start [11] 5/14 6/8 10/12 10/16 10/25
11/8 11/10 17/20 20/1 54/6 76/15

started [21] 10/18 10/18 11/9 17/18
17/21 18/1 19/6 19/17 19/21 19/25
19/25 33/20 34/7 38/9 52/8 53/22
57/12 60/3 68/8 68/16 76/14

starting [1] 78/12

state [2] 4/5 11/24

statement [7] 44/10 56/5 58/2 73/3
73/7 75/17 75/20

STATES [1] 1/1 1/4 1/11 1/14 79/17

stay [5] 9/6 15/17 15/18 57/9 78/9

stayed [3] 15/3 66/22 67/25

staying [1] 31/18

stealing [1] 59/2

stenography [1] 2/19

STEVEN [1] 2/5

Stewart [9] 8/20 8/20 8/21 45/21 50/9
50/12 61/5 61/23 74/13

Stewarts [1] 9/18

still [19] 19/23 19/23 22/15 27/25 28/19
37/22 40/1 40/9 48/15 52/7 61/20
65/20 66/19 68/2 68/3 73/6 73/11
76/17 78/3

stole [2] 59/5 59/6

stomach [1] 24/15

stop [6] 10/24 31/14 66/16 69/8 69/15
72/23

stopped [8] 31/12 32/1 33/6 48/18
65/22 65/24 66/17 69/4

store [5] 71/11 72/13 72/14 73/9 74/9

story [1] 57/24

straight [4] 16/11 53/13 69/5 69/6

strangers [1] 78/23

strapped [1] 66/22

street [46] 1/17 1/22 2/3 2/6 2/12 2/14
5/22 5/24 6/4 8/10 9/19 10/14 11/20
13/11 13/13 13/20 13/25 15/4 15/13
15/20 16/11 18/2 18/9 18/10 19/7
21/16 23/16 24/4 27/2 29/11 32/13
34/8 35/8 36/10 36/17 40/13 45/12

**S**

street... [9]  50/2 50/4 50/7 51/15 51/16
52/4 57/12 74/13 74/15
streets [2]  16/8 74/14
strictly [1]  78/24
stuff [5]  17/2 19/2 19/4 31/25 37/23
submitting [1]  77/17
subpoena [1]  78/3
subsequent [1]  73/23
Suite [1]  1/17
supervised [1]  5/4
supplier [1]  68/15
supply [2]  13/17 14/9
support [1]  10/10
supposed [2]  49/17 77/24
sure [3]  6/11 19/4 55/6
sustained [2]  19/13 58/11
swing [1]  30/25
sworn [1]  4/4

**T**

take [13]  11/16 11/24 14/16 21/12 36/4
40/19 54/19 64/3 70/23 71/1 78/9
78/11 79/9
talk [14]  4/16 5/16 19/15 24/24 26/24
27/20 28/24 30/11 33/4 36/18 37/1
49/18 53/1 78/22
talked [21]  20/18 25/1 25/22 26/10
28/25 30/23 36/3 39/24 45/11 47/5
47/6 50/17 52/22 56/19 59/17 68/2
71/11 72/4 73/8 74/8 74/9
talking [24]  18/13 22/10 23/3 24/18
28/12 28/25 37/3 37/13 37/14 38/18
38/19 39/20 41/24 45/12 50/18 51/5
54/7 54/13 54/23 55/8 56/14 58/14
67/9 67/16
team [2]  47/16 47/17
tell [14]  4/12 6/8 11/12 15/14 20/25
23/19 26/16 26/19 35/25 37/2 54/23
55/21 58/16 59/5
telling [6]  18/9 22/22 37/17 39/3 39/13
46/4
TELLY [112]
Telly's [5]  6/13 7/6 22/6 47/7 51/16
term [1]  49/7
terms [1]  22/15
Terrell [7]  6/10 7/25 8/1 8/2 8/6 11/23
13/21
terrific [1]  79/4
territory [2]  69/13 69/14
testified [8]  4/4 41/17 43/20 53/25 55/9
56/3 56/17 77/12
testify [2]  55/15 59/21
testifying [1]  78/2
testimony [8]  1/10 55/3 55/6 55/19 57/3
60/8 62/14 77/19
Texas [5]  12/25 13/3 51/7 51/8 51/12
than [7]  6/1 11/18 13/15 17/19 39/19
55/16 64/20
thank [8]  38/5 58/12 60/11 60/15 62/2
74/21 77/5 79/11
that [314]
that's [57]  5/13 6/23 7/6 7/8 7/13 7/15
7/20 7/22 8/2 8/6 8/8 18/16 20/4 20/18
22/23 28/17 30/1 32/7 37/11 37/20
38/1 38/19 38/24 40/2 42/5 42/13
43/12 43/13 44/9 44/11 44/15 44/20
45/4 45/7 47/12 48/8 49/6 49/7 49/17
50/2 50/24 52/17 56/3 56/22 57/8

60/21 63/3 64/9 68/19 69/11 70/14
71/4 72/2 72/8 73/6 73/9
That's 48 [1]  56/22
their [9]  7/18 17/14 22/21 27/18 37/10
37/10 39/7 45/13 51/19
theirself [2]  45/16 70/20
them [30]  9/6 9/23 16/4 16/4 16/5 16/5
16/7 16/7 18/14 21/2 21/10 21/11
21/22 22/22 37/11 37/14 38/20 39/25
40/1 48/8 51/23 51/25 52/9 58/16
58/18 66/10 70/19 72/23 72/23 76/21
themselves [1]  45/18
then [40]  4/23 9/12 10/10 10/18 11/11
13/7 13/22 19/21 25/13 27/15 32/13
33/7 33/24 34/6 35/9 35/10 38/1 38/7
40/12 40/19 43/22 48/2 48/12 53/21
54/9 60/13 63/13 63/17 63/20 63/22
63/25 64/7 69/2 70/3 70/21 72/22
73/10 74/7 75/19 75/20 79/9
there [49]  9/23 12/7 13/15 13/16
15/22 16/8 17/6 17/11 17/15 17/18
18/4 21/2 21/19 22/18 22/20 23/20
24/12 25/15 26/15 26/21 27/15 28/11
30/14 30/16 31/10 31/24 31/25 33/4
33/10 33/18 33/24 36/10 36/19 38/10
39/18 44/6 48/15 48/15 49/16 50/25
51/19 57/11 57/19 58/16 69/7 74/9
75/19 75/20 79/9
there's [3]  57/19 74/7 78/17
thereafter [1]  19/23
Therefore [1]  46/13
these [4]  8/9 38/10 62/5 66/11
they [22]  13/23 17/14 18/3 20/19 20/21
22/21 28/11 29/10 37/11 39/9 39/9
41/21 42/21 43/3 43/9 43/12 43/13
47/16 49/25 78/13 78/13 78/16
thing [4]  16/20 17/14 30/25 45/13
things [7]  31/6 38/21 38/22 39/3 61/12
73/19 73/20
think [11]  24/15 27/23 52/25 38/9 40/17
44/9 53/4 58/20 72/11 72/21 78/17
third [3]  29/10 29/10 73/17
this [61]  6/19 15/13 15/15 18/17 19/15
31/17 32/25 33/10 35/17 35/24 36/22
37/6 37/6 37/9 37/17 37/24 40/21
43/24 44/7 44/7 44/8 44/13 44/25 45/2
45/25 46/5 46/7 46/9 46/10 46/11
46/14 49/18 51/2 52/15 54/16 54/16
55/3 56/18 57/2 57/3 58/6 58/6 58/6
58/7 58/14 61/17 61/18 71/23 71/25
71/25 75/7 78/7 78/18 78/24 78/25
Thomas [6]  10/18 10/20 10/22 10/24
12/9 12/10
those [10]  16/21 16/22 21/20 26/24
40/17 50/14 61/13 64/2 68/6 78/5
though [5]  5/4 17/21 28/19 59/11 76/17
thought [9]  26/21 28/15 30/21 39/10
52/22 68/19 70/19 70/19 71/23
threat [2]  70/23 71/5
threatening [1]  52/23
three [3]  12/3 12/23 61/12
threw [1]  34/12
through [9]  16/24 20/9 29/16 30/4
35/17 40/9 41/14 42/23 49/18
till [1]  67/20
time [66]  5/2 5/17 8/12 10/14 11/4
11/16 11/25 14/17 17/6 17/11 17/18
17/22 18/17 19/10 19/16 19/20 20/2
20/4 20/18 21/16 21/19 21/22 22/25

23/7 23/10 24/16 24/24 25/11 26/4
26/6 26/6 26/24 26/24 27/14 27/17
30/3 31/11 31/12 35/14 35/17 37/20
40/11 40/12 48/17 51/19 54/3 55/4
62/13 62/20 62/24 63/14 64/12 65/16
65/18 65/20 67/16 67/17 73/16 73/16
73/22 73/24 73/25 75/7 75/23 76/23
77/1
times [10]  10/23 14/23 26/23 26/24
31/10 50/18 61/13 61/23 64/19 73/9
Toale [2]  2/2 2/3
today [6]  53/21 55/16 55/24 56/3 57/24
77/24
together [7]  12/8 17/12 17/13 17/16
65/23 76/4 76/5
told [5]  31/18 57/24 58/18 66/10 66/14
Toni [4]  2/14 79/16 79/23 79/23
Tony [18]  39/8 39/8 39/20 39/21 69/23
70/2 70/3 70/9 70/9 70/22 71/9 71/23
72/7 72/15 73/2 73/23 74/7 74/9
Tony's [1]  69/23
too [5]  17/4 21/22 38/4 69/1 69/20
took [6]  11/25 13/5 27/5 28/7 36/19
51/8
tooken [1]  57/12
tore [1]  72/4
total [1]  67/16
touched [2]  34/4 57/8
toward [1]  34/19
towards [7]  32/16 32/18 34/7 53/17
53/22 57/6 57/12
trade [1]  45/11
traffic [1]  13/25
trafficking [2]  5/15 75/24
transcript [3]  55/18 58/8 79/19
transcription [1]  2/20
treated [1]  30/9
trial [2]  1/10 78/25
tried [2]  33/3 34/6
trip [4]  11/25 12/7 12/25 13/5
trips [1]  11/24
trouble [1]  21/10
Troy [2]  6/17 7/15
truck [32]  27/3 27/4 27/6 27/9 27/11
27/16 27/16 27/17 28/10 28/18 28/19
32/5 32/16 32/19 33/9 33/14 33/21
33/23 34/4 34/5 34/6 34/8 34/10 34/13
36/17 39/4 39/4 53/13 53/19 53/19
57/7 71/18
trucks [1]  27/17
true [1]  79/18
trust [1]  22/23
try [6]  6/11 8/17 18/21 19/3 29/13 33/6
trying [25]  20/3 20/25 21/3 21/9 26/22
27/7 27/14 31/23 32/22 34/22 37/9
38/11 38/13 38/14 38/15 39/11 50/19
50/22 57/9 57/15 71/19 71/22 71/23
72/8 72/18
Tulane [2]  28/12 41/18
turn [3]  32/8 32/8 78/21
turned [1]  36/20
Tusa [4]  2/14 79/16 79/23 79/23
Tutu [2]  48/11 48/12
TV [1]  59/11
twice [1]  52/22
two [10]  10/23 22/3 26/23 31/6 31/10
31/22 51/16 52/23 72/2 75/21

**U**

U.S [1]  1/14

**U**

U.S. [1] 59/18
U.S. Attorney [1] 59/18
uh [30] 10/5 11/7 12/24 13/6 24/1
24/19 26/11 26/11 28/4 28/4 29/8
45/14 46/23 48/10 48/17 48/17 48/20
49/8 55/2 55/2 59/11 59/11 59/13
59/13 63/11 63/11 67/1 67/1 67/3
72/16
Uh-huh [14] 10/5 11/7 12/24 13/6 24/1
24/19 29/8 45/14 46/23 48/10 48/20
49/8 67/3 72/16
Uh-uh [8] 26/11 28/4 48/17 55/2 59/11
59/13 63/11 67/1
ultimately [2] 4/20 11/14
unbuckle [1] 32/21
uncle's [2] 52/1 52/2
under [1] 78/2
understand [7] 39/1 40/3 43/2 47/19
74/1 74/2 75/6
understanding [4] 67/11 70/9 75/5
79/19
understands [2] 44/16 44/18
UNITED [5] 1/1 1/4 1/11 1/14 79/17
unrelated [1] 77/12
until [12] 33/22 34/4 46/8 57/7 57/8
67/20 69/17 76/21 78/9 78/11 79/9
79/12
up [53] 11/1 11/11 11/14 11/19 13/15
14/20 14/21 14/22 15/14 16/4 16/5
19/11 22/21 24/7 26/13 27/2 27/3 27/4
27/7 27/11 27/12 27/14 27/19 27/25
28/2 28/10 30/11 31/13 33/4 33/8 34/8
34/12 36/17 36/22 39/4 39/5 50/11
51/7 51/23 51/25 57/15 58/9 63/12
64/7 69/17 71/10 71/24 72/4 72/4
73/24 75/13 76/11 76/12
Uptown [2] 5/18 70/16
us [12] 6/8 6/18 6/20 7/1 7/7 7/9 7/14
11/12 20/9 23/19 30/12 32/8
us 52 [1] 7/1
us 53 [1] 7/7
us 54 [1] 7/9
us 55 [1] 7/14
use [4] 32/22 39/7 52/16 53/10
used [5] 22/20 29/3 48/12 49/7 76/19
users [1] 15/10
using [1] 2/19

**V**

versus [2] 1/5 30/4
Very [1] 74/22
vibes [1] 73/21
victim [1] 25/22
voice [1] 75/13

**W**

wait [1] 37/25
waited [4] 33/22 33/22 34/4 57/7
waiting [4] 32/23 33/14 34/1 38/4
walk [1] 20/9
walked [3] 27/15 39/18 74/9
walking [4] 27/8 32/16 33/20 57/6
WALTER [3] 1/6 2/2 2/5
want [22] 15/14 18/7 22/8 33/16 35/25
37/7 37/11 38/4 38/20 38/24 42/23
44/14 44/14 44/25 47/13 53/1 56/9
61/1 70/21 73/6 75/5 79/11
wanted [8] 19/2 27/20 35/16 45/8 54/10

60/7 66/9 77/19
Wald [2] 20/2 30/11
was [277]
washed [1] 31/19
Washington [2] 49/25 50/1
wasn't [25] 13/2 19/9 28/19 31/3 31/8
38/12 38/13 38/16 39/10 40/6 40/10
48/6 52/12 52/14 52/17 52/20 57/10
57/20 57/22 64/17 69/19 69/21 72/18
76/13 76/23
watch [2] 18/21 26/17
way [10] 11/2 24/20 31/8 32/6 38/13
49/9 49/17 71/18 74/15 76/8
ways [1] 67/24
we [46] 6/12 12/4 12/8 13/22 17/13
17/13 19/1 25/22 27/2 27/2 28/10
28/12 30/23 37/25 39/2 39/24 40/6
40/19 40/21 40/25 41/3 42/22 59/17
60/2 64/9 65/22 65/22 66/2 66/2
67/25 68/1 68/1 73/4 73/8 75/3 76/1
76/19 78/9 78/11 78/12 78/15 78/16
79/1 79/4 79/6 79/9
we're [1] 67/16
weed [17] 27/3 32/2 32/11 32/17 32/17
33/6 33/15 56/18 64/24 64/25 65/6
65/9 65/12 65/15 65/15 65/17 67/17
week [2] 10/23 73/24
weeks [1] 69/1
weird [1] 33/1
well [17] 10/18 15/14 17/13 19/6 28/17
30/25 37/19 38/1 38/9 43/22 46/8 59/3
60/12 65/12 65/24 67/4 70/18
went [38] 11/2 11/3 12/7 19/15 23/15
24/7 24/8 24/13 25/13 25/17 27/18
28/18 29/17 29/21 30/17 31/16 31/21
31/22 35/5 35/17 35/23 36/19 41/14
49/18 51/7 53/2 53/19 53/19 56/18
57/11 64/9 67/23 68/11 69/3 69/14
71/11 72/11 73/2
were [109]
weren't [1] 76/18
west [1] 35/12
Weyer [1] 2/3
what [139]
what's [16] 7/17 27/7 27/12 27/13
27/14 27/19 28/2 29/9 30/11 33/8
36/21 42/7 46/3 55/18 68/21 69/23
whatever [8] 14/16 14/18 18/8 31/18
32/24 39/11 50/18 73/21
when [93]
where [40] 4/12 4/24 5/22 8/23 12/1
13/14 15/1 15/3 15/17 15/18 16/2 16/7
20/5 21/12 23/14 23/21 23/23 24/14
27/19 28/11 32/10 32/17 32/19 32/19
35/4 35/6 35/10 36/4 38/9 43/13 44/10
44/20 51/25 54/6 56/7 56/18 57/19
62/24 72/3 72/4
Whereabouts [1] 5/20
which [3] 4/25 39/14 56/8
while [9] 19/19 20/8 24/24 25/15 34/22
40/21 42/21 42/22 64/11
who [48] 5/24 6/3 6/6 6/8 6/16 6/22 7/3
7/5 7/12 8/5 8/12 8/19 9/18 9/22 10/16
11/8 11/22 12/7 12/10 12/19 12/21
13/19 15/9 18/13 20/12 20/20 21/6
21/18 21/25 25/4 25/6 28/5 28/21
29/16 36/14 37/13 38/18 45/12 45/21
45/24 46/1 48/13 61/5 67/9 67/11 68/8
68/15 70/3
whoever [1] 46/13

whole [3] 6/7 26/12 32/14
why [19] 10/24 18/5 18/23 20/1 20/14
21/8 22/17 28/15 30/2 30/4 31/14
32/25 43/3 54/8 55/6 71/1 71/1 71/25
79/1
Wild [3] 28/24 29/6 29/7
will [10] 5/5 6/10 11/23 13/21 40/19
40/25 55/18 68/15 79/5 79/6
WILLIAM [1] 1/15
willing [2] 59/21 59/25
wind [1] 71/10
window [2] 24/8 33/12
witness [4] 26/6 78/7 78/13 78/15
woman [1] 7/3
won't [2] 18/8 52/9
word [3] 35/16 52/16 70/22
words [5] 49/15 52/15 59/23 59/24
73/25
work [7] 19/11 20/8 20/10 20/15 62/21
63/23 79/12
working [11] 19/10 19/17 19/19 19/21
20/15 22/19 49/19 49/20 62/24 68/3
76/13
works [1] 71/18
would [61] 5/14 9/6 9/12 13/17 14/5
14/9 14/9 14/12 14/15 14/15 14/16
14/19 14/19 14/22 15/1 15/3 15/6 15/8
15/12 15/12 15/15 15/17 15/18 15/24
16/2 16/4 16/4 16/5 16/5 16/7 16/11
16/16 16/24 17/1 17/15 18/5 19/3
20/10 20/11 28/15 30/10 30/12 30/16
35/6 40/6 40/6 51/23 61/8 62/16 62/17
62/19 62/21 63/3 63/6 63/10 63/11
64/7 64/7 68/15 68/20 76/11
wouldn't [1] 39/19
write [2] 44/2 58/6
writing [2] 77/17 77/18
written [1] 58/7
wrote [10] 41/23 42/9 42/16 44/7 44/12
45/7 59/17 59/18 60/1 60/2

**Y**

y'all [5] 12/1 12/17 38/11 49/15 51/7
Yay [5] 39/22 39/23 40/3 69/25 70/1
Yay-Yo [5] 39/22 39/23 40/3 69/25 70/1
yeah [53] 6/25 9/1 9/5 9/7 9/11 9/17
9/21 10/3 10/15 10/21 11/3 11/25
13/10 15/23 16/12 16/25 17/20 19/18
20/8 20/11 20/24 23/2 23/18 24/5
24/13 25/14 29/4 29/12 29/15 30/18
30/20 34/2 34/2 34/11 34/14 34/18
34/21 36/3 36/13 36/19 39/13 39/24
40/4 40/14 53/8 58/1 63/15 68/14
69/18 70/25 72/10 74/11 76/19
year [4] 11/18 65/11 67/17 77/15
years [7] 9/8 9/16 11/5 17/23 18/25
19/16 65/9
Yep [2] 8/4 60/4
yes [147]
Yo [5] 39/22 39/23 40/3 69/25 70/1
you [672]
you're [12] 23/3 34/19 34/20 38/18
40/20 44/2 64/12 64/15 66/19 72/2
75/3 76/1
young [2] 10/17 13/9
your [78] 4/5 4/12 4/17 4/24 5/2 5/14
13/17 14/9 17/2 20/17 26/2 27/25 28/3
31/19 32/25 33/4 34/10 34/12 34/20
67/6 38/1 40/5 40/18 41/5 41/14 42/3

# Y

your... [52]  42/5 42/7 43/4 43/14 43/25
46/15 48/21 49/5 49/23 52/15 52/23
53/19 55/3 56/6 58/5 58/12 58/19 59/5
59/23 60/3 60/7 60/21 60/24 61/1 61/4
61/16 62/14 62/21 63/3 63/7 63/17
66/13 67/11 67/23 68/8 68/21 69/13
70/8 71/8 71/8 72/7 73/14 73/22 74/1
75/13 75/25 77/11 77/18 77/19 77/21
78/6 79/12
Your Honor [8]  26/2 40/18 41/5 58/12
58/19 61/16 73/14 78/6
yours [1]  61/6
yourself [2]  10/10 26/17
yourselves [1]  79/3