UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 12-CR-001 |
| | * | |
| versus | * | Section F |
| | * | |
| TELLY HANKTON, WALTER PORTER, | * | June 8, 2016 |
| ANDRE HANKTON, KEVIN JACKSON | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


TESTIMONY OF WILLIAM DIPAOLA
IN THE JURY TRIAL BEFORE THE
HONORABLE MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE


<u>Appearances</u>:


For the United States:        U.S. Attorney's Office
                              BY:  ELIZABETH A. PRIVITERA, ESQ.
                                   WILLIAM J. QUINLAN JR., ESQ.
                                   DAVID E. HALLER, ESQ.
                                   BRITTANY L. REED, ESQ.
                              650 Poydras Street, Suite 1600
                              New Orleans, Louisiana 70130


For Telly Hankton:            Loyola Law School Clinic
                              BY:  D. MAJEEDA SNEAD, ESQ.
                              7214 St. Charles Avenue
                              New Orleans, Louisiana 70118


For Telly Hankton:            EMILY F. RATNER, ESQ.
                              316 South Dorgenois Street
                              New Orleans, Louisiana 70119

<u>Appearances</u>:

For Walter Porter:            Law Offices of Robert S. Toale
                              BY:  ROBERT S. TOALE, ESQ.
                              505 Weyer Street
                              Gretna, Louisiana 70053


For Walter Porter:            STEVEN LEMOINE, ESQ.
                              4240 Canal Street
                              New Orleans, Louisiana 70119


For Andre Hankton:            Spears & Spears
                              BY:  IKE SPEARS, ESQ.
                              1631 Elysian Fields Avenue
                              New Orleans, Louisiana 70117


For Kevin Jackson:            Smith & Fawer, LLC
                              BY:  MICHAEL S. FAWER, ESQ.
                              312 30th Street
                              New Orleans, Louisiana 70124


Official Court Reporter:      Toni Doyle Tusa, CCR, FCRR
                              500 Poydras Street, Room B-275
                              New Orleans, Louisiana 70130
                              (504) 589-7778




Proceedings recorded by mechanical stenography using
computer-aided transcription software.

## <u>INDEX</u>

<u>Page</u>

William DiPaola

    Cross-Examination By Ms. Snead                4

    Cross-Examination By Mr. Spears               19

    Redirect Examination By Mr. Quinlan           21

<u>**EXCERPT**</u>

**(June 8, 2016)**

**WILLIAM DIPAOLA,**

having been duly sworn, testified as follows:

        **THE COURT:**  Good morning, sir.  You're still under oath.

        Ms. Snead.

**CROSS-EXAMINATION**

**BY MS. SNEAD:**

**Q.**  Good morning, Mr. DiPaola.  How are you this morning?

**A.**  Okay.

**Q.**  My name is Majeeda Snead, and I represent Telly Hankton. I have some questions for you.

**A.**  Yes, ma'am.

**Q.**  I would like to know:  Have you ever saw someone that you thought you knew, a personal friend or an associate, and waved at them, spoke to them, and realized it wasn't the person?

        **MR. QUINLAN:**  I would object to the relevance.

        **THE COURT:**  Sustained.

**BY MS. SNEAD:**

**Q.**  Let me ask it another way.  When you saw -- no.  Let's start with you said you got off from work and you were driving home.

**A.**  Uh-huh.

**Q.**  What time did you go to work?

**WILLIAM DIPAOLA - CROSS**

09:20

1    **A.**    I went to work at around 11:00.

2    **Q.**    In the morning?

3    **A.**    Right.

4    **Q.**    My understanding is you say you worked the bridge shift.

5    **A.**    Uh-huh.

6    **Q.**    What is that?

7    **A.**    It's a volume shift.  You work from 11:00 until the volume

8    is over and you are no longer needed.

9    **Q.**    So did you say that the bridge would be between lunchtime

10   and dinnertime, or you actually worked lunch and dinner?

11   **A.**    Between the lunch and the dinnertime.  You work both

12   shifts.

13   **Q.**    So what time did you get off?

14   **A.**    I think somewhere around 8:30, 9:00.

15   **Q.**    So you worked about 10 hours?

16   **A.**    Uh-huh.

17   **Q.**    When you were heading home, you said the first thing you

18   saw was two cars that basically turned in front of you at a

19   high rate of speed.

20   **A.**    Yes.  Yes, ma'am.

21   **Q.**    What lane of travel?  My understanding is you are

22   traveling on South Claiborne, and it's a three-lane street

23   heading west.  Correct?

24   **A.**    Yes.

25   **Q.**    What lane of travel were you in?

**WILLIAM DIPAOLA - CROSS**

09:21

1   A.   I believe I was in the middle lane.

2   Q.   You were in the center lane.  So when the cars came and

3   basically turned in front of you at a high rate of speed, they

4   basically were also heading west, correct?

5   A.   Yes.  Well, eventually, yes.  They went whatever direction

6   towards the lake and then cut left and went west.

7   Q.   Okay.

8   A.   If I'm going this way, they went this way and then this

9   way (indicating.)

10  Q.   Right.  So whatever street they were coming up, when they

11  took that turn, now they are heading west, but they are ahead

12  of you, correct?

13  A.   Uh-huh.

14  Q.   And you are in the center lane?

15  A.   Uh-huh.

16  Q.   So you have the ability now to see both cars?

17  A.   Uh-huh.

18  Q.   When you saw both cars, you say your initial thought was

19  some kids being reckless?

20  A.   Uh-huh.

21  Q.   And then later you determined that there was gunfire

22  between the two cars?

23  A.   Well, determined that there was gunfire when they were --

24  right after they made the initial turn.

25  Q.   Uh-huh.  And once you realized that there was gunfire, you

**WILLIAM DIPAOLA - CROSS**

09:22

1  got off the phone with your father and you called 911.

2  **A.**   (Nods head.)

3  **Q.**   We had the opportunity to listen to the 911 tape, so I

4  want to ask you a few things about what you said in reference

5  to the 911 tape.

6           So you tell them that you see the cars and you see

7  them firing at each other, correct?

8  **A.**   Uh-huh.

9  **Q.**   When you see that, you do not say that the passenger is

10  leaning out of the vehicle.  You don't say that, correct?

11  **A.**   No, I do not.

12  **Q.**   But when you testified yesterday, you said you saw the

13  passenger leaning out of the vehicle.

14  **A.**   Yes.  There was no doubt.

15  **Q.**   So you're in the center lane.  What lane is the Mustang

16  and Pontiac in?

17  **A.**   I believe they went toward the center lane, but I don't

18  remember exactly.

19  **Q.**   You don't remember?

20  **A.**   I know that they were traveling -- like I said, they went

21  this way, then that way.

22  **Q.**   Uh-huh.  They were ahead of you, but you're not sure what

23  lane they were in?

24  **A.**   No.  I believe they were in the center lane.

25  **Q.**   So at some point you said you saw the passenger of the

**WILLIAM DIPAOLA - CROSS**

09:23

1    Mustang.   Could you see his arm out of the window?

2    A.    Yes.

3    Q.    What arm would that have been?   Would that have been his

4    right arm?

5    A.    His right arm.

6    Q.    Were you able to give a description?   Was there anything

7    distinguishable about his arm?   Tattoos?   The hand?

8    A.    No.

9    Q.    Nothing distinguishable?

10   A.    No.

11   Q.    Did he have gloves on?

12   A.    I have no idea.   I don't believe so, no.

13   Q.    At some point, I think, in your 911 call -- let me confirm

14   it -- you said that the passenger had on a gray shirt.   Is that

15   correct?

16   A.    I believe so, yes.   I definitely said that, but that's

17   what I believed.

18   Q.    Did you say that it was a long-sleeve shirt?

19   A.    Yes.

20   Q.    It was long-sleeve, correct?

21   A.    Yes, I believe it was.

22   Q.    Now, when you spoke to the police and gave a description,

23   do you recall telling them that the passenger had on --

24   A.    A polo.

25   Q.    -- a dark, button-up shirt, pulled out of his pants,

**WILLIAM DIPAOLA - CROSS**

09:24

1   rolled-up or short-sleeve?  Do you recall that?

2   **A.**   Rolled up, yes.

3   **Q.**   So it wasn't a long-sleeve shirt?

4   **A.**   No, it is.  It's just rolled up.

5   **Q.**   So when you say "rolled up" or "short sleeve," what do you

6   mean?

7   **A.**   These (indicating) being rolled up.

8   **Q.**   You used the term "or," so what would be the distinction

9   if it's rolled up or short-sleeved?  Explain the difference for

10  me.

11  **A.**   Short-sleeved would have no sleeves.  It would be to here

12  (indicating).

13  **Q.**   So you weren't sure if it was rolled up or short.  You

14  just know you could see his arm, basically?

15  **A.**   Uh-huh.  And I believe that it was a polo button-up shirt

16  like this (indicating), but rolled up.

17  **Q.**   Okay.  But could you see his arm?

18  **A.**   Uh-huh.

19  **Q.**   There was nothing distinguishable about that arm?

20          **MR. QUINLAN:**  Asked and answered, Your Honor.

21          **THE COURT:**  It's repetitive.  Please move on.

22  BY MS. SNEAD:

23  **Q.**   Now, once you saw the vehicles in front of you, at some

24  point those vehicles made a U-turn?

25  **A.**   Uh-huh.

**WILLIAM DIPAOLA - CROSS**

09:25

1   **Q.**   I'm not sure if you said -- at Napoleon they made the
2   turn; is that correct?
3   **A.**   I don't know where the Mustang eventually turned in order
4   to come back and hit the man in the white shirt, but I do know
5   that I watched them while they were pursuing each other, going
6   through the median.
7   **Q.**   So they didn't make it to the next street; they cut across
8   the neutral ground?
9   **A.**   They cut across the neutral ground before then abandoning
10  the vehicle -- or before the Pontiac was abandoned, the one car
11  pulls over.
12  **Q.**   So when the cars are traveling and they cut across, you
13  are still heading west, correct?
14  **A.**   I never stopped heading west.
15  **Q.**   You never stopped heading west.  So once they were now
16  across the median and headed east, what did you do?
17  **A.**   Pulled my car into the neutral ground.
18  **Q.**   Where?
19  **A.**   Just past Louisiana.  I think the -- I don't remember what
20  the next street is over, but between Louisiana and the next
21  street.
22  **Q.**   So you didn't make it to Napoleon either; is that correct?
23  **A.**   No, I did not.  I did not at all.
24  **Q.**   When you pulled into the neutral ground, I believe you
25  said that -- from the center lane you, stopped at a red light?

**WILLIAM DIPAOLA - CROSS**

09:27

1   **A.**   Uh-huh.

2   **Q.**   Then once the light turned green for you to go, you had to

3   wait to work your way over to get into the neutral ground?

4   **A.**   Well, cars were flying around because they wanted to get

5   the hell out of there.

6   **Q.**   Right.  And you wanted to stay and make sure you were able

7   to communicate with the police?

8   **A.**   No, I did everything I could so I didn't get shot, and I

9   just drove wherever I felt I needed to stop.

10   **Q.**   I'm trying to understand.  You had the ability to go

11   straight, correct?

12   **A.**   And then cars were in front of me that were shooting, and

13   so I pulled over into the middle so that I could get away.

14   **Q.**   So you pulled over before they made the U-turn?

15   **A.**   They made it once --

16   **Q.**   Uh-huh.

17   **A.**   -- and then they did it again.

18   **Q.**   Okay.  So when they came around the first time, you didn't

19   keep going; you pulled on the neutral ground?

20   **A.**   Uh-huh.

21   **Q.**   Yes?

22   **A.**   Yes.

23   **Q.**   When you were on the neutral ground, at some point you

24   said you observed the Mustang hit the gentleman who got out of

25   the white Pontiac?

WILLIAM DIPAOLA - CROSS

09:28

1   A.   Yes.

2   Q.   When you observed that, how was your car facing?

3   A.   I was facing towards Jefferson Parish.

4   Q.   So what was going on would have been behind you?

5   A.   Yes.

6   Q.   Correct?

7   A.   Yes.

8   Q.   As you were talking to the operator -- and as I said, we

9   had the opportunity to listen to your 911 call -- there was a

10  lot going on in a very short time frame, correct?

11  A.   Yes.

12  Q.   So you were giving descriptions as you could about what

13  you were observing, right?

14  A.   Yes.

15  Q.   In terms of that description, you talked about seeing this

16  gentleman hit with the car?

17  A.   Yes.

18  Q.   And he went high up in the air.  Yesterday you only said

19  high, but did you ever estimate how high you thought that was?

20  A.   I don't know.  I think it was somewhere around 20 feet.

21  Q.   You think it was about 20 feet?

22  A.   I know that it was very high.

23  Q.   It was very high.  When you said that you talked to the

24  police, you talked to the police at the homicide station, where

25  you gave a formal statement, correct?

**WILLIAM DIPAOLA - CROSS**

09:29

1    **A.**    Yes.

2    **Q.**    At that time when you gave that formal statement, do you

3    recall saying that you never saw the Pontiac firing anything?

4    **A.**    Yes.  I don't believe I saw the Pontiac firing anything.

5    I know that there were shots being fired, and I just believed

6    it was between two cars.

7    **Q.**    You believed it was two cars, but you didn't really see

8    that?

9    **A.**    No, I did definitely not see anybody shooting out of the

10   Pontiac.

11   **Q.**    When you were on 911, in addition to describing the

12   Pontiac and seeing the gentleman hit, you also described the

13   person that you saw with the gun, the one that you said was the

14   passenger in the Mustang?

15   **A.**    Yes.

16   **Q.**    The description you gave on the radio I believe was --

17   correct me.  I'm reading from the transcript here.  It says (as

18   read):  "The man was wearing a gray, button-up like a polo

19   shirt, gray button-up shirt, long-sleeved shirt."

20             You said he was about your height.  How tall are you?

21   **A.**    5'11".

22   **Q.**    So you said he was about your height, but stockier?

23   **A.**    Yes.

24   **Q.**    Is that correct?

25   **A.**    Yes.

**WILLIAM DIPAOLA - CROSS**

09:31

1   **Q.**   How much do you weigh?

2   **A.**   I think at the time I weighed about 185.

3   **Q.**   185.  So he was bigger than you?

4   **A.**   Uh-huh.

5   **Q.**   Would you estimate a weight?

6   **A.**   I don't know.

7   **Q.**   You don't know.  So you said again he had blue jeans on, a

8   very thick beard; is that correct?

9   **A.**   Yes.

10  **Q.**   Moving at a very brisk pace; is that correct?

11  **A.**   At a brisk pace, a brisk walk pace.

12  **Q.**   And all of this is happening, you're observing this as you

13  look through the -- you turned around to look?  Or you were

14  looking over your left shoulder, I think you said?

15  **A.**   Yes.

16  **Q.**   Other than the very thick beard -- African-American male,

17  very thick beard, any other distinguishing marks that you

18  noticed?

19  **A.**   Not that I'm really terribly aware of.

20  **Q.**   If you had, you would have probably told the 911 operator,

21  right?

22  **A.**   I would have told someone that I saw what I saw.

23  **Q.**   Right.

24  **A.**   And I said what I saw.

25  **Q.**   You said what you saw.  That's what I'm saying.  So

**WILLIAM DIPAOLA - CROSS**

09:32  

1    nothing other than what you said, you have anything to add?

2    **A.**    No.

3    **Q.**    Correct?

4               **MS. SNEAD:**  Excuse me, Judge, one minute.

5               **THE COURT:**  What's your next question?

6               **MS. SNEAD:**  I was just trying to --

7               **THE COURT:**  I know.  What's your next question?

8    BY MS. SNEAD:

9    **Q.**    So once you got to the police station you gave a statement

10   to -- I believe it was Detective Regina Williams, correct?

11   **A.**    (No response.)

12   **Q.**    You had a conversation with her about what you saw?

13   **A.**    Yes.

14   **Q.**    At this point it's about 2:00 in the morning, correct?  So

15   what you saw started at about 9:30, right?

16   **A.**    Yes.

17   **Q.**    You were pretty traumatized by that?

18   **A.**    To say the least.

19   **Q.**    To say the least.  So at some point during that

20   interview -- not another time later, but during that

21   interview -- you were shown this lineup, correct?

22   **A.**    Yes.

23   **Q.**    One of the things that you said that stood out more than

24   anything else was a very thick beard; is that correct?

25   **A.**    Yes.

WILLIAM DIPAOLA - CROSS

09:34

1   **Q.**   You looked at the pictures that were presented to you.

2   Now, this is the lineup that was shown to you yesterday, and

3   you confirmed that that's what you saw and you signed the back,

4   right?

5   **A.**   Yes.

6   **Q.**   Of all the people up there, only two have beards, correct?

7   **A.**   No.

8   **Q.**   No, that's not correct?

9   **A.**   No.

10          **THE COURT:**  Well, let's not quibble over who or who

11  does not have a beard.  Let's ask a question that moves this

12  along.

13  **BY MS. SNEAD:**

14  **Q.**   Other than Mr. Hankton, which was in Photograph 4, which

15  other one has a beard?

16  **A.**   Photograph 6 has a chinstrap beard.

17  **Q.**   Uh-huh.

18  **A.**   Photograph 3 has a slightly unshaven but still you can see

19  it is along-the-sides-of-his-face beard.  Photograph 2, also a

20  pencil-thin beard.

21  **Q.**   So of the description you gave --

22  **A.**   Photograph 5 as well.

23  **Q.**   Number 5 has a beard as well?

24  **A.**   Slight.

25  **Q.**   Slight beard?

**WILLIAM DIPAOLA - CROSS**

09:35

1  **A.**   Slight, but you can see it.

2          **THE COURT:**  All right, Counsel.  Move on.

3  BY MS. SNEAD:

4  **Q.**   Of the description you gave, the very thick beard, No. 4

5  matches as close as anybody else, correct?

6  **A.**   It is the thickest beard of anyone else in the pictures.

7  **Q.**   He has the thickest beard?

8  **A.**   Yes.

9  **Q.**   Would you consider that, though, a very thick beard?

10  **A.**   Compared to what I'm able to grow, yeah.

11  **Q.**   Well, you used the term "very thick," so you were being

12  very descriptive, right?

13  **A.**   I believe that that's a thick beard.

14          **THE COURT:**  What's your next question?

15          **MS. SNEAD:**  I'm getting there, Judge.  I think I'm

16  almost finished.

17  BY MS. SNEAD:

18  **Q.**   You testified previously about how afraid you were --

19          **THE COURT:**  About how --

20          **MS. SNEAD:**  Afraid.

21  BY MS. SNEAD:

22  **Q.**   -- during the time you were observing.  You said that you

23  thought you might die; is that correct?

24  **A.**   Yes.

25  **Q.**   Is that the most afraid you have ever been in your life?

**WILLIAM DIPAOLA - CROSS**

09:36

1           **MR. QUINLAN:**  Objection to relevance.

2           **THE COURT:**  Sustained.

3  BY MS. SNEAD:

4  **Q.**  Did you duck down in your car to try to prevent from being

5  observed?

6  **A.**  To an extent, yes.

7  **Q.**  What else were you doing to try to protect yourself?

8  Other than ducking down, what else were you doing to try to

9  protect yourself?

10  **A.**  The only other thing I was doing was trying to tell the

11  911 reporter [sic] what I was seeing.

12  **Q.**  While you were seeing what you were seeing, were you aware

13  that there was another police car that took chase behind these

14  vehicles while they were going west on South Claiborne?  Were

15  you aware of that?

16  **A.**  I did not see another police vehicle.

17  **Q.**  Now, yesterday you were asked, I believe, how certain you

18  were, and you said you were certain that you picked out the

19  right person.  Correct?

20  **A.**  (No response.)

21  **Q.**  Have you ever heard of people identifying someone being

22  certain and being wrong?

23           **MR. QUINLAN:**  Objection.

24           **THE COURT:**  Sustained.

25           **MS. SNEAD:**  I have no further questions.

**WILLIAM DIPAOLA - CROSS**

09:37

1    **THE COURT:**  Thank you.

2            Anyone else?

3            **MR. SPEARS:**  Your Honor, we have no questions at this

4    time.  We would like for the gentleman to remain under subpoena

5    as part of our case, possibly.

6            **MR. QUINLAN:**  Judge, I would ask he question him now.

7            **THE COURT:**  If you have any cross-examination, now is

8    the time to do it.

9            **MR. SPEARS:**  We can't allow him to remain under

10   subpoena, Your Honor?

11           **THE COURT:**  If you have any questions on

12   cross-examination, now is the time to do it.  You have every

13   right to do it.  The time to do it is now in the interest of

14   the coherence of the evidence.

15                          **CROSS-EXAMINATION**

16   BY MR. SPEARS:

17   **Q.**   Mr. DiPaola, good morning.  Thanks for coming again.

18   **A.**   Good morning.

19   **Q.**   Were you ever asked at any point in time if you could

20   identify the driver of the Mustang?

21   **A.**   I believe I was.

22   **Q.**   What was your response?

23   **A.**   I couldn't identify that man from Adam.

24   **Q.**   During the course of the evening, did you ever lose sight

25   of the Mustang, either before the collision with the pedestrian

WILLIAM DIPAOLA - CROSS

09:38

1  or after the collision with the pedestrian?

2  A.   I did.  I lost sight of it when it pulled away the first

3  time, and then it hit the man in the white shirt.  And then I

4  lost sight of it when it turned up Delachaise.

5  Q.   Okay.  So you lost sight of it before the collision with

6  the pedestrian, correct?

7  A.   Yes.

8  Q.   You lost sight of it again after the collision with the

9  pedestrian?

10 A.   Yes, absolutely.

11 Q.   And then a third time when it turned up Delachaise?

12 A.   No.  I apologize.  I'm going to revise that.  I lost sight

13 of it the first time, when it pulled away, going towards home

14 and Jefferson Parish; and then I lost sight of it again, only

15 when it went up Delachaise.

16 Q.   During the time that you were witnessing the shooting -- I

17 think you said it was maybe 10 shots into the pedestrian --

18 were you focused on the Mustang or the shooting at that time?

19 Do you remember?

20 A.   Unfortunately, the shooting.

21 Q.   Did you know at that point in time exactly where the

22 Mustang was?

23 A.   Not exactly.

24 Q.   So during the shooting you would have lost sight of the

25 Mustang again?

**WILLIAM DIPAOLA - REDIRECT**

09:40

1  **A.**   You could say that, but it stayed in the same place after

2  it ran him over.  It didn't move.

3  **Q.**   So your testimony is that once the Mustang struck the

4  pedestrian, it stayed stationary?

5  **A.**   It came to a screeching halt and stayed where it was.

6           **MR. SPEARS:**  Okay.  Thank you very much.

7           **THE COURT:**  Thank you.

8               Any redirect?

9           **MR. QUINLAN:**  Briefly.

10          **THE COURT:**  I'm sorry.  Any other --

11          **MR. LEMOINE:**  No, Your Honor.

12          **MR. TOALE:**  No, Judge.

13                      **REDIRECT EXAMINATION**

14  BY MR. QUINLAN:

15  **Q.**   Mr. DiPaola, this Mustang that you saw go up Delachaise,

16  was that the same Mustang that hit the victim in the white

17  shirt at Louisiana and Claiborne?

18  **A.**   Absolutely.

19  **Q.**   There were no other Mustangs out there that night that you

20  saw?

21  **A.**   No.

22  **Q.**   Yesterday one of my last questions to you was what was

23  your level of certainty in your identification of Picture 4.

24  **A.**   I would never testify against a man and bear false

25  witness, ever.

**WILLIAM DIPAOLA - REDIRECT**

**Q.**   The information that you provided to the 911 operator as it was going, was that your -- were you giving the details to the best of your ability, describing what you were seeing as it was happening?

**A.**   Yes.

**Q.**   You have some anxiety, obviously, testifying yesterday and this morning; is that correct?

**A.**   Yes.

       **THE COURT:**  All right.  Let's move on.

       **MR. QUINLAN:**  Thank you very much.

       **THE COURT:**  Thank you.

       You are excused, Mr. DiPaola.  Thanks very much for being here.

       Call your next witness.

       **MS. REED:**  Judge, at this time the government would call Troy Dickerson.

       **THE COURT:**  Troy Dickerson.

       Step up here, please, sir.

              * * *

09:41

1

2                                    **<u>CERTIFICATE</u>**

3              I, Toni Doyle Tusa, CCR, FCRR, Official Court

4    Reporter for the United States District Court, Eastern District

5    of Louisiana, certify that the foregoing is a true and correct

6    transcript, to the best of my ability and understanding, from

7    the record of proceedings in the above-entitled matter.

8

9

10                                  *s/ Toni Doyle Tusa*
                                    Toni Doyle Tusa, CCR, FCRR
11                                   Official Court Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BY MR. QUINLAN: [1]  21/13
BY MR. SPEARS: [1]  19/15
BY MS. SNEAD: [9]  4/8 4/19 9/21 15/7
16/12 17/2 17/16 17/20 18/2
MR. LEMOINE: [1]  21/10
MR. QUINLAN: [4]  4/17 9/19 17/25
18/22 19/5 21/8 22/9
MR. SPEARS: [3]  19/2 19/8 21/5
MR. TOALE: [1]  21/11
MS. REED: [1]  22/14
MS. SNEAD: [5]  15/3 15/5 17/14
17/19 18/24
THE COURT: [19]  4/4 4/18 9/20 15/4
15/6 16/9 17/1 17/13 17/18 18/1 18/23
18/25 19/6 19/10 21/6 21/9 22/8 22/10
22/16

## 0

001 [1]  1/4

## 1

10 hours [1]  5/15
10 shots [1]  20/17
11:00 [1]  5/1
11:00 until [1]  5/7
12-CR-001 [1]  1/4
1600 [1]  1/17
1631 [1]  2/9
185 [2]  14/2 14/3

## 2

20 feet [2]  12/20 12/21
2016 [2]  1/6 4/2
275 [1]  2/14
2:00 in [1]  15/14

## 3

30th [1]  2/12
312 [1]  2/12
316 [1]  1/22

## 4

4240 [1]  2/6

## 5

5'11 [1]  13/21
500 [1]  2/14
504 [1]  2/15
505 [1]  2/3
589-7778 [1]  2/15

## 6

650 [1]  1/17

## 7

70053 [1]  2/4
70117 [1]  2/9
70118 [1]  1/20
70119 [2]  1/23 2/6
70124 [1]  2/12
70130 [2]  1/17 2/15
7214 [1]  1/20
7778 [1]  2/15

## 8

8:30 [1]  5/14

## 9

911 [9]  7/1 7/3 7/5 8/13 12/9 13/11

14/20 18/11 22/1
9:00 [1]  5/14
9:30 [1]  15/15

## A

abandoned [1]  10/10
abandoning [1]  10/9
ability [4]  6/16 11/10 22/3 23/6
able [3]  8/6 11/6 17/10
about [15]  5/15 7/4 8/7 9/19 12/12
12/15 12/21 13/20 13/22 14/2 15/12
15/14 15/15 17/18 17/19
above [1]  23/7
above-entitled [1]  23/7
absolutely [2]  20/10 21/18
across [4]  10/7 10/9 10/12 10/16
actually [1]  5/10
Adam [1]  19/23
add [1]  15/1
addition [1]  13/11
afraid [3]  17/18 17/20 17/25
African [1]  14/16
African-American [1]  14/16
after [4]  6/24 20/1 20/8 21/1
again [6]  11/17 14/7 19/17 20/8 20/14
20/25
against [1]  21/24
ahead [2]  6/11 7/22
aided [1]  2/20
air [1]  12/18
all [5]  10/23 14/12 16/6 17/2 22/9
allow [1]  19/9
almost [1]  17/16
along [2]  16/12 16/19
along-the-sides-of-his-face [1]  16/19
also [3]  6/4 13/12 16/19
AMERICA [1]  1/4
American [1]  14/16
ANDRE [2]  1/7 2/8
another [4]  4/21 15/20 18/13 18/16
answered [1]  9/20
anxiety [1]  22/6
any [6]  14/17 19/7 19/11 19/19 21/8
21/10
anybody [2]  13/9 17/5
anyone [2]  17/6 19/2
anything [5]  8/6 13/3 13/4 15/1 15/24
apologize [1]  20/12
Appearances [2]  1/13 2/1
are [10]  4/10 5/8 5/21 6/11 6/11 6/14
10/12 10/13 13/20 22/12
arm [8]  8/1 8/3 8/4 8/5 8/7 9/14 9/17
9/19
around [6]  5/1 5/14 11/4 11/18 12/20
14/13
as [13]  4/4 12/8 12/8 12/12 13/17
14/12 16/22 16/23 17/5 17/5 19/5 22/1
22/3
ask [4]  4/21 7/4 16/11 19/6
asked [3]  9/20 18/17 19/19
associate [1]  4/16
at [27]
Attorney's [1]  1/14
Avenue [1]  1/20 2/9
aware [3]  14/19 18/12 18/15
away [3]  11/13 20/2 20/13

## B

B-275 [1]  2/14
back [2]  10/4 16/3

basically [4]  5/18 6/3 6/4 9/14
bear [1]  21/24
beard [16]  14/8 14/16 14/17 15/24
16/11 16/15 16/16 16/19 16/20 16/23
16/25 17/4 17/6 17/7 17/9 17/13
beards [1]  16/6
because [1]  11/4
been [5]  6/4 8/3 8/3 12/4 17/25
before [6]  1/10 10/9 10/10 11/14 19/25
20/5
behind [2]  12/4 18/13
being [8]  6/19 9/7 13/5 17/11 18/4
18/21 18/22 22/13
believe [14]  6/1 7/17 7/24 8/12 8/16
8/21 9/15 10/24 13/4 13/16 15/10
17/13 18/17 19/21
believed [2]  8/17 13/5 13/7
best [2]  22/3 23/6
between [5]  5/9 5/11 6/22 10/20 13/6
bigger [1]  14/3
blue [1]  14/7
both [3]  5/11 6/16 6/18
bridge [2]  5/4 5/9
Briefly [1]  21/9
brisk [3]  14/10 14/11 14/11
BRITTANY [1]  1/16
but [16]  6/11 7/12 7/17 7/22 8/16 9/16
9/17 10/4 10/20 12/19 13/7 13/22
15/20 16/18 17/1 21/1
button [4]  8/25 9/15 13/18 13/19
button-up [4]  8/25 9/15 13/18 13/19

## C

call [4]  8/13 12/9 22/14 22/16
called [1]  7/1
came [3]  6/2 11/18 21/5
can [2]  16/18 17/1
can't [1]  19/9
Canal [1]  2/6
car [6]  10/10 10/17 12/2 12/16 18/4
18/13
cars [11]  5/18 6/2 6/16 6/18 6/22 7/6
10/12 11/4 11/12 13/6 13/7
case [1]  19/5
CCR [3]  2/14 23/3 23/10
center [6]  6/2 6/14 7/15 7/17 7/24
10/25
certain [3]  18/17 18/18 18/22
certainty [1]  21/23
CERTIFICATE [1]  23/2
certify [1]  23/5
Charles [1]  1/20
chase [1]  18/13
chinstrap [1]  16/16
Claiborne [3]  5/22 18/14 21/17
Clinic [1]  1/19
close [1]  17/5
coherence [1]  19/14
collision [4]  19/25 20/1 20/5 20/8
come [1]  10/4
coming [2]  6/10 19/17
communicate [1]  11/7
Compared [1]  17/10
computer [1]  2/20
computer-aided [1]  2/20
confirm [1]  8/13
confirmed [1]  16/3
consider [1]  17/9
conversation [1]  15/12

## C

correct [31]
could [8] 8/1 9/14 9/17 11/8 11/13
12/12 19/19 21/1
couldn't [1] 19/23
Counsel [1] 17/2
course [1] 19/24
COURT [5] 1/1 2/14 23/3 23/4 23/11
CR [1] 1/4
cross [4] 4/8 19/7 19/12 19/15
cross-examination [4] 4/8 19/7 19/12
19/15
cut [6] 6/6 10/7 10/9 10/12

## D

dark [1] 8/25
DAVID [1] 1/16
definitely [2] 8/16 13/9
Delachaise [4] 20/4 20/11 20/15 21/15
described [1] 13/12
describing [2] 13/11 22/3
description [6] 8/6 8/22 12/15 13/16
16/21 17/4
descriptions [1] 12/12
descriptive [1] 17/12
details [1] 22/2
Detective [1] 15/10
determined [2] 6/21 6/23
Dickerson [2] 22/16 22/17
did [17] 4/25 5/9 5/13 8/11 8/18 10/16
10/23 10/23 11/8 11/17 12/19 13/9
18/4 18/16 19/24 20/2 20/21
didn't [6] 10/7 10/22 11/8 11/18 13/7
21/2
die [1] 17/23
difference [1] 9/9
dinner [1] 5/10
dinnertime [2] 5/10 5/11
DIPAOLA [6] 1/10 4/3 4/10 19/17 21/15
22/12
direction [1] 6/5
distinction [1] 9/8
distinguishable [3] 8/7 8/9 9/19
distinguishing [1] 14/17
DISTRICT [5] 1/1 1/2 1/11 23/4 23/4
do [14] 7/9 7/11 8/23 9/1 9/5 10/4
10/16 13/2 14/1 19/8 19/12 19/13
19/13 20/19
does [1] 16/11
doing [3] 18/7 18/8 18/10
don't [10] 7/10 7/17 7/19 8/12 10/3
10/19 12/20 13/4 14/6 14/7
Dorgenois [1] 1/22
doubt [1] 7/14
down [2] 18/4 18/8
Doyle [4] 2/14 23/3 23/10 23/10
driver [1] 19/20
driving [1] 4/22
drove [1] 11/9
duck [1] 18/4
ducking [1] 18/8
duly [1] 4/4
during [6] 15/19 15/20 17/22 19/24
20/16 20/24

## E

each [2] 7/7 10/5
east [1] 10/16
EASTERN [2] 1/2 23/4

either [2] 10/22 19/25
ELIZABETH [1] 1/16
else [6] 15/24 17/5 17/6 18/7 18/8 19/2
Elysian [1] 2/9
EMILY [1] 1/22
entitled [1] 23/7
ESQ [10] 1/15 1/15 1/16 1/16 1/19 1/22
2/3 2/5 2/8 2/11
estimate [2] 12/19 14/5
evening [1] 19/24
eventually [2] 6/5 10/3
ever [7] 4/15 12/19 17/25 18/21 19/19
19/24 21/25
every [1] 19/12
everything [1] 11/8
evidence [1] 19/14
exactly [3] 7/18 20/21 20/23
examination [5] 4/8 19/7 19/12 19/15
21/13
EXCERPT [1] 4/1
Excuse [1] 15/4
excused [1] 22/12
Explain [1] 9/9
extent [1] 18/6

## F

face [1] 16/19
facing [2] 12/2 12/3
false [1] 21/24
father [1] 7/1
Fawer [2] 2/11 2/11
FCRR [3] 2/14 23/3 23/10
feet [2] 12/20 12/21
FELDMAN [1] 1/11
felt [1] 11/9
few [1] 7/4
Fields [1] 2/9
finished [1] 17/16
fired [1] 13/5
firing [3] 7/7 13/3 13/4
first [4] 5/17 11/18 20/2 20/13
flying [1] 11/4
focused [1] 20/18
follows [1] 4/4
foregoing [1] 23/5
formal [2] 12/25 13/2
frame [1] 12/10
friend [1] 4/16
front [4] 5/18 6/3 9/23 11/12
further [1] 18/25

## G

gave [7] 8/22 12/25 13/2 13/16 15/9
16/21 17/4
gentleman [4] 11/24 12/16 13/12 19/4
get [5] 5/13 11/3 11/4 11/8 11/13
getting [1] 17/15
give [1] 8/6
giving [2] 12/12 22/2
gloves [1] 8/11
go [4] 4/25 11/2 11/10 21/15
going [9] 6/8 10/5 11/19 12/4 12/10
18/14 20/12 20/13 22/2
good [4] 4/5 4/10 17/9 17/18
got [4] 4/22 7/1 11/24 15/9
government [1] 22/15
gray [3] 8/14 13/18 13/19
green [1] 11/2
Gretna [1] 12/4
ground [7] 10/8 10/9 10/17 10/24 11/3

11/19 11/23
gun [1] 13/13
gunfire [3] 6/21 6/23 6/25

## H

had [9] 7/3 8/14 8/23 11/2 11/10 12/9
14/7 14/20 15/12
HALLER [1] 1/16
halt [1] 21/5
hand [1] 8/7
HANKTON [7] 1/6 1/7 1/19 1/22 2/8
4/12 16/14
happening [2] 14/12 22/4
has [5] 16/15 16/16 16/18 16/23 17/7
have [23] 4/13 4/15 6/16 8/3 8/3 8/11
8/12 9/11 12/4 14/20 14/22 15/1 16/6
16/11 17/25 18/21 18/25 19/3 19/7
19/11 19/12 20/24 22/6
having [1] 4/4
he [8] 8/11 12/18 13/20 13/22 14/3
14/7 17/7 19/6
head [1] 7/2
headed [1] 10/16
heading [7] 5/17 5/23 6/4 6/11 10/13
10/14 10/15
heard [1] 18/21
height [2] 13/20 13/22
hell [1] 11/5
her [1] 15/12
here [4] 9/11 13/17 22/13 22/18
high [7] 5/19 6/3 12/18 12/19 12/19
12/22 12/23
him [3] 19/6 19/9 21/2
his [8] 8/1 8/3 8/5 8/7 8/25 9/14 9/17
16/19
hit [6] 10/4 11/24 12/16 13/12 20/3
21/16
home [3] 4/23 5/17 20/13
homicide [1] 12/24
Honor [4] 9/20 19/3 19/10 21/11
HONORABLE [1] 1/11
hours [1] 5/15
how [8] 4/10 12/2 12/19 13/20 14/1
17/18 17/19 18/17
huh [18] 4/24 5/5 5/16 6/13 6/15 6/17
6/20 6/25 7/8 7/22 9/15 9/18 9/25 11/1
11/16 11/20 14/4 16/17

## I

I'm [11] 6/8 10/1 11/10 13/17 14/19
14/25 17/10 17/15 17/15 20/12 21/10
idea [1] 8/12
identification [1] 21/23
identify [2] 19/20 19/23
identifying [1] 18/21
if [8] 6/18 9/9 9/13 10/1 14/20 19/7
19/11 19/19
IKE [1] 2/8
in [36]
INDEX [1] 3/1
indicating [4] 6/9 9/7 9/12 9/16
information [1] 22/1
initial [2] 6/18 6/24
interest [1] 19/13
interview [2] 15/20 15/21
into [5] 10/17 10/24 11/3 11/13 20/17
is [28]
it [51]
it's [6] 5/7 5/22 9/4 9/9 9/21 15/14

**J**

JACKSON [2]   1/7 2/11
jeans [1]   14/7
Jefferson [2]   12/3 20/14
JR [1]   1/15
JUDGE [6]   1/11 15/4 17/15 19/6 21/12
22/15
June [2]   1/6 4/2
JURY [1]   1/10
just [6]   9/4 9/14 10/19 11/9 13/5 15/6

**K**

keep [1]   11/19
KEVIN [2]   1/7 2/11
kids [1]   6/19
knew [1]   4/16
know [4]   4/15 7/20 9/14 10/3 10/4
12/20 12/22 13/5 14/6 14/7 15/7 20/21

**L**

L.C [1]   1/11
lake [1]   6/6
lane [12]   5/21 5/22 5/25 6/1 6/2 6/14
7/15 7/15 7/17 7/23 7/24 10/25
last [1]   21/22
later [2]   6/21 15/20
Law [1]   1/19 2/2
leaning [2]   7/10 7/13
least [2]   15/18 15/19
left [2]   6/6 14/14
LEMOINE [1]   2/5
let [2]   4/21 8/13
let's [4]   4/21 16/10 16/11 22/9
level [1]   21/23
life [1]   17/25
light [2]   10/25 11/2
like [5]   4/15 7/20 9/16 13/18 19/4
lineup [2]   15/21 16/2
listen [2]   7/3 12/19
LLC [1]   2/11
long [4]   8/18 8/20 9/3 13/19
long-sleeve [3]   8/18 8/20 9/3
long-sleeved [1]   13/19
longer [1]   5/8
look [2]   14/13 14/13
looked [1]   16/1
looking [1]   14/14
lose [1]   19/24
lost [7]   20/2 20/4 20/5 20/8 20/12 20/14
20/24
lot [1]   12/10
LOUISIANA [13]   1/2 1/17 1/20 1/23 2/4
2/6 2/9 2/12 2/15 10/19 10/20 21/17
23/5
Loyola [1]   1/19
lunch [2]   5/10 5/11
lunchtime [1]   5/9

**M**

ma'am [2]   4/14 5/20
made [5]   6/24 9/24 10/1 11/14 11/15
MAJEEDA [1]   1/19 4/12
make [3]   10/7 10/22 11/6
male [1]   14/16
man [5]   10/4 13/18 19/23 20/3 21/24
marks [1]   14/17
MARTIN [1]   1/11
matches [1]   17/5
matter [1]   23/7
maybe [1]   20/17

me [6]   4/21 8/13 9/10 11/12 13/17 15/4
mean [1]   9/9
mechanical [1]   2/19
median [1]   10/6 10/16
MICHAEL [1]   2/11
middle [2]   6/1 11/13
might [1]   17/23
minute [1]   15/4
more [1]   15/23
morning [8]   4/5 4/10 4/10 5/2 15/14
19/17 19/18 22/7
most [1]   17/25
move [4]   9/21 17/2 21/2 22/9
moves [1]   16/11
Moving [1]   14/10
Mr. [5]   4/10 16/14 19/17 21/15 22/12
Mr. DiPaola [4]   4/10 19/17 21/15 22/12
Mr. Hankton [1]   16/14
Ms. [1]   4/7
Ms. Snead [1]   4/7
much [4]   14/1 21/6 22/10 22/12
Mustang [13]   7/15 8/1 10/3 11/24
13/14 19/20 19/25 20/18 20/22 20/25
21/3 21/15 21/16
Mustangs [1]   21/19
my [6]   4/12 5/4 5/21 10/17 21/22 23/6

**N**

name [1]   4/12
Napoleon [2]   10/1 10/22
needed [1]   5/8 11/9
neutral [7]   10/8 10/9 10/17 10/24 11/3
11/19 11/23
never [4]   10/14 10/15 13/3 21/24
New [7]   1/17 1/20 1/23 2/6 2/9 2/12
2/15
next [7]   10/7 10/20 10/20 15/5 15/7
17/14 22/14
night [1]   21/19
no [27]
No. [1]   17/4
No. 4 [1]   17/4
Nods [1]   7/2
not [14]   7/9 7/11 7/22 10/1 10/23 10/23
13/9 14/15 15/20 16/8 16/10 16/11
18/16 20/23
nothing [3]   8/9 9/19 15/1
noticed [1]   14/18
now [11]   6/11 6/16 8/22 9/23 10/15
16/2 18/17 19/6 19/7 19/12 19/13
Number [1]   16/23
Number 5 [1]   16/23

**O**

oath [1]   4/6
object [1]   4/18
Objection [2]   18/1 18/23
observed [3]   11/24 12/2 18/5
observing [3]   12/13 14/12 17/22
obviously [1]   22/6
off [3]   4/22 5/13 7/1
Office [1]   1/14
Offices [1]   2/2
Official [2]   2/14 23/3 23/11
Okay [6]   4/11 6/7 9/17 11/18 20/5 21/6
on [17]   5/22 8/11 8/14 8/23 9/21 11/19
11/23 12/4 12/10 13/11 13/16 14/7
17/2 18/14 19/11 20/18 22/9
once [7]   6/25 9/23 10/15 11/2 11/15
15/9 21/3

one [6]   10/10 13/13 15/4 15/23 16/15
only [4]   12/18 16/6 18/10 20/14
operator [3]   12/8 14/20 22/1
opportunity [2]   7/3 12/9
or [12]   4/16 5/10 9/1 9/5 9/8 9/9 9/13
10/10 14/13 16/10 20/1 20/18
order [1]   10/3
Orleans [7]   1/17 1/20 1/23 2/6 2/9 2/12
2/15
other [11]   7/7 10/5 14/16 14/17 15/1
16/14 16/15 18/8 18/10 21/10 21/19
our [1]   19/5
out [10]   7/10 7/13 8/1 8/25 11/5 11/24
13/9 15/23 18/18 21/19
over [9]   5/8 10/11 10/20 11/3 11/13
11/14 14/14 16/10 21/2

**P**

pace [3]   14/10 14/11 14/11
Page [1]   3/2
pants [1]   8/25
Parish [2]   12/3 20/14
part [1]   19/5
passenger [6]   7/9 7/13 7/25 8/14 8/23
13/14
past [1]   10/19
pedestrian [6]   19/25 20/1 20/6 20/9
20/17 21/4
pencil [1]   16/20
pencil-thin [1]   16/20
people [2]   16/6 18/21
person [3]   4/17 13/13 18/19
personal [1]   4/16
phone [1]   7/1
Photograph [5]   16/14 16/16 16/18
16/19 16/22
Photograph 2 [1]   16/19
Photograph 3 [1]   16/18
Photograph 4 [1]   16/14
Photograph 5 [1]   16/22
Photograph 6 [1]   16/16
picked [1]   18/18
Picture [1]   21/23
Picture 4 [1]   21/23
pictures [2]   16/1 17/6
place [1]   21/1
please [2]   9/21 22/18
point [8]   7/25 8/13 9/24 11/23 15/14
15/19 19/19 20/21
police [7]   8/22 11/7 12/24 12/24 15/9
18/13 18/16
polo [3]   8/24 9/15 13/18
Pontiac [7]   7/16 10/10 11/25 13/3 13/4
13/10 13/12
PORTER [3]   1/6 2/2 2/5
possibly [1]   19/5
Poydras [2]   1/17 2/14
presented [1]   16/1
pretty [1]   15/17
prevent [1]   18/4
previously [1]   17/18
PRIVITERA [1]   1/15
probably [1]   14/20
proceedings [2]   2/19 23/7
protect [2]   18/7 18/9
provided [1]   22/1
pulled [8]   8/25 10/17 10/24 11/13 11/14
11/19 20/2 20/13
pulls [1]   10/11

## P

pursuing [1] 10/5

## Q

question [5] 15/5 15/7 16/11 17/14 19/6
questions [5] 4/13 18/25 19/3 19/11
  21/22
quibble [1] 16/10
QUINLAN [1] 1/15

## R

radio [1] 13/16
ran [1] 21/2
rate [2] 5/19 6/3
RATNER [1] 1/22
read [1] 13/18
reading [1] 13/17
realized [2] 4/17 6/25
really [2] 13/7 14/19
recall [3] 8/23 9/1 13/3
reckless [1] 6/19
record [1] 23/7
recorded [1] 2/19
red [1] 10/25
redirect [2] 21/8 21/13
REED [1] 1/16
reference [1] 7/4
Regina [1] 15/10
relevance [2] 4/18 18/1
remain [2] 19/4 19/9
remember [4] 7/18 7/19 10/19 20/19
repetitive [1] 9/21
reporter [4] 2/14 18/11 23/4 23/11
represent [1] 4/12
response [3] 15/11 18/20 19/22
revise [1] 20/12
right [16] 5/3 6/10 6/24 8/4 8/5 11/6
  12/13 14/21 14/23 15/15 16/4 17/2
  17/12 18/19 19/13 22/9
Robert [2] 2/2 2/3
rolled [8] 9/1 9/2 9/4 9/5 9/7 9/9 9/13
  9/16
rolled-up [1] 9/1
Room [1] 2/14

## S

said [26]
same [2] 21/1 21/16
saw [19] 4/15 4/21 5/18 6/18 7/12 7/25
  9/23 13/3 13/4 13/13 14/22 14/22
  14/24 14/25 15/12 15/15 16/3 21/15
  21/20
say [10] 5/4 5/9 6/18 7/9 7/10 8/18 9/5
  15/18 15/19 21/1
saying [2] 13/3 14/25
says [1] 13/17
School [1] 1/19
screeching [1] 21/5
Section [1] 1/5
see [2] 6/16 7/6 7/6 7/9 8/1 9/14 9/17
  13/7 13/9 16/18 17/1 18/16
seeing [6] 12/15 13/12 18/11 18/12
  18/12 22/3
shift [2] 5/4 5/7
shifts [1] 5/12
shirt [11] 8/14 8/18 8/25 9/3 9/15 10/4
  13/19 13/19 13/19 20/3 21/17
shooting [6] 11/12 13/9 20/16 20/18
  20/20 20/24
short [6] 9/1 9/5 9/9 9/11 9/13 12/10

short-sleeve [1] 9/1
short-sleeved [1] 9/5
shot [1] 11/8
shots [2] 13/5 20/17
shoulder [1] 14/14
shown [2] 15/21 16/2
sic [1] 18/11
sides [1] 16/19
sight [8] 19/24 20/2 20/4 20/5 20/8
  20/12 20/14 20/24
signed [1] 16/3
sir [2] 4/5 22/18
sleeve [5] 8/18 8/20 9/1 9/3 9/5
sleeved [3] 9/9 9/11 13/19
sleeves [1] 9/11
Slight [3] 16/24 16/25 17/1
slightly [1] 16/18
Smith [1] 2/11
SNEAD [3] 1/19 4/7 4/12
so [39]
software [1] 2/20
some [8] 4/13 6/19 7/25 8/13 9/23
  11/23 15/19 22/6
someone [2] 4/15 14/22 18/21
somewhere [2] 5/14 12/20
sorry [1] 21/10
South [3] 1/22 5/22 18/14
Spears [3] 2/8 2/8 2/8
speed [2] 5/19 6/3
spoke [2] 4/17 8/22
St [1] 1/20
start [1] 4/22
started [1] 15/15
statement [3] 12/25 13/2 15/9
STATES [5] 1/1 1/4 1/11 1/14 23/4
station [2] 12/24 15/9
stationary [1] 21/4
stay [1] 11/6
stayed [3] 21/1 21/4 21/5
stenography [1] 2/19
Step [1] 22/18
STEVEN [1] 2/5
still [2] 4/5 10/13 16/18
stockier [1] 13/22
stood [1] 15/23
stop [1] 11/9
stopped [3] 10/14 10/15 10/25
straight [1] 11/11
street [11] 1/17 1/22 2/3 2/6 2/12 2/14
  5/22 6/10 10/7 10/20 10/21
struck [1] 21/3
subpoena [2] 19/4 19/10
Suite [1] 1/17
sure [4] 7/22 9/13 10/1 11/6
Sustained [3] 4/19 18/2 18/24
sworn [1] 4/4

## T

talked [3] 12/15 12/23 12/24
talking [1] 12/8
tall [1] 13/20
tape [2] 7/3 7/5
Tattoos [1] 8/7
tell [2] 7/6 18/10
telling [1] 8/23
TELLY [4] 1/6 1/19 1/22 4/12
term [2] 9/8 17/11
terms [1] 12/15
terribly [1] 14/19
testified [2] 4/4 7/12 17/18

testify [1] 21/24
testimony [2] 1/10 21/3
than [6] 14/3 14/16 15/1 15/23 16/14
  18/8
Thank [5] 19/1 21/6 21/7 22/10 22/11
Thanks [2] 19/17 22/12
that [83]
that's [5] 8/16 14/25 16/3 16/8 17/13
them [6] 4/17 4/17 7/6 7/7 8/23 10/5
then [12] 6/6 6/8 6/21 7/21 10/9 11/2
  11/12 11/17 20/3 20/3 20/11 20/14
there [14] 6/21 6/23 6/25 7/14 8/6 9/19
  11/5 12/9 13/5 16/6 17/15 18/13 21/19
  21/19
these [2] 9/7 18/13
they [28]
thick [8] 14/8 14/16 14/17 15/24 17/4
  17/9 17/11 17/13
thickest [2] 17/6 17/7
thin [1] 16/20
thing [2] 5/17 18/10
things [2] 7/4 15/23
think [9] 5/14 8/13 10/19 12/20 12/21
  14/2 14/14 17/15 20/17
third [1] 20/11
this [17] 4/10 6/8 6/8 6/8 7/21 9/16
  12/15 14/12 14/12 15/14 15/21 16/2
  16/11 19/3 21/15 22/7 22/15
those [1] 9/24
though [1] 17/9
thought [4] 4/16 6/18 12/19 17/23
three [1] 5/22
three-lane [1] 5/22
through [2] 10/6 14/13
time [20] 4/25 5/13 11/18 12/10 13/2
  14/2 15/20 17/22 19/4 19/8 19/12
  19/13 19/19 20/3 20/11 20/13 20/16
  20/18 20/21 22/15
Toale [2] 2/2 2/3
told [2] 14/20 14/22
Toni [4] 2/14 23/3 23/10 23/10
took [2] 6/11 18/13
toward [1] 7/17
towards [3] 6/6 12/3 20/13
transcript [2] 13/17 23/6
transcription [1] 2/20
traumatized [1] 15/17
travel [2] 5/21 5/25
traveling [3] 5/22 7/20 10/12
TRIAL [1] 1/10
Troy [2] 22/16 22/17
true [1] 23/5
try [3] 18/4 18/7 18/8
trying [3] 11/10 15/6 18/10
turn [5] 6/11 6/24 9/24 10/2 11/14
turned [7] 5/18 6/3 10/3 11/2 14/13
  20/4 20/11
Tusa [4] 2/14 23/3 23/10 23/10
two [5] 5/18 6/22 13/6 13/7 16/6

## U

U-turn [2] 9/24 11/14
U.S [1] 1/14
Uh [18] 4/24 5/5 5/16 6/13 6/15 6/17
  6/20 6/25 7/8 7/22 9/15 9/18 9/25 11/1
  11/16 11/20 14/4 16/17
Uh-huh [18] 4/24 5/5 5/16 6/13 6/15
  6/17 6/20 6/25 7/8 7/22 9/15 9/18 9/25
  11/1 11/16 11/20 14/4 16/17

**U**

under [3]  4/5 19/4 19/9
understand [1]  11/10
understanding [3]  5/4 5/21 23/6
Unfortunately [1]  20/20
UNITED [5]  1/1 1/4 1/11 1/14 23/4
unshaven [1]  16/18
until [1]  5/7
up [20]  6/10 8/25 9/1 9/2 9/4 9/5 9/7
 9/9 9/13 9/15 9/16 12/18 13/18 13/19
 16/6 20/4 20/11 20/15 21/15 22/18
used [2]  9/8 17/11
using [1]  2/19

**V**

vehicle [4]  7/10 7/13 10/10 18/16
vehicles [3]  9/23 9/24 18/14
versus [1]  1/5
very [15]  12/10 12/22 12/23 14/8 14/10
 14/16 14/17 15/24 17/4 17/9 17/11
 17/12 21/6 22/10 22/12
victim [1]  21/16
volume [2]  5/7 5/7

**W**

wait [1]  11/3
walk [1]  14/11
WALTER [3]  1/6 2/2 2/5
want [1]  7/4
wanted [2]  11/4 11/6
was [52]
wasn't [2]  4/17 9/3
watched [1]  10/5
waved [1]  4/16
way [7]  4/21 6/8 6/8 6/9 7/21 7/21 11/3
we [5]  7/3 12/8 19/3 19/4 19/9
wearing [1]  13/18
weigh [1]  14/1
weighed [1]  14/2
weight [1]  14/5
well [7]  6/5 6/23 11/4 16/10 16/22
 16/23 17/11
went [8]  5/1 6/5 6/6 6/8 7/17 7/20 12/18
 20/15
were [47]
weren't [1]  9/13
west [8]  5/23 6/4 6/6 6/11 10/13 10/14
 10/15 18/14
Weyer [1]  2/3
what [32]
What's [3]  15/5 15/7 17/14
whatever [2]  6/5 6/10
when [23]  4/21 5/17 6/2 6/10 6/18 6/23
 7/9 7/12 8/22 9/5 10/12 10/24 11/18
 11/23 12/2 12/23 13/2 13/11 20/2 20/4
 20/11 20/13 20/15
where [5]  10/3 10/18 12/24 20/21 21/5
wherever [1]  11/9
which [2]  16/14 16/14
while [3]  10/5 18/12 18/14
white [4]  10/4 11/25 20/3 21/16
who [3]  11/24 16/10 16/10
WILLIAM [3]  1/10 1/15 4/3
Williams [1]  15/10
window [1]  8/1
witness [2]  21/25 22/14
witnessing [1]  20/16
work [6]  4/22 4/25 5/1 5/7 5/11 11/3
worked [3]  5/4 5/10 5/15

would [18]  4/15 4/18 5/9 8/3 8/3 9/8
 9/8 9/20 15/19 17/3 18/12 18/19
 19/4 19/6 20/24 21/24 22/15
wrong [1]  18/22

**Y**

yeah [1]  17/10
yes [39]
yesterday [6]  7/12 12/18 16/2 18/17
 21/22 22/6
you [199]
you're [4]  4/5 7/15 7/22 14/12
your [25]
Your Honor [2]  19/3 21/11
yourself [2]  18/7 18/9