UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


UNITED STATES OF AMERICA          *          12-CR-001
                                  *
versus                            *          Section F
                                  *
TELLY HANKTON, WALTER PORTER,     *          June 8, 2016
ANDRE HANKTON, KEVIN JACKSON      *
                                  *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *


TESTIMONY OF DERYL NICHOLAS
IN THE JURY TRIAL BEFORE THE
HONORABLE MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE


Appearances:


For the United States:          U.S. Attorney's Office
                                BY:  ELIZABETH A. PRIVITERA, ESQ.
                                     WILLIAM J. QUINLAN JR., ESQ.
                                     DAVID E. HALLER, ESQ.
                                     BRITTANY L. REED, ESQ.
                                650 Poydras Street, Suite 1600
                                New Orleans, Louisiana 70130


For Telly Hankton:              Loyola Law School Clinic
                                BY:  D. MAJEEDA SNEAD, ESQ.
                                7214 St. Charles Avenue
                                New Orleans, Louisiana 70118


For Telly Hankton:              EMILY F. RATNER, ESQ.
                                316 South Dorgenois Street
                                New Orleans, Louisiana 70119

<u>Appearances</u>:

For Walter Porter:          Law Offices of Robert S. Toale
                            BY:  ROBERT S. TOALE, ESQ.
                            505 Weyer Street
                            Gretna, Louisiana 70053


For Walter Porter:          STEVEN LEMOINE, ESQ.
                            4240 Canal Street
                            New Orleans, Louisiana 70119


For Andre Hankton:          Spears & Spears
                            BY:  IKE SPEARS, ESQ.
                            1631 Elysian Fields Avenue
                            New Orleans, Louisiana 70117


For Kevin Jackson:          Smith & Fawer, LLC
                            BY:  MICHAEL S. FAWER, ESQ.
                            312 30th Street
                            New Orleans, Louisiana 70124


Official Court Reporter:    Toni Doyle Tusa, CCR, FCRR
                            500 Poydras Street, Room B-275
                            New Orleans, Louisiana 70130
                            (504) 589-7778




Proceedings recorded by mechanical stenography using
computer-aided transcription software.

### <u>INDEX</u>

<u>Page</u>

Deryl Nicholas

    Direct Examination By Ms. Privitera      4

1                                  **EXCERPT**

2                             **(June 8, 2016)**

3                           **DERYL NICHOLAS,**

4   having been duly sworn, testified as follows:

5              **THE DEPUTY CLERK:**  State your full name and correct

6   spelling for the record, please.

7              **THE WITNESS:**  Deryl Nicholas, D-E-R-Y-L,

8   N-I-C-H-O-L-A-S.

9                      **DIRECT EXAMINATION**

10   BY MS. PRIVITERA:

11   **Q.**   Good afternoon, Ms. Nicholas.  Can you introduce yourself

12   to the ladies and gentlemen of the jury and let them know where

13   you are from.

14   **A.**   My name is Deryl Nicholas.  I'm from New Orleans,

15   Louisiana.

16   **Q.**   Have you lived in New Orleans your whole life?

17   **A.**   Yes.

18   **Q.**   I would like to take you back to the time frame of the

19   year 2000.  Were you living in New Orleans then?

20   **A.**   Yes.

21   **Q.**   During that time frame were you involved in a relationship

22   with a Frank Hankton?

23   **A.**   Yes.

24   **Q.**   How long were you in a relationship with Mr. Hankton for?

25   **A.**   Probably about eight years.

**DERYL NICHOLAS - DIRECT**

02:34

1    **Q.**    Approximately when did it start?

2    **A.**    I really can't remember.

3    **Q.**    In the year 2000, had you been in a relationship with him

4    for eight years?

5    **A.**    Yes, probably before -- a little before that.  It was

6    before then.

7    **Q.**    Not to get all up in your business, but was Mr. Hankton

8    also married at that time?

9    **A.**    Yes.

10   **Q.**    But not to you?

11   **A.**    No.

12   **Q.**    Where were you living during that time frame, in May of

13   2000 specifically?

14   **A.**    I think on Freret Street.

15   **Q.**    Would that be 4211 Freret Street?

16   **A.**    Yes.

17   **Q.**    Did you share a place with Frank Hankton then?

18   **A.**    Yes.

19   **Q.**    Did he also live with his wife part time?

20   **A.**    Yes.

21   **Q.**    Where did they live?

22   **A.**    On Liberty.

23   **Q.**    How far away was that, approximately, from you?

24   **A.**    Probably about 10 blocks.

25   **Q.**    Now, since you were in a fairly long-term relationship

**DERYL NICHOLAS - DIRECT**

02:35

1   with Frank Hankton, were you familiar with any of his family

2   members?

3   **A.**   I knew some of them.

4   **Q.**   Who did you know?

5   **A.**   I was friends with Leslie.

6   **Q.**   What is her relationship to Frank Hankton?

7   **A.**   Sister.

8   **Q.**   Who else?

9   **A.**   I really knew some of them -- I didn't know them

10  personally.  I just knew them by their names, some of them, and

11  just seeing them around.

12  **Q.**   Would you ever visit some of his family members on

13  Josephine Street?

14  **A.**   The only person, Leslie.

15  **Q.**   Did she live on Josephine Street?

16  **A.**   Yes.

17  **Q.**   Are you aware if he had any other family members who lived

18  on Josephine Street?

19  **A.**   Yes.

20  **Q.**   Who would they be?

21  **A.**   I knew he had a couple aunties stay around there, but I

22  didn't go to her house.

23  **Q.**   Did he have another sister by the name of Shirley?

24  **A.**   Yes.

25  **Q.**   Do you know where she lived?

**DERYL NICHOLAS - DIRECT**

02:36

1   **A.**   I think St. Andrew.

2   **Q.**   Is that around the corner from Josephine?

3   **A.**   Yes.

4   **Q.**   Now, because of your relationship with Frank Hankton, in a

5   sense being the other woman, did the family members welcome you

6   into the family?

7   **A.**   Not all of them.

8   **Q.**   But Ms. Leslie did?

9   **A.**   Leslie did.  I didn't have no problem with Shirley.

10  **Q.**   Were you familiar with Frank Hankton's nephew, Telly

11  Hankton?

12  **A.**   I knew him, but I didn't know him personally.

13  **Q.**   So did you know he was Frank Hankton's nephew?

14  **A.**   Yes.

15  **Q.**   Had you met him before?

16  **A.**   Yes.

17  **Q.**   Where did you meet him?

18  **A.**   On Josephine when I seen him.

19  **Q.**   So were you familiar with what he looked like?

20  **A.**   Yes.

21  **Q.**   Was there a point in time when Telly Hankton, along with

22  somebody else, showed up at your house?

23  **A.**   Yes.

24  **Q.**   Can you tell the ladies and gentlemen what happened on

25  that night.

**DERYL NICHOLAS - DIRECT**

02:37

1   **A.**   One night the doorbell ring and I answered the door.  I

2   asked who is it, and he told me who he was.  I opened up the

3   door and let them in.

4   **Q.**   What time of night was this?

5   **A.**   I think it was around 12:00 or after 12:00.

6   **Q.**   Can you speak a little closer or move the microphone a

7   little closer to you.

8   **A.**   It was about 12:00 or after 12:00.

9   **Q.**   So late at night?

10  **A.**   Yes.

11  **Q.**   Had Telly Hankton been to your house before?

12  **A.**   Just once, when he came to see Frank, when he came out the

13  hospital, came visited him.

14  **Q.**   You say Frank came out of the hospital.  What had

15  happened --

16  **A.**   From having surgery, I think, from ulcers.

17  **Q.**   So one time Telly had been to your place before?

18  **A.**   Yes.

19  **Q.**   So when he came that evening, was he with anybody?

20  **A.**   What you mean?  When he came visit Frank?

21  **Q.**   I'm sorry, not to visit Frank.  I apologize.  When he came

22  late at night to your house and rang the doorbell.

23  **A.**   No.  Him and a friend was together.

24  **Q.**   He was with a friend.  Do you know who the friend was?

25  **A.**   Shaw Dog.

**DERYL NICHOLAS - DIRECT**

02:38

1  **Q.**   Shaw Dog was his nickname?

2  **A.**   Uh-huh.

3  **Q.**   Were you familiar with who he was?

4  **A.**   I just knew him from around there.  I didn't know him

5  personally.

6  **Q.**   Did you know him as Shaw Dog?

7  **A.**   From what they called him, yeah.  That's the name I knew

8  him by.

9  **Q.**   When they both came to your house, you had known what

10  their names were and you had seen them before?

11  **A.**   Yes.

12  **Q.**   So what happened when they came into your house?

13  **A.**   They rung the doorbell.  I asked who is it.  He told me

14  who he was.  I opened up the door and let him in and shut the

15  door behind him.  When they came in, he just pulled a gun on me

16  and asked me where was his stuff.

17          **THE COURT:**  Asked you what?

18          **THE WITNESS:**  Where was his stuff?

19  **BY MS. PRIVITERA:**

20  **Q.**   What did he literally say to you?

21  **A.**   I think that's what he said, where was his stuff.  I said,

22  "What stuff?  I don't have nothing in here.  You can search my

23  house if you want and look around.  Ain't nothing in here."  I

24  just started crying.  My children heard me crying, and they

25  came to the top of the stairs and just started crying.

**DERYL NICHOLAS - DIRECT**

02:39

1   **Q.**   So if I can just stop you for a second, was this an
2   apartment?
3   **A.**   Yes.
4   **Q.**   Was there an upstairs and a downstairs?
5   **A.**   In my house, yes.
6   **Q.**   So when you answered the door, is the door upstairs or
7   downstairs?
8   **A.**   I came downstairs.
9   **Q.**   So the bedrooms where your children were sleeping were
10  where?
11  **A.**   Upstairs.
12  **Q.**   When Telly and Shaw Dog came into your house, did they
13  both have guns?
14  **A.**   I just -- Telly just had one.
15  **Q.**   What did he do when he walked in your house with that gun?
16  **A.**   First he just walked in after we shut the door, and he
17  just asked me that.  Then he upped the gun.
18  **Q.**   He "upped the gun."  What does that mean?
19  **A.**   He just pointed the gun at me and asked me where was his
20  stuff.
21  **Q.**   Did you have any idea what he was talking about?
22  **A.**   No.
23  **Q.**   Did he specify what he was asking for or looking for?
24  **A.**   No.
25  **Q.**   Did he ever ask you, like, where are his drugs?

**DERYL NICHOLAS - DIRECT**

02:40

1    **A.**   No.

2          **MS. SNEAD:**  Objection, Your Honor, asked and

3    answered.

4          **THE COURT:**  Overruled.

5    **BY MS. PRIVITERA:**

6    **Q.**   I'm sorry, what was the answer?

7    **A.**   No.

8    **Q.**   Did he ever ask you like where was the money?

9    **A.**   No.

10   **Q.**   What was your response to him?

11   **A.**   I say, "I don't have nothing in here."  I say, "You can

12   look around, if you want, up in here.  It's not big in here for

13   you to search."  I said, "You never came to my house before to

14   get nothing from Frank or nothing."

15   **Q.**   Did you know this to be connected to Frank?

16   **A.**   No, not at the time.  I didn't know nothing had happened.

17   **Q.**   What was Shaw Dog doing in the house while Telly was

18   holding a gun to you?

19   **A.**   Just standing up there.

20   **Q.**   How did this end?

21   **A.**   He left.

22   **Q.**   Were your kids woken up?

23   **A.**   Yes.

24   **Q.**   What did they do?

25   **A.**   Nothing, just was standing up there crying.

**DERYL NICHOLAS - DIRECT**

02:41

1  **Q.**   Were you crying?

2  **A.**   Yes.

3  **Q.**   When he left, what did you do?

4  **A.**   Locked the door back and then I called Frank up.

5  **Q.**   What did you say to Frank?

6  **A.**   That your nephew had just left my house pulling a gun on

7  me.

8  **Q.**   What did he have to say to you about that?

9  **A.**   He just told me lock the door and don't open it back up.

10  **Q.**   Did you call the police that night?

11  **A.**   No.

12  **Q.**   Why not?

13  **A.**   I don't know.

14  **Q.**   Had Frank ever stored any drugs or money at your house?

15  **A.**   No.

16  **Q.**   What happened the next morning when you got up?

17  **A.**   The next day when I got up, my children was going to

18  school, so I said I was going to stay around by my sister,

19  since I was in the house by myself; and I got dressed and I

20  walked around.  On my way going by my sister's house, I was

21  standing outside my house and he happened to pass.

22  **Q.**   When you say "he," who?

23  **A.**   Telly.  He stopped and he got out the car and came across

24  the street, and he just told me that he wanted his stuff.  I

25  say, "I told you ain't nothing at my house," and he went got

**DERYL NICHOLAS - DIRECT**

02:42

1    back in his car and pulled off.

2    **Q.**   What did you do after that?

3    **A.**   I walked around by my sister's house.

4    **Q.**   When you went to your sister's house --

5    **A.**   I went by my neighbor's house to use the phone, and I

6    called Frank up again and told him.  He just said that he was

7    going to pass around, but I'm not sure if he came or not.  I

8    just sit by my sister's house that day until I got ready to go

9    home.

10   **Q.**   Was there at some point when you called the police?

11   **A.**   Yes.

12   **Q.**   When did you call the police?

13   **A.**   I think the third time.

14           **THE COURT:**  The third time?

15           **THE WITNESS:**  Yes.

16   BY MS. PRIVITERA:

17   **Q.**   When you say "the third time," what do you mean by that?

18   **A.**   When I was on the avenue, he just passed and he just

19   pointed his finger at me.  So I said I'm going -- I went back

20   home.  That's when I called the policeman.

21   **Q.**   I'm sorry, you were where?

22   **A.**   On Washington Avenue.

23   **Q.**   What were you doing on Washington Avenue?

24   **A.**   Going to a bar.

25   **Q.**   Were you walking or driving?

**DERYL NICHOLAS - DIRECT**

02:43

1  **A.**  Walking.

2  **Q.**  So when you were walking down Washington Avenue, what

3  happened?

4  **A.**  He passed in a car and pointed his finger at me like that

5  (indicating).  I didn't go to the bar.  I turned back around

6  and went by my sister's house.

7  **Q.**  When you say "he" passed by you, who are you referring to?

8  **A.**  Telly.

9  **Q.**  He did what?  He made what kind of gesture to you?

10  **A.**  He pointed his finger at me.

11  **Q.**  So after that incident you went and called the police?

12  **A.**  Yeah, then I called the police.

13  **Q.**  Did the police come to your house?

14  **A.**  Yes.

15  **Q.**  Did they take a statement from you?

16  **A.**  Yes.

17  **Q.**  At some point are you aware if Telly Hankton was arrested

18  for that incident?

19  **A.**  Yes.

20  **Q.**  Did the police have you identify him?

21  **A.**  Yes.

22  **Q.**  Did he see you make an identification of him?

23  **A.**  I think so.

24  **Q.**  During this time frame, did you have an opportunity to get

25  any information from Frank Hankton about what in the world was

**DERYL NICHOLAS - DIRECT**

02:44

1   going on?

2   **A.**   Not really, no.

3   **Q.**   Did you ever learn at some point that Frank Hankton's

4   house had been broken into?

5   **A.**   I didn't know that until, I think, about the third day or

6   the second day.  I'm not exactly sure.

7   **Q.**   What did you learn?

8   **A.**   Nothing.  That he just said somebody had broke in his

9   house and stole jewelry and stuff.

10  **Q.**   That was all around this same time?

11  **A.**   Yes.

12  **Q.**   After Telly Hankton was arrested for this, did you ever

13  reach out to another family member?

14  **A.**   Yes.

15  **Q.**   Who did you reach out to?

16  **A.**   I told Frank to ask Shirley can I talk to her.

17  **Q.**   Why did you want to speak to Telly's mother?

18  **A.**   Because, like I say, I'm a parent myself, and I wanted to

19  talk to her.  I think she could have talked to her son.

20  **Q.**   Talked to her son to do what?

21  **A.**   To stop bothering me.

22  **Q.**   Are you aware whether she did that?

23  **A.**   I know when I had the conversation with her, she told me

24  not to worry, nothing wasn't going to happen to me, and I

25  believed her.

DERYL NICHOLAS - DIRECT

02:45

1   Q.   Did anything ever happen to you after that?

2   A.   After that, no, I didn't have no more problem.

3   Q.   Did you ultimately drop the charges against Telly Hankton?

4   A.   Yes, I did.

5   Q.   Did Frank Hankton have a daughter that was killed at some

6   point after that?

7   A.   Yes.

8        MS. PRIVITERA:  I think those are all the questions I

9   have, Ms. Nicholas.

10       THE COURT:  Thank you.

11           Cross-examine.

12       MS. SNEAD:  -- no questions, Your Honor.

13       THE COURT:  Anyone?

14       MR. SPEARS:  No questions, Your Honor.

15       MR. LEMOINE:  Nothing.

16       THE COURT:  Is this witness excused?

17       MS. PRIVITERA:  Yes.

18       MR. SPEARS:  Yes, Your Honor.

19       THE COURT:  Thank you very much for being here.

20           Call your next witness.

21       MS. REED:  We call Sherman Mushak.

22                    *  *  *

23

24

25

1    **<u>CERTIFICATE</u>**

2         I, Toni Doyle Tusa, CCR, FCRR, Official Court

3    Reporter for the United States District Court, Eastern District

4    of Louisiana, certify that the foregoing is a true and correct

5    transcript, to the best of my ability and understanding, from

6    the record of proceedings in the above-entitled matter.

7

8

9                                        *s/ Toni Doyle Tusa*
                                         Toni Doyle Tusa, CCR, FCRR
10                                       Official Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BY MS. PRIVITERA: [4] 4/9 9/18 11/4 13/15
MR. LEMOINE: [1] 16/14
MR. SPEARS: [2] 16/13 16/17
MS. PRIVITERA: [2] 16/7 16/16
MS. REED: [1] 16/20
MS. SNEAD: [2] 11/1 16/11
THE COURT: [7] 9/16 11/3 13/13 16/9 16/12 16/15 16/18
THE DEPUTY CLERK: [1] 4/4
THE WITNESS: [3] 4/6 9/17 13/14

**0**

001 [1] 1/4

**1**

10 blocks [1] 5/24
12-CR-001 [1] 1/4
12:00 [2] 8/5 8/8
12:00 or [2] 8/5 8/8
1600 [1] 1/17
1631 [1] 2/9

**2**

2000 [3] 4/19 5/3 5/13
2016 [2] 1/6 4/2
275 [1] 2/14

**3**

30th [1] 2/12
312 [1] 2/12
316 [1] 1/22

**4**

4211 Freret [1] 5/15
4240 [1] 2/6

**5**

500 [1] 2/14
504 [1] 2/15
505 [1] 2/3
589-7778 [1] 2/15

**6**

650 [1] 1/17

**7**

70053 [1] 2/4
70117 [1] 2/9
70118 [1] 1/20
70119 [2] 1/23 2/6
70124 [1] 2/12
70130 [2] 1/17 2/15
7214 [1] 2/9
7778 [1] 2/15

**A**

ability [1] 17/5
about [7] 4/25 5/24 8/8 10/21 12/8 14/25 15/5
above [1] 17/6
above-entitled [1] 17/6
across [1] 12/23
after [9] 8/5 8/8 10/16 13/2 14/11 15/12 16/1 16/2 16/6
afternoon [1] 4/11
again [1] 13/6
against [1] 16/3
aided [1] 2/20

ain't [2] 9/23 12/25
all [4] 5/22 10/10 16/9 16/9
along [1] 7/21
also [2] 5/8 5/19
AMERICA [1] 1/4
ANDRE [2] 1/7 2/8
Andrew [1] 7/1
another [2] 6/23 15/13
answer [1] 11/6
answered [3] 8/1 10/6 11/3
any [5] 6/1 6/17 10/21 12/14 14/25
anybody [1] 8/19
Anyone [1] 16/13
anything [1] 16/1
apartment [1] 10/2
apologize [1] 8/21
Appearances [2] 1/13 2/1
approximately [2] 5/1 5/23
are [7] 4/13 6/17 10/25 14/7 14/17 15/22 16/8
around [13] 6/11 6/21 7/2 8/5 9/4 9/23 11/12 12/18 12/20 13/3 13/7 14/5 15/10
arrested [2] 14/17 15/12
as [2] 4/4 9/6
ask [3] 10/25 11/8 15/16
asked [7] 8/2 9/13 9/16 9/17 10/17 10/19 11/2
asking [1] 10/23
at [15] 5/8 7/22 8/9 8/22 10/19 11/16 12/14 12/25 13/10 13/19 14/4 14/10 14/17 15/3 16/5
Attorney's [1] 1/14
aunties [1] 6/21
avenue [6] 1/20 2/9 13/18 13/22 13/23 14/2
aware [3] 6/17 14/17 15/22
away [1] 5/23

**B**

B-275 [1] 2/14
back [6] 4/18 12/4 12/9 13/1 13/19 14/5
bar [2] 13/24 14/5
be [3] 5/15 6/20 11/15
because [2] 7/4 15/17
bedrooms [1] 10/9
been [5] 4/4 5/3 8/11 8/17 15/4
before [9] 1/10 5/5 5/5 5/6 7/15 8/11 8/17 9/10 11/13
behind [1] 9/15
being [2] 7/5 16/19
believed [1] 15/25
best [1] 17/5
big [1] 11/12
blocks [1] 5/24
both [2] 9/9 10/13
bothering [1] 15/21
BRITTANY [1] 1/16
broke [1] 15/8
broken [1] 15/4
business [1] 5/7
but [6] 5/7 5/10 6/21 7/8 7/12 13/7

**C**

call [4] 12/10 13/12 16/20 16/21
called [5] 9/7 12/4 13/6 13/10 13/20 14/11 14/12
came [16] 8/12 8/12 8/13 8/14 8/19 8/20 8/21 9/9 9/12 9/15 9/25 10/8 10/12 11/13 12/23 13/7

can [7] 4/11 7/24 8/6 9/22 10/1 11/11
can't [1] 5/2
Canal [1] 2/6
car [3] 12/23 13/1 14/4
CCR [3] 2/14 17/2 17/9
CERTIFICATE [1] 17/1
certify [1] 17/4
charges [1] 16/3
Charles [1] 1/20
children [3] 9/24 10/9 12/17
Clinic [1] 1/19
closer [2] 8/6 8/7
come [1] 14/13
computer [1] 2/20
computer-aided [1] 2/20
connected [1] 11/15
conversation [1] 15/23
corner [1] 7/2
correct [2] 4/5 17/4
could [1] 15/19
couple [1] 6/21
COURT [5] 1/1 2/14 17/2 17/3 17/10
CR [1] 1/4
Cross [1] 16/11
Cross-examine [1] 16/11
crying [5] 9/24 9/24 9/25 11/25 12/1

**D**

D-E-R-Y-L [1] 4/7
daughter [1] 16/5
DAVID [1] 1/16
day [4] 12/17 13/8 15/5 15/6
DERYL [4] 1/10 4/3 4/7 4/14
did [45]
didn't [9] 6/9 6/22 7/9 7/12 9/4 11/16 14/5 15/5 16/2
DIRECT [1] 4/9
DISTRICT [5] 1/1 1/2 1/11 17/3 17/3
do [8] 6/25 8/24 10/15 11/24 12/3 13/2 13/17 15/20
does [1] 10/18
Dog [5] 8/25 9/1 9/6 10/12 11/17
doing [2] 11/17 13/23
don't [4] 9/22 11/11 12/9 12/13
door [9] 8/1 8/3 9/14 9/15 10/6 10/6 10/16 12/4 12/9
doorbell [3] 8/1 8/22 9/13
Dorgenois [1] 1/22
down [1] 14/2
downstairs [3] 10/4 10/7 10/8
Doyle [4] 2/14 17/2 17/9 17/9
dressed [1] 12/19
driving [1] 13/25
drop [1] 16/3
drugs [2] 10/25 12/14
duly [1] 4/4
during [3] 4/21 5/12 14/24

**E**

EASTERN [2] 1/2 17/3
eight [2] 4/25 5/4
ELIZABETH [1] 1/15
else [2] 6/8 7/22
Elysian [1] 2/9
EMILY [1] 1/22
end [1] 11/20
entitled [1] 17/6
ESQ [10] 1/15 1/15 1/16 1/16 1/19 1/22 2/3 2/5 2/8 2/11

**E**

evening [1] 8/19
ever [7] 6/12 10/25 11/8 12/14 15/3 15/12 16/1
exactly [1] 15/6
EXAMINATION [1] 4/9
examine [1] 16/11
EXCERPT [1] 4/1
excused [1] 16/16

**F**

fairly [1] 5/25
familiar [4] 6/1 7/10 7/19 9/3
family [6] 6/1 6/12 6/17 7/5 7/6 15/13
far [1] 5/23
Fawer [2] 2/11 2/11
FCRR [3] 2/14 17/2 17/9
FELDMAN [1] 1/11
Fields [1] 2/9
finger [3] 13/19 14/4 14/10
First [1] 10/16
follows [1] 4/4
foregoing [1] 17/4
frame [4] 4/18 4/21 5/12 14/24
Frank [21]
Freret [2] 5/14 5/15
friend [3] 8/23 8/24 8/24
friends [1] 6/5
full [1] 4/5

**G**

gentlemen [2] 4/12 7/24
gesture [1] 14/9
get [3] 5/7 11/14 14/24
go [3] 6/22 13/8 14/5
going [8] 12/17 12/18 12/20 13/7 13/19 13/24 15/1 15/24
Good [1] 4/11
got [6] 12/16 12/17 12/19 12/23 12/25 13/8
Gretna [1] 2/4
gun [7] 9/15 10/15 10/17 10/18 10/19 11/18 12/6
guns [1] 10/13

**H**

had [16] 5/3 6/17 6/21 7/15 8/11 8/14 8/17 9/9 9/10 10/14 11/16 12/6 12/14 15/4 15/8 15/23
HALLER [1] 1/16
HANKTON [20]
Hankton's [3] 7/10 7/13 15/3
happen [2] 15/24 16/1
happened [7] 7/24 8/15 9/12 11/16 12/16 12/21 14/3
have [14] 4/16 6/23 7/9 9/22 10/13 10/21 11/11 12/3 14/20 14/24 15/19 16/2 16/5 16/9
having [2] 4/4 8/16
he [56]
heard [1] 9/24
her [8] 6/6 6/22 15/16 15/19 15/19 15/20 15/23 15/25
here [6] 9/22 9/23 11/11 11/12 11/12 16/19
him [19]
his [15] 5/19 6/1 6/12 9/1 9/16 9/18 9/21 10/19 10/25 12/24 13/1 13/19 14/4 14/10 15/8
holding [1] 11/18

home [2] 13/9 13/20
honor [2] 11/22 16/14
HONORABLE [1] 1/11
hospital [2] 8/13 8/14
house [26]
How [3] 4/24 5/23 11/20
huh [1] 9/2

**I**

I'm [8] 4/14 8/21 11/6 13/7 13/19 13/21 15/6 15/18
idea [1] 10/21
identification [1] 14/22
identify [1] 14/20
if [6] 6/17 9/23 10/1 11/12 13/7 14/17
IKE [1] 2/8
in [30]
incident [2] 14/11 14/18
INDEX [1] 3/1
indicating [1] 14/5
information [1] 14/5
into [4] 7/6 9/12 10/12 15/4
introduce [1] 4/11
involved [1] 4/21
is [8] 4/14 6/6 7/2 8/2 9/13 10/6 16/16 17/4
it [7] 5/1 5/5 8/2 8/5 8/8 9/13 12/9
It's [1] 11/12

**J**

JACKSON [2] 1/7 2/11
jewelry [1] 15/9
Josephine [5] 6/13 6/15 6/18 7/2 7/18
JR [1] 1/15
JUDGE [1] 1/11
June [2] 1/6 4/2
jury [2] 1/10 4/12
just [23]

**K**

KEVIN [2] 1/7 2/11
kids [1] 11/22
killed [1] 16/5
kind [1] 14/9
knew [7] 6/3 6/9 6/10 6/21 7/12 9/4 9/7
know [14] 4/12 6/4 6/9 6/25 7/12 7/13 8/24 9/4 9/6 11/15 11/16 12/13 15/5 15/23
known [1] 9/9

**L**

L.C [1] 1/11
ladies [2] 4/12 7/24
late [2] 8/9 8/22
Law [1] 1/19 2/2
learn [2] 15/3 15/7
left [3] 11/21 12/3 12/6
LEMOINE [1] 2/5
Leslie [4] 6/5 6/14 7/8 7/9
let [3] 4/12 8/3 9/14
Liberty [1] 5/22
life [1] 4/16
like [6] 4/18 7/19 10/25 11/8 14/4 15/18
literally [1] 9/20
little [1] 5/5 8/6 8/7
live [3] 5/19 5/21 6/16
lived [2] 4/16 6/17 6/25
living [2] 4/19 5/12
LLC [1] 2/11
lock [1] 12/9

Locked [1] 12/4
long-term [1] 5/25
look [2] 9/23 11/12
looked [1] 7/19
looking [1] 10/23
LOUISIANA [11] 1/2 1/17 1/20 1/23 2/4 2/6 2/9 2/12 2/15 4/15 17/4
Loyola [1] 1/19

**M**

made [1] 14/9
MAJEEDA [1] 1/19
make [1] 14/22
married [1] 5/8
MARTIN [1] 1/11
matter [1] 17/6
May [1] 5/12
me [17] 8/2 9/13 9/15 9/16 9/24 10/17 10/19 10/19 12/7 12/9 12/24 13/19 14/4 14/10 15/21 15/23 15/24
mean [3] 8/20 10/18 13/17
mechanical [1] 2/19
meet [1] 7/17
member [1] 15/13
members [4] 6/2 6/12 6/17 7/5
met [1] 7/15
MICHAEL [1] 2/11
microphone [1] 8/6
money [2] 11/8 12/14
more [1] 16/2
morning [1] 12/16
mother [1] 15/17
move [1] 8/6
Mr. [2] 4/24 5/7
Mr. Hankton [2] 4/24 5/7
Ms. [3] 4/11 7/8 16/9
Ms. Leslie [1] 7/8
Ms. Nicholas [2] 4/11 16/9
much [1] 16/19
Mushak [1] 16/21
my [17] 4/14 9/22 9/24 10/5 11/13 12/6 12/17 12/18 12/20 12/21 12/21 12/25 13/3 13/5 13/8 14/6 17/5
myself [2] 12/19 15/18

**N**

N-I-C-H-O-L-A-S [1] 4/8
name [4] 4/5 4/14 6/23 9/7
names [2] 6/10 9/10
neighbor's [1] 13/5
nephew [3] 7/10 7/13 12/6
never [1] 11/13
New [10] 1/17 1/20 1/23 2/6 2/9 2/12 2/15 4/14 4/16 4/19
New Orleans [3] 4/14 4/16 4/19
next [3] 12/16 12/17 16/20
NICHOLAS [6] 1/10 4/3 4/7 4/11 4/14 16/9
nickname [1] 9/1
night [6] 7/25 8/1 8/4 8/9 8/22 12/10
no [16] 5/11 7/9 8/23 10/22 10/24 11/1 11/7 11/9 11/16 12/11 12/15 15/2 16/2 16/2 16/12 16/14
not [12] 5/7 5/10 7/7 8/21 11/12 11/16 12/12 13/7 13/7 15/2 15/6 15/7
nothing [11] 9/22 9/23 11/11 11/14 11/14 11/16 11/25 12/25 15/8 15/24 16/15
Now [1] 5/25 7/4

## O

Objection [1]  11/2
off [1]  13/1
Office [1]  1/14
Offices [1]  2/2
Official [3]  2/14 17/2 17/10
on [14]  5/14 5/22 6/12 6/15 6/18 7/18
7/24 9/15 12/6 12/20 13/18 13/22
13/23 15/1
once [1]  8/12
one [3]  8/1 8/17 10/14
only [1]  6/14
open [1]  12/9
opened [2]  8/2 9/14
opportunity [1]  14/24
or [10]  8/5 8/6 8/8 10/6 10/23 11/14
12/14 13/7 13/25 15/5
Orleans [10]  1/17 1/20 1/23 2/6 2/9
2/12 2/15 4/1 4/16 4/19
other [2]  6/17 7/5
out [5]  8/12 8/14 12/23 15/13 15/15
outside [1]  12/21
Overruled [1]  11/4

## P

Page [1]  3/2
parent [1]  15/18
part [1]  5/19
pass [2]  12/21 13/7
passed [3]  13/18 14/4 14/7
person [1]  6/14
personally [3]  6/10 7/12 9/5
phone [1]  13/5
place [2]  5/17 8/17
please [1]  4/6
point [5]  7/21 13/10 14/17 15/3 16/6
pointed [4]  10/19 13/19 14/4 14/10
police [7]  12/10 13/10 13/12 14/11
14/12 14/13 14/20
policeman [1]  13/20
PORTER [3]  1/6 2/2 2/5
Poydras [2]  1/17 2/14
PRIVITERA [1]  1/15
probably [3]  4/25 5/5 5/24
problem [2]  7/9 16/2
proceedings [2]  2/19 17/6
pulled [2]  9/15 13/1
pulling [1]  12/6

## Q

questions [3]  16/8 16/12 16/14
QUINLAN [1]  1/15

## R

rang [1]  8/22
RATNER [1]  1/22
reach [2]  15/13 15/15
ready [1]  13/8
really [3]  5/2 6/9 15/2
record [2]  4/6 17/6
recorded [1]  2/19
REED [1]  1/16
referring [1]  14/7
relationship [6]  4/21 4/24 5/3 5/25 6/6
7/4
remember [1]  5/2
Reporter [3]  2/14 17/3 17/10
response [1]  11/10
ring [1]  8/1
Robert [2]  2/2 2/3

## S

said [7]  9/21 9/21 11/13 12/18 13/6
13/19 15/8
same [1]  15/10
say [11]  8/14 9/20 10/11 11/11 12/5
12/8 12/22 12/25 13/17 14/7 15/18
school [2]  1/19 12/18
search [2]  9/22 11/13
second [2]  10/1 15/6
Section [1]  1/5
see [2]  8/12 14/22
seeing [1]  6/11
seen [2]  7/18 9/10
sense [1]  7/5
share [1]  5/17
Shaw [5]  8/25 9/1 9/6 10/12 11/17
Shaw Dog [3]  9/6 10/12 11/17
she [5]  6/15 6/25 15/19 15/22 15/23
Sherman [1]  16/21
Shirley [3]  6/23 7/9 15/16
showed [1]  7/22
shut [2]  9/14 10/16
since [2]  5/25 12/19
sister [3]  6/7 6/23 12/18
sister's [5]  12/20 13/3 13/4 13/8 14/6
sit [1]  13/8
sleeping [1]  10/9
Smith [1]  2/11
SNEAD [1]  1/19
so [14]  7/13 7/19 8/9 8/17 8/19 9/12
10/1 10/6 10/9 12/18 13/19 14/2 14/11
14/23
software [1]  2/20
some [8]  6/3 6/9 6/10 6/12 13/10 14/7
15/3 16/5
somebody [2]  7/22 15/8
son [2]  15/19 15/20
sorry [3]  8/21 11/6 13/21
South [1]  1/22
speak [2]  8/6 15/17
Spears [3]  2/8 2/8 2/8
specifically [1]  5/13
specify [1]  10/23
spelling [1]  4/6
St [1]  1/20
St. [1]  7/1
St. Andrew [1]  7/1
stairs [1]  9/25
standing [3]  11/19 11/25 12/21
start [1]  5/1
started [2]  9/24 9/25
State [1]  4/5
statement [1]  14/15
STATES [5]  1/1 1/4 1/11 1/14 17/3
stay [2]  6/21 12/18
stenography [1]  2/19
STEVEN [1]  2/5
stole [1]  15/9
stop [2]  10/1 15/21
stopped [1]  12/23
stored [1]  12/14
street [12]  1/17 1/22 2/3 2/6 2/12 2/14
5/14 5/15 6/13 6/15 6/18 12/24
stuff [7]  9/16 9/18 9/21 9/22 10/20
12/24 15/9
Suite [1]  1/17
sure [2]  13/7 15/6

Room [1]  2/14
long [1]  2/14
surgery [1]  8/16

## T

take [2]  4/18 14/15
talk [2]  15/16 15/19
talked [2]  15/19 15/20
talking [1]  10/21
tell [1]  7/24
TELLY [15]  1/6 1/19 1/22 2/7 10/7 21
8/11 8/17 10/12 10/14 11/17 12/23
14/8 14/17 15/12 16/3
Telly's [1]  15/17
term [1]  5/25
testified [1]  4/4
TESTIMONY [1]  1/10
Thank [2]  16/10 16/19
that [33]
that's [3]  9/7 9/21 13/20
their [2]  6/10 9/10
them [10]  4/12 6/3 6/9 6/9 6/10 6/10
6/11 7/7 8/3 9/10
then [6]  4/19 5/6 5/17 10/17 12/4 14/12
there [7]  6/21 7/21 9/4 10/4 11/19
11/25 13/10
they [11]  5/21 6/20 9/7 9/9 9/12 9/13
9/15 9/24 10/12 11/24 14/15
think [10]  5/14 7/1 8/5 8/16 9/21 13/13
14/23 15/5 15/19 16/8
third [4]  13/13 13/14 13/17 15/5
this [8]  8/4 10/1 11/15 11/20 14/24
15/10 15/12 16/16
those [1]  16/6
time [14]  4/18 4/21 5/8 5/12 5/19 7/21
8/4 8/17 11/16 13/13 13/14 13/17
14/24 15/10
Toale [2]  2/2 2/3
together [1]  8/23
told [8]  8/2 9/13 12/9 12/24 12/25 13/6
15/16 15/23
Toni [4]  2/14 17/2 17/9 17/9
top [1]  9/25
transcript [1]  17/5
transcription [1]  2/20
TRIAL [1]  1/10
true [1]  17/4
turned [1]  14/5
Tusa [4]  2/14 17/2 17/9 17/9

## U

U.S [1]  1/14
Uh [1]  9/2
Uh-huh [1]  9/2
ulcers [1]  8/16
ultimately [1]  16/3
understanding [1]  17/5
UNITED [5]  1/1 1/4 1/11 1/14 17/3
until [2]  13/8 15/5
up [13]  5/7 7/22 8/2 9/14 11/12 11/19
11/22 11/25 12/4 12/9 12/16 12/17
13/6
upped [2]  10/17 10/18
upstairs [3]  10/4 10/6 10/11
use [1]  13/5
using [1]  2/19

## V

versus [1]  1/5
very [1]  16/19
visit [3]  6/12 8/20 8/21

## V

visited [1]  8/13

## W

walked [4]  10/15 10/16 12/20 13/3
walking [3]  13/25 14/1 14/2
WALTER [3]  1/6 2/2 2/5
want [3]  9/23 11/12 15/17
wanted [2]  12/24 15/18
was [43]
Washington [3]  13/22 13/23 14/2
wasn't [1]  15/24
way [1]  12/20
we [2]  10/16 16/21
welcome [1]  7/5
went [6]  12/25 13/4 13/5 13/19 14/6
 14/11
were [18]
Weyer [1]  2/3
what [34]
when [27]
where [14]  4/12 5/12 5/21 6/25 7/17
 9/16 9/18 9/21 10/9 10/10 10/19 10/25
 11/8 13/21
whether [1]  15/22
while [1]  11/17
who [13]  6/4 6/8 6/17 6/20 8/2 8/2 8/24
 9/3 9/13 9/14 12/22 14/7 15/15
whole [1]  4/16
Why [2]  12/12 15/17
wife [1]  5/19
WILLIAM [1]  1/15
witness [2]  16/16 16/20
woken [1]  11/22
woman [1]  7/5
world [1]  14/25
worry [1]  15/24
would [4]  4/18 5/15 6/12 6/20

## Y

yeah [2]  9/7 14/12
year [2]  4/19 5/3
years [2]  4/25 5/4
yes [35]
you [87]
your [24]
Your Honor [2]  11/2 16/18
yourself [1]  4/11