# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 08, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 16-30995    USA v. Telly Hankton, et al
                   USDC No. 2:12-CR-1-6

Enclosed is an order entered in this case, and a copy of the motion to supplement record on appeal with attachments thereto.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mr. William W. Blevins
Mr. Kevin G. Boitmann
Ms. Diane Hollenshead Copes
Mr. Michael Seth Fawer
Mr. Jeffrey Ryan McLaren
Ms. Sarah Lynn Ottinger
Ms. Elizabeth A. Privitera
Ms. Emily Faye Ratner
Mr. Jeffrey Keith Sandman
Mr. Stephen H. Shapiro